# Exhibit  2





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-308-195

**Effective Date of Registration:**
June 16, 2022
**Registration Decision Date:**
July 13, 2022

---

## Title

**Title of Work:**    MY 1ST BIRTHDAY

## Completion/Publication

**Year of Completion:**    2020
**Date of 1st Publication:**    October 01, 2020
**Nation of 1st Publication:**    United States

## Author

- **Author:**    WEIJIE WENG
  **Author Created:**    2-D artwork
  **Citizen of:**    United States
  **Domiciled in:**    United States
  **Year Born:**    1991

## Copyright Claimant

**Copyright Claimant:**    WEIJIE WENG
11430 DALIAN CT, 2nd floor, COLLEGE POINT, NY, 11356, United States

---

## Rights and Permissions

**Name:**    WEIJIE WENG
**Email:**    babanycopyright@outlook.com
**Telephone:**    (917)535-5883
**Alt. Telephone:**    (929)238-4633
**Address:**    11430 DALIAN CT
2nd floor
COLLEGE POINT, NY 11356 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-254-020

**Effective Date of Registration:**
October 21, 2020
**Registration Decision Date:**
June 04, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | First 4th of July 52918 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | May 29, 2018 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Weijie Weng |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Weijie Weng |
| | 57-03 246th Pl, Douglaston, NY, 11362, United States |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Weijie Weng |
| **Email:** | weng7533@gmail.com |
| **Telephone:** | (917)426-3426 |

## Certification

| | |
|---|---|
| **Name:** | Weijie Weng |
| **Date:** | October 21, 2020 |

Page 1 of 2