# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 AUG 24  PM 12: 45

WEIJIE WENG

Plaintiff,

DOES 1-35; ZOETOP BUSINESS CO., LTD. d/b/a "SHEIN;" and SHEIN DISTRIBUTION CORPORATION; ROADGET BUSINESS PTE. LTD. (SINGAPORE PRIVATE COMPANY LIMITED BY SHARES); Zhangjiagang Bai Xuan Import And Export Trade Co., Ltd; MIDA; Tiacham; Shenzhen JiEr Trading Co.,Ltd; Zempertoopa; the Danna Belle Store; the bilison Store; Kehen-; Fragarn; Gumipy; Xaoxeijuq; Pybcvrrd; Babany Bebe; the bilison Store; the GRNSHTS Store; Aunavey; Blotona; Kiapeise; Maemukilable; Kgurtagh; The little Girl's store; the Shalofer Store; kidsfashionshop; feikebella; babany; Baby's Boutique Store; Princessgirls; Lishui Fanhua Technology Co., Ltd; F&H Baby Store; YK&Loving Official Store; Hangzhou Lingpai Network Technology Co., Ltd; Prettybaby2020

Defendants.

22 - CV - 7082

CERTIFICATION PURUSANT TO

FED.R.CIV.P.65

CERTIFICATION PURUSANT TO
FED. R. CIV. P. 65

I, Weijie Weng, hereby certify pursuant to Federal Rule of Civil Procedure 65(b)(1)(B) as follows:

Plaintiff has not attempted to notify any of the Defendants of Plaintiff's application for a temporary restraining order to enjoin them from further infringing activity and attaching Defendants' assets, because if Defendants receive advance notice, Defendants will have the opportunity to make some of the relief sought by Plaintiff moot, by moving or hiding the infringing goods, and related materials within the time needed for a hearing, and by moving their assets to another account beyond the reach of this Court.

I declare under penalty of perjury that the preceding is true and correct.

Executed on this 22nd Day of August 2022:

Weijie Weng

Forever Passion Dream, Inc

11430 DALIAN CT  2nd Floor
College Point NY 11356
www.ilove-mama.com
facebook.com/foreverilovemama
foyuyu22@gmail.com