

**Exhibit 1**

QBCC Student Copy Undergraduate Record

**Name:** Weijie
**Student ID:** 2303

Birthdate: 10/19
Student Address: 11430 Dalian Court Apt 2
College Point, NY 11356-1575
Print Date: 08/17/2022

Other Institutions Attended:

Unofficial Copy

--------------- **Beginning of Undergraduate Record** ---------------

**2011 Fall Term**
Liberal Arts & Sciences Major

| Course | Description | Earn | Grd |
|---|---|---|---|
| CS 100 | Intro Computers & Prog | 3.00 | A |
| Req Designation: | Flexible Core - Scientific World | | |
| Contact Hours: | 4.00 | | |
| Instructor: | Reuvain Zahavy | | |
| EN 101 | English Composition I | 3.00 | B |
| Req Designation: | Required Core - English Composition | | |
| Contact Hours: | 4.00 | | |
| Instructor: | Guy Venezia | | |
| HE 102 | Critical Issues In Health Edu | 0.00 | W |
| Contact Hours: | 2.00 | | |
| Instructor: | Ronald Fusco | | |
| MA 440 | Pre-Calculus Mathematics | 4.00 | B+ |
| Req Designation: | Required Core - Mathematical&QuantitativeReasoning | | |
| Contact Hours: | 5.00 | | |
| Instructor: | Roza Rusinek | | |
| ST 100 | Introduction to College Life | 0.00 | P |
| Contact Hours: | 1.00 | | |
| Instructor: | Amy Lynn Pepper-Mandell | | |

| | | | Attempt | Earn |
|---|---|---|---|---|
| Term GPA: | 3.420 | Term Total: | 10.00 | 10.00 |

**2012 Spring Term**
Liberal Arts and Sciences (Mathematics and Science) Major
Subplan: Computer Science Emphasis

| Course | Description | Earn | Grd |
|---|---|---|---|
| HI 127 | Grow Amer Civ I | 0.00 | W |
| Req Designation: | Flexible Core - US Experience in its Diversity | | |
| Contact Hours: | 3.00 | | |
| Instructor: | Erin Chavez | | |
| Withdrawal Date: 03/13/2012 | | | |

| | | | Attempt | Earn |
|---|---|---|---|---|
| Term GPA: | 0.000 | Term Total: | 0.00 | 0.00 |

**2012 Summer Term**
Liberal Arts and Sciences (Mathematics and Science) Major
Subplan: Computer Science Emphasis

| Course | Description | Earn | Grd |
|---|---|---|---|
| HI 111 | Intro Medieval and West Civil | 0.00 | WN |
| Req Designation: | Flexible Core - World Cultures & Global Issues | | |
| Contact Hours: | 3.00 | | |
| Instructor: | Aithne Bialo-Padin | | |
| Repeated: | Exclude Credit & GPA | | |
| SP 211 | Speech Communication | 3.00 | A |
| Req Designation: | Flexible Core - US Experience in its Diversity | | |
| Contact Hours: | 4.00 | | |
| Instructor: | Diego Villada | | |

| | | | Attempt | Earn |
|---|---|---|---|---|
| Term GPA: | 4.000 | Term Total: | 6.00 | 3.00 |

**2012 Fall Term**
Liberal Arts and Sciences (Mathematics and Science) Major

| Course | Description | Earn | Grd |
|---|---|---|---|
| HI 110 | Intro to Ancient Civilization | 3.00 | B+ |
| Req Designation: | Flexible Core - World Cultures & Global Issues | | |
| Contact Hours: | 3.00 | | |
| Instructor: | Antonio Munoz | | |
| MA 441 | Anl Geom & Calc I | 4.00 | B |
| Req Designation: | Required Core - Mathematical&QuantitativeReasoning | | |
| Contact Hours: | 5.00 | | |
| Instructor: | Roza Rusinek | | |
| MA 471 | Introduction to Discrete Math | 3.00 | A |
| Course Topic: | Writing Intensive Course | | |
| Contact Hours: | 3.00 | | |
| Course Attributes: | Writing Intensive | | |
| Instructor: | Changiz Alizadeh | | |
| PE 503 | Badminton | 1.00 | A |
| Contact Hours: | 2.00 | | |
| Instructor: | Susan Garcia | | |

Term Honor: Dean's List

| | | | Attempt | Earn |
|---|---|---|---|---|
| Term GPA: | 3.445 | Term Total: | 11.00 | 11.00 |

**2013 Spring Term**
Liberal Arts and Sciences (Mathematics and Science) Major

| Course | Description | Earn | Grd |
|---|---|---|---|
| CS 101 | Algorithmic Problem Solving I | 4.00 | A |
| Req Designation: | Flexible Core - Scientific World | | |
| Contact Hours: | 5.00 | | |
| Instructor: | Robert Holt | | |
| HE 102 | Health, Behavior and Society | 2.00 | A |
| Contact Hours: | 2.00 | | |
| Instructor: | Rosemary Iconis | | |
| HI 111 | Intro Medieval and West Civil | 3.00 | B+ |
| Req Designation: | Flexible Core - World Cultures & Global Issues | | |
| Contact Hours: | 3.00 | | |
| Instructor: | Antonio Munoz | | |
| Repeated: | Include Credit & GPA | | |
| MA 442 | Anl Geom & Calc II | 4.00 | A- |
| Req Designation: | Required Core - Mathematical&QuantitativeReasoning | | |
| Contact Hours: | 5.00 | | |
| Instructor: | Robert Holt | | |
| PSYC 101 | Psychology | 3.00 | A |
| Req Designation: | Flexible Core - Scientific World | | |
| Contact Hours: | 3.00 | | |
| Instructor: | Bernard Woychowski | | |

