

1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-XXXXXXX

# Weijie Weng

**Code: weijie** 

## Tax Summary for 2021

**Table 1 - Expenses, Fees, Tax and Reimbursement**

All items marked with a * may be tax deductible. Your online mileage may also be deductible. Need help filing? Get help from the tax experts. Visit t.uber.com/turbotax or consult a tax professional for more information.

| Expenses, Fees and Tax | |
|---|---|
| Uber service fee/other adjustments* | $1,913.57 |
| Booking fee* | $908.48 |
| Airport and city fees collected* | $471.45 |
| **Reimbursements** | |
| Tolls, airport fees and surcharges* | $113.40 |
| **TOTAL EXPENSES, FEES, TAX AND REIMBURSEMENTS** | **$3,406.90** |

"Uber Service Fee / Other Adjustments" includes both the Uber Service Fee and certain other items such as: 1) pricing adjustments due to Uber-provided rider promotions, or 2) differences between the rider's upfront price and your earnings.

**Table - 2 Additional Payments from Uber or Subsidiaries**

| | |
|---|---|
| Incentives | $934.39 |
| Other Miscellaneous Payment | $57.30 |
| **TOTAL ADDITIONAL EARNINGS** | **$991.69** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information.

Department of Homeland Security

U.S. Citizenship and Immigration Services

**Petition for Name Change**

EASTERN DISTRICT OF NEW YORK

**(NAME OF COURT)**

As part of the naturalization process, you have the opportunity to legally change your name.  Please complete lines 1 – 8. (Type or print clearly).

My full and correct name (current name):

1. _____WEIJIE_____

    **(FIRST)**             **(MIDDLE)**             **(LAST)**

2. **Address:**  13909 Franklin Ave Fl 3      Flushing, NY      11355

    **(Number/Street)**           **(City/State)**        **(Zip Code)**

3. **Country of Nationality:**  China, People's Republic Of

4. **Date of Birth:** ____10/1▉19▉▉____

    **(MM/DD/YYYY)**

5. **Alien Registration Card (Green Card) Number:**  A 09▉▉▉

6. I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. I petition the court to change my name to:

    _____WEIJIE_____             _____WENG_____

    **(FIRST)**             **(MIDDLE)**             **(LAST)**

8. **Date:** ____10/21/2015____        *Weijie Chen.*

    **Signature of Petitioner, (current name)**

**CERTIFICATION OF NAME CHANGE**

I CERTIFY THAT THE ABOVE PETITION WAS GRANTED BY THE COURT ON ____NOV 10 2015____

**(MM/DD/YYYY)**

DOUGLAS C. PALMER

**(Clerk)**

_____

**(Deputy Clerk)**

**IMPORTANT INFORMATION**

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name.  Your Certificate of Naturalization bears your new name as changed per Order of the Court.

# THE UNITED STATES OF AMERICA

No. 37754 ▮

## CERTIFICATE OF NATURALIZATION



USCIS Registration No. A0 ▮

*Personal description of holder as of date of naturalization:*

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

Date of birth: ▮

_(Complete and true signature of holder)_

Sex: **MALE**

Height: **5** feet **8** inches

**Be it known that, pursuant to an application filed with the Secretary of Homeland Security**

Marital status: **SINGLE**

Country of former nationality:
**CHINA, PEOPLE'S REPUBLIC OF**

at: **NEW YORK, NEW YORK**

*The Secretary having found that:*

**WEIJIE WENG**



residing at: **FLUSHING, NEW YORK**

*having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by*

**US DISTRICT COURT EASTERN DISTRICT**

at: **BROOKLYN, NEW YORK**     on: **NOVEMBER 10, 2015**

*such person is admitted as a citizen of the United States of America.*

ALTERATION OR MISUSE OF THIS DOCUMENT
IS A FEDERAL OFFENSE AND PUNISHABLE BY LAW

_U. S. Citizenship and Immigration Services_

## DEPARTMENT OF HOMELAND SECURITY