# Form 1120-S

**U.S. Income Tax Return for an S Corporation**

Department of the Treasury
Internal Revenue Service

Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
Go to www.irs.gov/Form1120S for instructions and the latest information.

OMB No. 1545-0123

**2021**

For calendar year 2021 or tax year beginning _____, ending _____

| | | |
|---|---|---|
| **A** S election effective date: 01/01/18 | **Name:** FOREVER PASSION DREAM INC | **D** Employer identification number: 82-▒▒▒ |
| **B** Business activity code number (see instructions): ▒▒▒▒▒ | **Number, street, and room or suite no.** If a P.O. box, see instructions.  114-30 DALIAN CT #2 | **E** Date incorporated: 11/28/2017 |
| **C** Check if Sch. M-3 attached ☐ | **City or town, state or province, country, and ZIP or foreign postal code**  COLLEGE POINT   NY 11356 | **F** Total assets (see instructions) $ 64,0▒▒ |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year _____

**J** Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes  (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

## Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 285,146 |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 285,1▒▒ |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 67,8▒▒ |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 217,3▒▒ |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instructions—attach statement) | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 | 6 | 217,3▒▒ |

## Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions–attach Form 1125-E) | 7 | |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 32,4▒▒ |
| 12 | Taxes and licenses | 12 | 3▒▒ |
| 13 | Interest (see instructions) | 13 | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| 16 | Advertising | 16 | 156,3▒▒ |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement)   SEE STMT 1 | 19 | 45,9▒▒ |
| 20 | **Total deductions.** Add lines 7 through 19 | 20 | 234,9▒▒ |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | -17,6▒▒ |

## Tax and Payments

| | | | |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120-S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23a | 2021 estimated tax payments and 2020 overpayment credited to 2021 | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Add lines 23a through 23c | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | 24 | |
| 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26: **Credited to 2022 estimated tax** _____  Refunded | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than ▒▒▒▒) is based on all infor▒▒▒

Signature of o▒▒▒

May the IRS discuss this return with the preparer ▒▒▒

**Paid Preparer Use Only**

Print/Type p▒▒▒: KAREN ▒▒▒
Firm's name: ▒▒▒▒▒▒▒
Firm's address: ▒▒▒▒▒▒▒

For Paperwork Reduction Act Notice, see separate instructions.

# Schedule K-1 (Form 1120-S) 2021

Final K-1 ☐  Amended K-1 ☐      OMB No. 1545-0123   671121

**Schedule K-1 (Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2021**
For calendar year 2021, or tax year
beginning _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.**
See separate instructions.

## Part I — Information About the Corporation

A. Corporation's employer identification number
[redacted]

B. Corporation's name, address, city, state, and ZIP code
FOREVER PASSION DREAM INC
114-30 DALIAN CT #2
COLLEGE POINT    NY 11356

C. IRS Center where corporation filed return
E-FILE

D. Corporation's total number of shares
- Beginning of tax year: 100
- End of tax year: 100

## Part II — Information About the Shareholder

E. Shareholder's identifying number [redacted]

F. Shareholder's name, address, city, state, and ZIP code
WEIJIE WENG
114-30 DALIAN CT 2FL
COLLEGE POINT    NY 11356

G. Current year allocation percentage: 50.000000 %

H. Shareholder's number of shares
- Beginning of tax year: 50
- End of tax year: 50

I. Loans from shareholder
- Beginning of tax year: $ 25,571
- End of tax year: $ 26,381

## Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -8,810 |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| 13 | Credits | |
| 14 | Schedule K-3 is attached if checked ☐ | |
| 15 | Alternative minimum tax (AMT) items | |
| 16 | Items affecting shareholder basis | |
| 17 | Other information | V* STMT; AC* STMT |
| 18 | More than one activity for at-risk purposes* | |
| 19 | More than one activity for passive activity purposes* | |

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.   www.irs.gov/Form1120S
Schedule K-1 (Form 1120-S) 2021
DAA

# Form 1120S — U.S. Income Tax Return for an S Corporation (2017)

Form **1120S**
Department of the Treasury
Internal Revenue Service

**U.S. Income Tax Return for an S Corporation**
▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Go to www.irs.gov/Form1120S for instructions and the latest information.

OMB No. 1545-0123

COPY

**2017**

For calendar year 2017 or tax year beginning _____, ending _____

**A** S election effective date: 11/10/16
**B** Business activity code number (see instructions): [redacted]
**C** Check if Sch. M-3 attached: ☐

TYPE OR PRINT
Name: **FOREVER PASSION INC**
Number, street, and room or suite no. If a P.O. box, see instructions.
**13909 FRANKLIN AVE**
City or town, state or province, country, and ZIP or foreign postal code
**FLUSHING          NY   11355**

**D** Employer identification number: 8[redacted]
**E** Date incorporated: 11/10/2016
**F** Total assets (see instructions): $

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes  ☒ No    If "Yes," attach Form 2553 if not already filed
**H** Check if: (1) ☒ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☒ Amended return  (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year    **STMT 1**

Caution. Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| Line | Description | | Amount |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 972,592 |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 972,59[2] |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 410,11[ ] |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 562,47[ ] |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instructions—attach statement) | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 | 6 | 562,47[ ] |

### Deductions (see instructions for limitations)

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Compensation of officers (see instructions—attach Form 1125-E) | 7 | 12,00[0] |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 16,50[0] |
| 12 | Taxes and licenses | 12 | 91[ ] |
| 13 | Interest | 13 | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| 16 | Advertising | 16 | 289,18[ ] |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement)  **SEE STMT 2** | 19 | 199,22[ ] |
| 20 | **Total deductions.** Add lines 7 through 19 | 20 | 517,82[ ] |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | 44,65[ ] |

### Tax and Payments

| Line | Description | | Amount |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23a | 2017 estimated tax payments and 2016 overpayment credited to 2017 | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Add lines 23a through 23c | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26 **Credited to 2018 estimated tax** ▶                        Refunded ▶ | 27 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: **WEIJIE WENG**    Date: _____    Title: **PRESIDENT**

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

**Paid Preparer Use Only**
Preparer's signature: [redacted]
Firm's name ▶ [redacted]
Firm's address ▶ [redacted]

For Paperwork Reduction Act Notice, see separate instructions.                    Form **1120S** (2017)

DAA