UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEIJIE WENG,<br><br>        Plaintiff,<br><br>vs.<br><br>DOES 1-35; ZOETOP BUSINESS CO., LIMITED; SHEIN DISTRIBUTION CORPORATION; ROADGET BUSINESS PTE. LTD.; ZHANGJIAGANG BAI XUAN IMPORT AND EXPORT TRADE CO., LTD; MIDA; TIACHAM; SHENZHEN JIER TRADING CO., LTD; ZEMPERTOOPA; THE DANNA BELLE STORE; THE BILISON STORE; KEHEN; FRAGARN; GUMIPY; XAOXEIJUQ ; PYBCVRRD; BABANY BEBE; THE BILISON STORE; THE GRNSHTS STORE; AUNAVEY; BLOTONA; KIAPEISE; MAEMUKILABLE; KGURTAGH; THE LITTLE GIRL'S STORE; THE SHALOFER STORE; KIDSFASHIONSHOP; FEIKEBELLA; BABANY; BABY'S BOUTIQUE STORE; PRINCESSGIRLS; LISHUI FANHUA TECHNOLOGY CO., LTD; F&H BABY STORE; YK&LOVING OFFICIAL STORE; HANGZHOU LINGPAI NETWORK TECHNOLOGY CO., LTD; and PRETTYBABY2020,<br><br>        Defendants. | Case No. 22-cv-7082 (JPO) |

## NOTICE OF MOTION

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declarations of Tim Wei and Nina D. Boyajian, the exhibits attached thereto, and upon all pleadings and papers previously filed herein, Defendants Zoetop Business Co., Ltd. ("Zoetop"), Shein Distribution Corporation ("SDC"), and Roadget Business Pte. Ltd. ("Roadget")

(collectively, "Defendants"), by and through their undersigned counsel, will move this Court, pursuant to Fed. R. Civ. P. 65(b), before the Honorable J. Paul Oetken, United States District Judge, at the United States Courthouse, 40 Foley Square, Courtroom 706, New York, New York 10007, at a date and time to be determined by the Court, for an order dissolving or modifying the Temporary Restraining Order issued on December 29, 2022 ("TRO") against Defendants and in favor of Plaintiff Weijie Weng, and granting such other relief as this Court deems just and proper.

Dated: January 6, 2023 **GREENBERG TRAURIG, LLP**

By: */s/ Justin A. MacLean*
Justin A. MacLean
Giancarlo L. Scaccia
One Vanderbilt Avenue
New York, NY 10017
Tel: 212-801-3137
Email: Justin.MacLean@gtlaw.com
Email: scacciag@gtlaw.com

Nina D. Boyajian *(Pro Hac Vice Forthcoming)*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: 310-586-7700
Email: BoyajianN@gtlaw.com

*Attorneys for Defendants Zoetop Business Co., Ltd., Shein Distribution Corporation, Roadget Business Pte. Ltd.*