The Honorable J. Paul Oetken
United States District Judge
SouthernDistrict of New York
40 Foley Square
New York, NY 10007

Re:Weijie Wengv. Does 1-35; Zoetop Business Co., Limited,et al., Case No. 22-cv-7082 (JPO)

Dear Judge Oetken:

When plaintiff served the summons and TRO to Roadget, plaintiff also sent them to Ebay, Inc and Paypal, Inc. Both Ebay and Paypal accepted the summons and TRO. Both Ebay and Paypal already located accounts connected to the defendants' online storefronts, and returned the balance information to plaintiff.

I thank the Court for its attention and courtesies.

Executed on this 6th Day of January 2023:

Weijie Weng