UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEIJIE WENG,

                Plaintiff,

-v-

DOES 1-35, *et al.*,

                Defendants.

22-CV-7082 (JPO)

ORDER MODIFYING TEMPORARY RESTRAINING ORDER

J. PAUL OETKEN, District Judge:

On December 29, 2022, the Court entered an Order to Show Cause for Preliminary Injunction; Temporary Restraining Order, and Expedited Discovery Order against Defendants in this matter.

That Order is hereby modified as follows:

1. Paragraph 1 under the subheading "Temporary Restraining Order" is modified to specify that Defendants, their officers, directors, agents, servants, representatives, employees, successors, and assigns, and all those acting in concert or in participation with any of them, are enjoined from selling the copyrighted works specifically identified in Plaintiff's filings, pending further Court order. Those copyrighted works are the three copyrighted designs bearing registration numbers VA 2-308-195, VA 2-254-020, and VA 2-314-705.

2. Paragraph 2 under the subheading "Temporary Restraining Order" is rescinded as to Defendants Zoetop Business Co., Ltd., Shein Distribution Corporation, and Roadget Business Pte. Ltd.

SO ORDERED.

1

2

Dated: January 9, 2023
      New York, New York

_____
                        J. PAUL OETKEN
                        United States District Judge