Term Honor: Dean's List

| | | | Attempt | Earn |
|---|---|---|---|---|
| Term GPA: | 3.793 | Term Total: | 16.00 | 16.00 |

## QBCC Student Copy Undergraduate Record

**Name:** Weijie
**Student ID:** 23039

---

### 2013 Summer Term
Liberal Arts and Sciences (Mathematics and Science) Major

| Course | Description | Earn | Grd |
|---|---|---|---|
| PE 523 | Beginning Tennis | 1.00 | B+ |
| Contact Hours: | 2.00 | | |
| Instructor: | Helene Hamilton | | |
| PH 101 | Principles of Physics | 4.00 | A |
| Req Designation: | Required Core - Life and Physical Sciences | | |
| Contact Hours: | 5.00 | | |
| Instructor: | Todd Holden | | |

| | | | Attempt | Earn |
|---|---|---|---|---|
| Term GPA: | 3.860 | Term Total: | 5.00 | 5.00 |

---

### 2013 Fall Term
Liberal Arts and Sciences (Mathematics and Science) Major

| Course | Description | Earn | Grd |
|---|---|---|---|
| BU 203 | Principles of Statistics | 3.00 | B |
| Contact Hours: | 4.00 | | |
| Instructor: | Edward Volchok | | |
| ECON 102 | Introduction to Microeconomics | 3.00 | B |
| Req Designation: | Flexible Core - Individual and Society | | |
| Course Topic: | Writing Intensive Course | | |
| Contact Hours: | 3.00 | | |
| Course Attributes: | Writing Intensive | | |
| Instructor: | Caf Dowlah | | |
| EN 102 | Eng Comp 2 Intr Lt | 3.00 | B+ |
| Req Designation: | Required Core - English Composition | | |
| Contact Hours: | 4.00 | | |
| Course Attributes: | Introduction to Literature | | |
| Instructor: | Matthew Koch | | |
| MA 461 | Linear Algebra | 4.00 | C+ |
| Req Designation: | Flexible Core - Scientific World | | |
| Contact Hours: | 5.00 | | |
| Instructor: | Yusuf Gurtas | | |

| | | | Attempt | Earn |
|---|---|---|---|---|
| Term GPA: | 2.853 | Term Total: | 13.00 | 13.00 |

---

### 2015 Spring Term
Business Management - Marketing Major

| Course | Description | Earn | Grd |
|---|---|---|---|
| BU 101 | Principles of Accounting I | 0.00 | W |
| Contact Hours: | 5.00 | | |
| Instructor: | Ben Milchman | | |
| BU 201 | Business Org & Management | 0.00 | W |
| Contact Hours: | 3.00 | | |
| Instructor: | Julita Haber | | |
| BU 301 | Fundamentals of Business Law | 0.00 | W |
| Contact Hours: | 3.00 | | |
| Course Attributes: | Fundamentals of Business Law | | |
| Instructor: | Stephen Hammel | | |
| BU 701 | Principles of Finance | 0.00 | W |
| Course Topic: | Writing Intensive Course | | |
| Contact Hours: | 3.00 | | |
| Course Attributes: | Writing Intensive | | |
| Instructor: | Nina Sarkar | | |

Withdrawal Date: 03/01/2015

| | | | Attempt | Earn |
|---|---|---|---|---|
| Term GPA: | 0.000 | Term Total: | 0.00 | 0.00 |

---

### 2022 Spring Term
Management Major

| Course | Description | Earn | Grd |
|---|---|---|---|
| BU 201 | Business Org & Management | 3.00 | A |
| Contact Hours: | 3.00 | | |
| Instructor: | Kathleen Villani | | |

Academic Standing Effective 06/06/2022: Good Academic Standing

| | | | Attempt | Earn |
|---|---|---|---|---|
| Term GPA: | 4.000 | Term Total: | 3.00 | 3.00 |

---

------------------------------ **Cumulative Totals** ------------------------------

| | | | Attempt | Earn |
|---|---|---|---|---|
| Cum GPA: | 3.495 | Cum Total: | 64.00 | 61.00 |
| Transfer Cum GPA: | 0.000 | Transfer Total: | 0.00 | 0.00 |
| Comb Cum GPA: | 3.495 | Comb Total: | 64.00 | 61.00 |

**End of QBCC Student Copy Undergraduate Record**



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45XXXXXXX

# Weijie Weng

**Code: weijie** 

Tax Summary for 2021

Thanks for doing driving with Uber in 2021. Below is a breakdown of your earnings over the year that may help you file your taxes.

| **Driving Totals** | **333** | **4,101** |
|---|---|---|
| Online Miles shows all of the miles you drove while online, including off trip miles. | COMPLETED TRIPS | ONLINE MILES |

  

## Your Gross Payment

Total Trip Earnings from Uber plus any other additional earnings

## Expenses, Fees and Tax

Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2.

## Your Net Payout

**Not for tax filing purposes.** This amount represents what was paid in your bank account.

| **Reportable Payments** | | Expenses, Fees and Tax | + $3,293.50 | Net Earnings | + $5,668.58 |
| Gross Trip Earnings | + $8,083.79 | | | Reimbursements: Tolls, Airport fees and Surcharges | + $113.40 |
| Total Additional Earnings | + $991.69 | | | | |

**$9,075.48**          **$3,293.50**          **$5,781.98**

This is not an official tax document. Uber does not offer any tax advice.
Check with a tax professional or go to t.uber.com/taxes-faq for more information