RECEIVED
SDNY PRO SE OFFICE

2023 JAN -9  AM 11: 41

UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF NEW YORK

WEIJIE WENG

Plaintiff,

DOES 1-35; ZOETOP BUSINESS CO.,
LTD. d/b/a "SHEIN;" and SHEIN
DISTRIBUTION CORPORATION;
ROADGET BUSINESS PTE. LTD.
(SINGAPORE PRIVATE COMPANY
LIMITED BY SHARES); Zhangjiagang
Bai Xuan Import And Export Trade Co.,
Ltd; MIDA; Tiacham; Shenzhen JiEr
Trading Co.,Ltd; Zempertoopa; the
Danna Belle Store;  the bilison Store;
Kehen-; Fragarn; Gumipy; Xaoxeijuq;
Pybcvrrd;  Babany Bebe; the bilison
Store; the GRNSHTS Store; Aunavey;
Blotona; Kiapeise; Maemukilable;
Kgurtagh; The little Girl's store; the
Shalofer Store; kidsfashionshop;
feikebella; babany;  Baby's Boutique
Store; Princessgirls; Lishui Fanhua
Technology Co., Ltd; F&H Baby Store;
YK&Loving Official Store; Hangzhou
Lingpai Network Technology Co., Ltd;
Prettybaby2020

Defendants.

**22-CV-07082-JPO**

**OPPOSITION TO**

**DEFENDANT
ROADGET BUSINESS
PTE. LTD's NOTICE OF
MOTION AND MOTION
TO DISSOLVE OR
MODIFY TEMPORARY
RESTRAINING ORDER**

void developed in the practice of these sewing skills which resulted in generations possessing very little understanding of the intrinsic importance these skills have on the fabric of our culture.

7.     Lifei Zhou is as the legal representative of Lishui Feike Children's Clothing Factory, shares of Lishui Yuke Clothing Co., Ltd., Lishui June Network Technology Co., Ltd., Lishui Yuedong Clothing Co., Ltd. and other companies., and Lishui Yuedong Clothing Co., Ltd., Lishui Fanhua Technology Co., Ltd. and Lishui Jingjiu E-commerce Co., Ltd. The entities' profiles are attached hereto as **Exhibit D**

8.     Plaintiff spent at least two hundred thousand US dollars on 1688.com since 2016, including Lifei Zhou's stores. Plaintiff also informed those manufacturers that plaintiff's artworks are copyrighted artworks, and they can not sell them unless they have a license. Unfortunately, the manufacturers have sold the artworks all over the world. Plaintiff's order transactions from 1688 .com is attached hereto as **Exhibit E.**

9.     In 2020, Plaintiff purchased "My 1st Christmas" outfits from Lifei Zhou's shops, including Lishui Yuke Clothing Co., Ltd., and Lishui Feike Children's Clothing Factory. Babany Bebe is Lifei Zhou's US trademark. Order transactions are attached hereto as **Exhibit F.**

10.    In 2022, Plaintiff found out that Lifei Zhou stole the artwork "My 1st Christmas", and sold it on her shops. Examples of Lifei Zhou's copyright infringement are attached hereto as **Exhibit G**.

11.    The defendants, such as Babany Bebe, Kidsfashionshop,Feikebella,Baby's boutique, etc. They are Lifei Zhou's shops. She has run many shops on major marketplaces all over the world.

12.    Registration is voluntary. Copyright exists from the moment the work is created. Registering is not the same as copyright.

13.     What are the artworks for each Group registration? How many Uploaded Deposits for each Group registration? Lifei Zhou must know about each file if she is the join author or the author.

14.     Those registrations were approved by several examiners. None of them has asked plaintiff about the three questions as LP did on July 26th, 2022. If those examiners asked plaintiff about the three questions, "did both of your contribute to each work," "What specifically did each author contribute to the artwork", "do you both co-own the copyrights", then those registrations must be rejected as the same as Application 1-11171900051. The refusal from the Copyright Office is attached hereto as **Exhibit H**.


15.     When Plaintiff created the artworks (Designs At Issue), plaintiff also created the matching designs. The draft versions and the matching designs are attached hereto as **Exhibit I.**

16.     Plaintiff knows that these matching designs are another important evidence to show that plaintiff is the sole author and creator. Plaintiff removed them from plaintiff's website and closed all shops on Etsy, Amazon since December, 2022. This is the only way that ROADGE can not find them. It damaged to Plaintiff's loss of future sales, and reputation. There is no sales since then. Plaintiff can not afford to pay credit card and rent. The balance due date is around the corner. The business financial account details is attached hereto as **Exhibit J**.

17.     Plaintiff's first language is mandarin, and plaintiff only has a high school diploma. Plaintiff is still learning English. It's very hard for Plaintiff to read professional English related to legal. Plaintiff has to spend full time studying, and learning, reading case documents on Pacer. There is no income since December 2022, Plaintiff is living in fear. Plaintiff is losing interest in daily activities.

18.     December is the best time to promote Easter outfits. Now those Easter outfits in Plaintiff's living room are going to be garbage. Plaintiff has suffered heavy losses.Images of the goods are attached hereto as **Exhibit K**.

19.     On May 11, 21  ROADGE's mobile application became the top shopping app on Android by new downloads in the U.S., and six days later took the top spot on iOS as well. ROADGE's mobile application overtakes Amazon as top shopping app on US app store. On June, 2021, the Indian government banned ROADGE's mobile application among 59 apps, including TikTok and WeChat.

20.     Intellectual-property infringement is not a victimless crime. Victims are American consumers, businesses, trademark holders, and people who manufacture and sell legitimate products. Often, the illicit proceeds resulting from the sale of counterfeit or unlicensed products are funneled back to support a broad range of illegal crimes. Intellectual-property infringement threatens U.S. businesses, robs hardworking Americans of their jobs, and negatively impacts the economy.

21.     Plaintiff seeks injunctive relief, reputational damages in excess of $500,000,000 due to ROADGE'S false statements against plaintiff and damages plaintiff's career, personal life, and public reputation.


## II. LEGAL STANDARD

The court must accept all pleaded facts as true and construe them in the light most favorable to the plaintiff. *See Turner v. City & Cty. of San Francisco*, 788 F.3d 1206, 1210 (9th Cir. 2015); *Cousins v. Lockyer*, 568 F.3d 1063, 1067 (9th Cir. 2009). The court must then determine whether the complaint "allows the court to draw the reasonable inference that the

defendant is liable for the misconduct alleged." *Iqbal*, 556 U.S. at 678. "Threadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice." *Id.* "[F]or a complaint to survive a motion to dismiss, the non-conclusory factual content, and reasonable inferences from that content, must be plausibly suggestive of a claim entitling the plaintiff to relief." *Moss v. U.S. Secret Serv.*, 572 F.3d 962, 969 (9th Cir. 2009) (internal quotation marks omitted).

ROADGE's motion would require the Court to ignore the evidence, including the matching designs, the earlier versions of the artworks, plaintiff's first publication of the products bearing the design prior to ROADGE selling them, Plaintiff's ideas with the copyrighted designs, the three orders purchased on ph.shein.com, asia.shein.com.

### III. **ARGUMENT**

## A.     **ROADGE is ruining plaintiff's reputation.  ROADGE is ruining plaintiff's right of personal dignity.**

1.     In the letter (See Document 21), ROADGE made a statement that plaintiff's two designs are commonplace is insult and defamation. Plaintiff's two designs are sufficiently creative. Copyright protects original works of authorship that are fixed in some physical form. See 17 U.S.C. §102(a). As used in the copyright context, the term "original" means that the work was independently created by the author (as opposed to copied from other works), and that it possesses sufficient creative authorship. See Feist Publications v. Rural Telephone Service Co., 499 U.S. 340 (1991). A work of the visual arts must contain a minimum amount of creative

pictorial, graphic or sculptural authorship; a literary work must contain a minimum amount of text. Copyright does not protect familiar symbols or designs; basic geometric shapes; words and short phrases such as names, titles, and slogans; or mere variations of typographic ornamentation, lettering, or coloring. See 37 C.F.R. §202.1. Further, copyright does not extend to any idea, concept, system, or process which may be embodied in a work. 17 U.S.C. §102(b). Failure to satisfy these requirements, a registration can not be issued.

Plaintiff's designs contain vivid colors, and these designs shape a value. The "My first 4th of July" artwork( Designs at issue) has several stars and firecrackers. , and the author( Plaintiff) wanted to tell people that fireworks were part of the very first Independence Day and are the tradition of every 4th of July. When the United States declared its independence in 1776, John Adams was not prescribing a novel way to celebrate America's freedom. "Illuminations" were already a common mode of celebration. Instead, when he wrote to Abigail, he was heralding the birth of the world's newest nation by invoking one of the most recognizable celebrations of nationhood of his time: fireworks.

The "My 1st Birthday"artwork( Designs at issue) contains a lit candle, vivid colors, simple and beautiful. It was believed that the smoke coming out of the extinguished candles sent to God the wish we had in mind and wanted to be fulfilled on our birthday. The lit candles on the cake represented the moon's glow, and the smoke from the candles carried their prayers and wishes to the Gods who lived in the skies. If all the candles were blown out in one breath, the wish would come true and the person would have good luck throughout the year.

Plaintiff's unicorns **represent ultimate dreams that people want** to achieve consciously or subconsciously. It's more than just a horse. Unicorns hold a fascination for many as **they not**

only represent goodness, happiness, and peace but they also symbolise the hope for all the stardust-covered dreams we long for in our lives.

Plaintiff's artworks are elegant and creative. Consumers' reviews are attached hereto as **Exhibit L**

2.  ROADGE made a statement that plaintiff is the only copyist is insult and defamation. ROADGE made this statement based on zero evidentiary support.

3.  ROADGE made a statement that plaintiff's registrations are fraudulent is insult and defamation. Plaintiff is the sole author and creator.

4.  ROADGE made a declaration that Lifei Zhou is the actual creator of the "My 1st Birthday" and "One" (Designs at issue in this case) is insult and defamation. Lifei Zhou stole plaintiff's artworks. ROADGE's statements are disingenuous. ROADGE made false statements against plaintiff and damages plaintiff's career, personal life, and public reputation. These false statements have constituted an infringement of the right of reputation and emotional damage.

5.  Plaintiff Sufficiently Alleges Facts to State a Claim Under the Copyright Act, 17 U.S.C. § 501.

6.  **Plaintiff Has Provided Evidence for ROADGE's continued and unauthorized use of the Copyrighted Work( MY 1ST BIRTHDAY, Registration No. VA 2-308-195).**

7.  ROADGE **Cannot** Show That Plaintiff Failed to State a Claim Under the Copyright Act, 17 U.S.C. § 501.

8.  ROADGE **Cannot** Show That Lifei Zhou is the co-author.

9.  ROADGE **Cannot** Show That Lifei Zhou created both the "MY 1ST BIRTHDAY" and " One". (Designs at issue).

10.    ROADGE **Cannot** Show That Plaintiff's registrations are fraudulent. ( MY 1ST

BIRTHDAY Registration No. VA 2-308-195, ONE Registration No. VA 2-314-705).

## IV. <u>CONCLUSION</u>

For the reasons stated above, the **ROADGE's** motion to dissolve or modify the temporary

restraining order should be denied. The Court should grant plaintiff's motion for a preliminary

injunction order.

Dated: January 9, 2022

Weijie Weng

# Exhibit A

All folders ← From: 闹闹呱呱呱 ✕ ↓ Download ↗ Full screen 🖶 Print ☁ Save to OneDrive

Meet Now

☐ Hide email

## 案例详情

**案例id:** 5822832

**SKC:** ikine52510331996

**品类:** Baby & Mom / Baby Clothing / Baby Sets

**更新时间:** 修改

**更新时间表:** 2022-08-24 14:11:53

**商品图片:**












关联的个案元素

**元素图片:**





关联的个案元素

关联的个案元素

**侵权人:**
Forever Passion Dream Inc

**元素ID:** 49991

**侵权状态:** 直接

**发现途径:** 技术

**发现时间:** 2022-08-24

**侵权来源:** 言里出代

### Hi 小余

ⓘ You forwarded this message on Wed 2022-12-14 21:50

闹闹呱呱呱 <845339208@qq.com>
To: You
Wed 2022-08-24 21:32

585503665267.4a...
561 KB

Start reply with: 不，对不起。 是的。 我会处理的。

我在昨天收到了一个侵权投诉，好像是你这边发起的，你是投诉我们了吗？投诉文件中见附件。这个图案是我们的合作图案，你为什么要投诉我们？如果是误伤，可以撤回吗？

← Reply  → Forward

## 案例详情

**SKC:** skwei25210331956

**品类:** Baby & Mom / Baby Clothing / Baby Sets.

**侵权范围:** 境内

**更新时间:** 2022-08-24 14:11:53

**商品图片:**








**案例id:** 5822632

---

**关联侵权元素**

来自1个侵权元素

**元素ID:** 49991

**元素类型:** 商标印花

**权利所属:** 品牌

**权利人:**
Forever Passion Dream, Inc

**关联国家:** 18个

**发现日期:** 2022-08-24

**侵权范围:** 国境境内

**元素图片:**




来自个举多元素

关联举多元素



← → C ⌂   🔒 google.com/search?q=google+translate&oq=googe+chrome..1.69j57j0l10l1314l33l512j0l10l16l2j0l10l1314l33l512j0l10l433l512...

Google

🔍 All   🖼 Images   📖 Books   ◇ Shopping   📰 News   ⋮ More      Tools

About 2,090,000,000 results (0.56 seconds)

| Chinese - detected | ✕ | ◂ ↕ ▸ | English | ▾ |

我在昨天收到一
个侵权投诉，好
像是你这边发起
的，你是投诉我
们丁吗？投诉文
件请见附件，这
个图案是我们的
合作图案，你为
什么要投诉我
们？如果是误
伤，可以撤回
吗？

I received a copyright
infringement
complaint yesterday,
it seems to be
initiated by you, are
you complaining
about us? Please see
the attachment for
the complaint file.
This pattern is our
cooperation pattern.
Why do you want to
complain to us? If it
is an accidental
injury, can it be
withdrawn?

Wǒ zài zuótiān shōu dào yīgè
qīnquán tóusù, hǎoxiàng shì nǐ
zhè biān fāqǐ de, nǐ shì tóusù
wǒmen ma? Tóusù wénjiàn
qǐng jiàn fùjiàn, zhège tú'àn shì
wǒmen de hézuò tú'àn, nǐ
wèishéme yào tóusù wǒmen?
Rúguǒ shì wùshāng, kěyǐ
chèhuí ma?

## Google

Q All   🖾 Images   📖 Books   ◇ Shopping   🖾 News   ⋮ More     Tools

About 4,030,000,000 results (0.53 seconds)

google translate

| Chinese - detected | ▾   ⇅   ✕ | English | ▾ |

案例ld
SKC
品类
侵权层级
更新时间
商品图片

Ànlì ld
SKC
pǐnlèi
qīnquán céngjí
gēngxīn shíjiān
shāngpǐn túpiàn

Did you mean: 案例 Id SKU 品类 侵权层级...

Case Id
SKC
Category
Infringement level
update time
product picture

Open in Google Translate   •   Feedback

Google

google translate

google.com/search?q=google+translate&oq=Googletranslate&aqs=chrome..1.6915?j69l10l59l512j0l512j0l10l512j0l10l512j0l512j0l10l512l2.6489j0j7&s

Q All    Images    Books    Shopping    News    More              Tools

About 4,030,000,000 results (0.53 seconds)

| Chinese - detected | | English | |
|---|---|---|---|
| 关联侵权元素 | | Associated Infringing Elements | |
| 关联1个侵权元素 | | Associate 1 infringement element | |
| 元素ID | | Element ID | |
| 权利来源 | | source of rights | |
| 权利人 | | right holder | |
| 发现渠道 | | discovery channel | |
| 发现日期 | | date of discovery | |
| 侵权说明 | | Infringement statement | |
| 元素图片 | | element image | |

Guānlián qīnquán yuánsù
guānlián 1 gè qīnquán yuánsù
yuánsù ID



## Google Translate
Website ⋮

🌐 translate.google.com                More images

Google Translate is a multilingual neural machine translation service developed by Google to translate text, documents and websites from one language into another. It offers a website interface, a mobile app for Android and iOS, and an API that helps developers build browser extensions and software applications. Wikipedia

**Date launched:** April 28, 2006
**Category:** Service
**Users:** Over 500 million people daily
**Owner:** Google

People also search for



WhatsA...    DeepL    Reverso    Google

# Exhibit B

周丽菲 

 ⌒ Line busy. Call not received.

 伟杰 是我

 你现在忙吗?

 我有急事找你

 小余联系不上

Aug 24, 2022 10:00 AM

 你可能还没起床, 我就把事情说一下,

 

Aug 24, 2022 6:02 PM

 ⌒ Call canceled by caller

  



还有就是以前我们那些设计的图片，我是不是不能用还是怎么操作，要不然我们阿里的所有都要下架 很多事客户已经都上了一年了

8/24 12:12 PM



伟杰，只有一天时间



麻烦你看到后联系我

8/24 6:02 PM



⌒ Call canceled by caller

7:35 PM



伟杰，我可以让客户给你付和解金，shien 这家



   

Google

google translate                    ✕  🎤  📷  🔍

🔍 All    🖼 Images    📖 Books    🛒 Shopping    📰 News    ⋮ More              Tools

About 4,030,000,000 results (0.53 seconds)

| Chinese - detected ▼ | ⇄ | English ▼ |

伟杰, 只有一天时间                    ✕    Weijie, only one day time

麻烦你看到后联系我                          please see after contact me

伟杰，我可以让客户给你付和解金                  Weijie, I can make customer pays you settlement money

Wěi jié, zhǐyǒu yītiān
shíjiān

máfan nǐ kàn dào hòu
liánxì wǒ

wěi jié, wǒ kěyǐ ràng
kèhù gěi nǐ fù
héjiě jīn

🎤  🔊                              📋  🔊

Open in Google Translate  ·  Feedback


‹                                                                    • • •

  周丽菲 👤

WeChat ID:zhoulifei536

Region: Lishui, Zhejiang

Edit Contact                                                    ›

Privacy                                                          ›

Moment
s                ›

More                                                            ›

💬 **Messages**

🔲◁ **Voice or Video Call**

# Exhibit C

# Commercial Invoice

**Sender:**
I Love MAMA 6583
11430 DALIAN CT, 2nd floor
COLLEGE POINT NY 11356, US

**Recipient:**
Zhou Yue Que
No.39-2 Xiangyuan Rd. Xiangfu St., 301-1
Hang Zhou ZJ 310000, CN

**Invoice Date:** 2021-11-06

**Invoice Number:**

**Waybill Number:**
1ZF1406V6723378155

**Sender's Reference:**

**Carrier:** UPS

**Recipient's Reference:**

| Quantity | Country of Origin | Description of Contents | HS Code | Unit Weight | Unit Value (USD) | SubTotal (USD) |
|---|---|---|---|---|---|---|
| 2 | | June Tailor Heirloom Stitcher's Shape 'n Press (Lace Shaping Board) 18" x 25" | | 0.001 kgs | 24.0 | 48.0 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Total Net Weight:** 0.001 kgs

**Total Shipment Pieces:** 1

**Total Gross Weight:** 8.165 kgs

**Total Declared Value (USD):** 48.00

**Type of Export:**
Permanent

**Contents Type:** merchandise   **Incoterms:** DTU

**General Notes:**

Upgrade to Microsoft
365 with premium
Outlook features

Will W
Fwd: TRACKING#: 1ZF1406V6723378155
To: 349240028@qq.com   845393208@qq.com

-------- Forwarded message --------
From: Will W <xwlm3523@gmail.com>
Date: Wed, Nov 17, 2021 at 11:17 AM
Subject: TRACKING#: 1ZF1406V6723378155
To: UPS INTERNATIONALDOCS.US <internationaldocs.us@ups.com>

Please help us update the customs info for this package.
Thanks
William

FILE_3150.pdf

# #1516  (● Paid)  (● Fulfilled)  (Archived)

November 5, 2021 at 6:30 pm from Draft Orders

## Fulfilled (2)  #1516-F1  ●●●

**Location**
I LOVE MAMA

**Fulfilled**
November 6, 2021

1ZF1406V6723378155  (Delivered)

**Delivered on**
Friday, November 19, 2021

**Service**
UPS Worldwide Expedited® ($109.74)

**Package**
Custom box (20 × 16 × 1 in, 0 lb)

**Total Weight**
18 lb (with package)

**Shipping insurance coverage**
$200.00

**Insurance premium**
$0.00

| | | |
|---|---|---|
| ② June Tailor Heirloom Stitcher's Shape 'n Press (Lace Shaping Board) 18" x 25" | $24.00 × 2 | $48.00 |

### Paid
| Discount | Custom discount | -$48.00 |
|---|---|---|
| Subtotal | 2 items | $0.00 |
| Shipping | Free shipping (0.0 lb) | $0.00 |
| **Total** | | **$0.00** |
| Paid by customer | | $0.00 |

## Customer  ✕

Zhou Yue Que
8 orders

**Contact information**   Edit

845339208@qq.com

**Shipping address**   Edit

Zhou Yue Que
No.39-2 Xiangyuan Rd. Xiangfu St.
301-1 Hang Zhou
310000 Zhejiang
China
+8617857323769

**Billing address**

Zhou Yue Que
No.39-2 Xiangyuan Rd. Xiangfu St.
301-1 Hang Zhou
310000 Zhejiang
China
+8617857323769

## Timeline

**NOVEMBER 19, 2021**

Shipment delivered email was sent to Zhou Yue Que (845339208@qq.com).   9:43 PM

**NOVEMBER 15, 2021**

You were charged $33.55 for a shipping label price adjustment.   2:27 PM

2 days left in your trial

Continue with Shopify after **January 9** by selecting a plan.

Select a plan

**NOVEMBER 6, 2021**

This order was archived.                                              1:22 PM

Shipping confirmation email was sent to Zhou Yue Que          1:22 PM
(845339208@qq.com).

Shopify fulfilled 2 items from I LOVE MAMA.                    1:22 PM

You purchased a $109.74 shipping label and the                1:22 PM
included shipping insurance premium.

You updated the shipping address for this order.              1:22 PM

**NOVEMBER 5, 2021**

Order confirmation email was sent to Zhou Yue Que             6:30 PM
(845339208@qq.com).

You created this order for Zhou Yue Que from draft order       6:30 PM
#D618.

Continue with Shopify after **January 9** by selecting a plan.

Select a plan

I LOVE MAMA 6583
9292384633
I LOVE MAMA 6583
11430 DALIAN CT
COLLEGE POINT  NY 11356
UNITED STATES

**18 LBS**  **1 OF 1**

SHP#: F140 6VB8 3DZ
SHP WT: 18 LBS
SHP DWT: 3 LBS
DATE: 06 NOV 2021
DWT: 20,16,1

**SHIP TO:**
ZHOU YUE QUE
8617857323769
ZHOU YUE QUE
301-1
NO.39-2 XIANGYUAN RD. XIANGFU ST.
**310000  HANG ZHOU  ZJ**
**CHINA MAINLAND**



# CHN 214 1-00

# UPS EXPEDITED

**2**

TRACKING #: 1Z F14 06V 67 2337 8155



BILLING: P/P TPS 9749R2 US
DESC: shipment

**KEY**

Reference No.1: Order #1516

XOL 21.11.05     NV45 45.0A 10/2021*

I LOVE MAMA 6583
9174263426
I LOVE MAMA 6583
57-03 246TH PLACE
QUEENS  NY 11362
UNITED STATES

SHP#: F140 6V8M QKT
SHP WT: 12 LBS
SHP DWT: 1 LBS
DATE: 12 SEP 2021
DWT: 12,10,1

**SHIP TO:**
ZHOU YUE QUE
8617857323769
ZHOU YUE QUE
301-1
NO.39-2 XIANGYUAN RD. XIANGFU ST.
**310000  HANG ZHOU  ZJ**
**CHINA MAINLAND**



# CHN 214 1-00

# UPS EXPEDITED

**2**

TRACKING #: 1Z F14 06V 67 1628 8168



BILLING: P/P TPS 9749R2 US
DESC: shipment

**KEY**

Reference No.1: Order #1320



XOL 21.09.06      NV45 35.0A 08/2021*

# #1516  ( ● Paid )  ( ● Fulfilled )  ( Archived )

November 5, 2021 at 6:30 pm from Draft Orders

## Fulfilled (2)  #1516-F1                    •••

**Location**
I LOVE MAMA

**Fulfilled**
November 6, 2021

1ZF1406V6723378155 ( Delivered )

**Delivered on**
Friday, November 19, 2021

**Service**
UPS Worldwide Expedited® ($109.74)

**Package**
Custom box (20 × 16 × 1 in, 0 lb)

**Total Weight**
18 lb (with package)

**Shipping insurance coverage**
$200.00

**Insurance premium**
$0.00

| | | | |
|---|---|---|---|
| ② | June Tailor Heirloom Stitcher's Shape 'n Press (Lace Shaping Board) 18" x 25" | $24.00 × 2 | $48.00 |

**Paid**

| | | |
|---|---|---|
| Discount | Custom discount | -$48.00 |
| Subtotal | 2 items | $0.00 |
| Shipping | Free shipping (0.0 lb) | $0.00 |
| **Total** | | **$0.00** |
| Paid by customer | | $0.00 |

## Customer                              ✕

Zhou Yue Que
8 orders

**Contact information**            Edit

845339208@qq.com

**Shipping address**               Edit

Zhou Yue Que
No.39-2 Xiangyuan Rd. Xiangfu St.
301-1 Hang Zhou
310000 Zhejiang
China
+8617857323769

**Billing address**

Zhou Yue Que
No.39-2 Xiangyuan Rd. Xiangfu St.
301-1 Hang Zhou
310000 Zhejiang
China
+8617857323769

## Timeline

**NOVEMBER 19, 2021**

Shipment delivered email was sent to Zhou Yue Que (845339208@qq.com).                              9:43 PM

2 days left in your trial

Continue with Shopify after **January 9** by selecting a plan.

Select a plan

**NOVEMBER 15, 2021**

You were charged $33.55 for a shipping label price adjustment.                              2:27 PM

**NOVEMBER 6, 2021**

This order was archived.                                    1:22 PM

Shipping confirmation email was sent to Zhou Yue Que        1:22 PM
(845339208@qq.com).

Shopify fulfilled 2 items from I LOVE MAMA.                 1:22 PM

You purchased a $109.74 shipping label and the             1:22 PM
included shipping insurance premium.

You updated the shipping address for this order.           1:22 PM

**NOVEMBER 5, 2021**

Order confirmation email was sent to Zhou Yue Que          6:30 PM
(845339208@qq.com).

You created this order for Zhou Yue Que from draft order    6:30 PM
#D618.

Continue with Shopify after January 9
by selecting a plan.

Select a plan


## sherbut55 sent a message about Australian Smocking - Issue No 11 - Summer 1990 - Extremely Rare #113228797198

**eBay - sherbut55** <sherbu_lzn5347tff@members.ebay.com.au>
To: weng7533@gmail.com

Tue, Aug 24, 2021 at 12:33 AM

New message: Hello Weijie - We shipped the 16 Aust...



New message from: sherbut55 (2,397 ⭐)

Hello Weijie - We shipped the 16 Australian Smocking & Embroidery Magazines to your friend in China in a securely wrapped Parcel on Tuesday 24 August 2021(Australian Time). The Customs Declaration Form was completed as required. We have processed a refund of AU$17 to you for the saving in Shipping Costs for the Bulk Purchase. The Tracking ID Number is CF142245537AU for you to track the progress of the Magazines on the Australia Post Website. We hope they enjoy the Magazines. We will leave E-Bay feedback for you once we have received E-Bay feedback that they have received the Magazines. You should be aware that there will be Significant Delays in Delivery Timelines due to the Current Coronavirus Pandemic. Thank you for Shopping with us - William & Sheryl.

Because you arranged purchase of the Magazines & Shipping through just 8 of the Magazines on the system, we will need to cancel the other magazines off the E-Bay System. As we process taking these other magazines off the system, you will get messages from E-Bay about agreeing to cancel these orders which you should just agree so that the magazines can be taken off the system(The whole 16 magazines in full were sent to your friend). William & Sheryl.

Reply

Australian Smocking - Issue No 11 - Summer 1990 - Extremely Rare



# Order status: Paid

Estimated delivery: Thu. Aug. 26 - Wed. Sep. 22
Tracking number: CF142245537AU
Order number: 02-07502-13607

View order details

We scan messages to enforce policies. Only purchases on eBay are covered by the eBay purchase protection programs. Asking your trading partner to complete a transaction outside of eBay is not allowed.

**Email reference id: [#a03-a20ikc6pc9#]_[#ffa4cba399014d71b5f524294e6c1947#]**

We don't check this mailbox, so please don't reply to this message. If you have a question, go to Help & Contact.

eBay sent this message to Weijie Weng (weiwe550). Learn more about account protection. eBay is committed to your privacy. Learn more about our privacy notice and user agreement.

©1995-2021 eBay Inc., 2145 Hamilton Avenue, San Jose, CA 95125



# UN-SHIPPED ORDER PREVIEW
PRINT THIS PAGE

| | | |
|---|---|---|
| ITN #: 1212421630416924 | Date: | 08/31/2021 at 12:23:04 |
| Name: QINMEI YU | Site: | heirlooms |
| Address: 11430 DALIAN CT, 2nd floor | Card Type: | Visa |
| COLLEGE POINT, NY 11356 | Authorization Code #: | 00070G |
| USA | Authorize.Net Invoice #: | 9B6BA3F03341 |
| Phone: | Expires: | 04 / 2023 |
| E-mail: 929-238-4633 | | |
| foyuyu22@gmail.com | | |
| | Ship Method: | Padded Flat Rate Envelope |
| | Ship Cost: | $12.00 |

| SKU | DESCRIPTION | QTY. Ordered | QTY. Shipped | QTY. B/G | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|
| PTMC224 | Bedjacket (Sewing Patterns : Lady's bedjacket. Size: Adult) | 1 | 1 | | $12.00 | $12.00 |
| PTMC301 | Bishop Dress, Beach Coat, Nightgown & Robe #301 (Sewing Patterns : Girl's dress, beach coat, long o...) | 1 | 1 | | $12.00 | $12.00 |
| PTMC343 | Bishop Romper #343 (Sewing Patterns : Bishop smocked romper/bubble for...) | 1 | 1 | | $12.00 | $12.00 |
| PTMC324 | Boys and Girls Romper Pattern (Sewing Patterns - By Category - Rompers, Playsuits, Button On Suits, Capris & Shorts) | 1 | 1 | | $12.00 | $12.00 |
| PTMC321 | Button-on Suit #321 (Sewing Patterns : Boy's button-on suit. Includes p...) | 1 | 1 | | $12.00 | $12.00 |
| PTMC312 | Child's Overalls #312 (Sewing Patterns - By Category - Boys) | 1 | 1 | | $12.00 | $12.00 |
| PTMC111 | Childs Shirts (Sewing Patterns : Child's shirts with front and ba...) | 1 | 1 | | $12.00 | $12.00 |
| PTMC226 | Coat/French Bonnet with Embroidery #226 (Sewing Patterns : Plain round neck coat and bonnet...) | 1 | 1 | | $12.00 | $12.00 |
| PTMC342 | Dress with Inset - Size 1 - 2 (Sewing Patterns : Knee length dress with smocked i...) | 1 | 1 | | $12.00 | $12.00 |
| PTMC307 | Drop yoke dress #307 : Size 6 mo. (Sewing Patterns : Smocked yoke dress pattern in fo...) | 1 | 1 | | $12.00 | $12.00 |
| PTMC225 | Girls Coat, Bonnet & Leggings #225 (Sewing Patterns : Girls front button coat, bonnet ...) | 1 | 1 | | $12.00 | $12.00 |
| PTMC305 | Infant Daygown #305 (Sewing Patterns : Infant smocked bishop daygown.) | 1 | 1 | | $12.00 | $12.00 |
| PTMC313 | Jumper #313 (Sewing Patterns : Button shoulder A-line jumper wi...) | 1 | 1 | | $12.00 | $12.00 |
| PTMC362 | Ladies Blouse (Sewing Patterns : Ladies blouse with plain front, ...) | 1 | 1 | | $12.00 | $12.00 |
| PTMC352 | Ladies Gown #352 (Sewing Patterns : Size Ladies 8-18 short or long sleeved gown.) | 1 | 1 | | $12.00 | $12.00 |
| PTMC217 | Ladies Nightgown #217 (Sewing Patterns : Ladies night gown featuring lace...) | 1 | 1 | | $12.00 | $12.00 |
| PTMC359 | Maggie's Classics Smocked Dress - Size 1 - 4 (Sewing Patterns : Girls front and back smocked dress.) | 1 | 1 | | $12.00 | $12.00 |
| PTMC227 | Maggie's Classic Child's Coat (Sewing Patterns : Child's double breasted coat wil...) | 1 | 1 | | $12.00 | $12.00 |
| PTMC332 | Maggie's Classics Girls Sundress or Jumper with Smocked Inset (Sewing Patterns : Girls sundress or jumper with smocked inset.) | 1 | 1 | | $12.00 | $12.00 |
| PTMC336 | Nightgown, Robe #336 (Sewing Patterns : Smocked nightgown with choice of...) | 1 | 1 | | $12.00 | $12.00 |
| PTMC322 | Nightgown/Sundress #322 (Sewing Patterns : Ladies sleeveless smocked nightg...) | 1 | 1 | | $12.00 | $12.00 |
| PTMC114 | Nightshirt #114 (Sewing Patterns : Boy's and girls nightshirts. Choice of sizes.) | 1 | 1 | | $12.00 | $12.00 |
| PTMC219 | Girl's Party Dress #219 (Sewing Patterns : Heirloom dress pattern featuring...) | 1 | 1 | | $12.00 | $12.00 |
| PTMC349 | Playclothes #349 (Sewing Patterns - By Category - Smocked Bubbles) | 1 | 1 | | $12.00 | $12.00 |
| PTMC223 | Round Yoke Bubble #223 (Sewing Patterns : Round yoke bubble with back button closure.) | 1 | 1 | | $12.00 | $12.00 |
| PTMC215 | Round Yoke Dress #215 (Sewing Patterns : Basic round yoke dress (no smock...) | 1 | 1 | | $12.00 | $12.00 |
| PTMC203 | Scalloped Dress #203 : Size 1-2 (Sewing Patterns : Girl's dress with off center fro...) | 1 | 1 | | $12.00 | $12.00 |

[ go back ]

Send This Order

DELETE This Unsent Order.

refund 05/16

**Sub-Total Ordered: $463.50**
**Sub-Total Shippable: $425.00**
**Shipping Cost: $12.00**
**Total Due: $437.00**

| Code | Description | | | | | |
|---|---|---|---|---|---|---|
| PTMC326 | Smocked Box Pleat #326 : Size 6 mo., 1 (Sewing Patterns - Maggie's Classics - ) | 1 | | 1 | $12.00 | $12.00 |
| PTMC304 | Sundress & Nightgown #304 (Sewing Patterns : Girl's smocked bishop sundress o...) | 1 | | 1 | $12.00 | $12.00 |
| PTMC329 | Smocked Shirt #329 (Sewing Patterns : Smocked shirt with choice of lon...) | 1 | | 1 | $12.00 | $12.00 |
| PTBS12A | Becky Jo (Sewing Patterns : Sizes 6 - 16.) | 1 | | 1 | $6.50 | $6.50 |
| PTFVT023 | Cute Skirts (Sewing Patterns : Simple 8 panel skirt with option....) | 1 | | 1 | $14.00 | $14.00 |
| PTBS21 | Joyce - French Sewn Blouse (Sewing Patterns : Size Ladies 6 - 16.) | 1 | | 1 | $6.50 | $6.50 |
| PTBS20 | Daphne - Ladies' Blouse (Sewing Patterns : Size Ladies 6 - 16.) | 1 | | 1 | $6.50 | $6.50 |
| PTW02 | Bronwyn (Sewing Patterns : A dolman sleeve blouse allows fi...) | 1 | | 1 | $13.00 | $13.00 |
| PTSHS003 | Belle Epoque Blouse - Size 14 (Sewing Patterns : A beautiful and timeless design ...) | 1 | | 1 | $12.00 | $12.00 |
| PTBS13A | Brenda Olivia (Sewing Patterns : Sizes 6 - 16.) | 1 | | 1 | $6.50 | $6.50 |
| PTLMAUTUMN | Autumn Leaves Ladies' Nightgown or Robe (Sewing Patterns : Sizes XS - XXXL. This princess li...) | 1 | 0 | 1 | $20.00 | $0.00 |
| PTWS114 | Tiny Treasures (Sewing Patterns : Size 3 - 6 months.) | 1 | 0 | 1 | $12.00 | $0.00 |
| PTBS14 | Peyton - Square Yoke Blouse (Sewing Patterns : Size Ladies 6 - 16.) | 1 | 0 | 1 | $6.50 | $0.00 |

# Merchant: Chadwick Heirloom

12501 Patterson Ave
Richmond, VA 23238
US

804-285-3355

Order Information

| | | | |
|---|---|---|---|
| Description: | Chadwick Heirlooms Purchase | | |
| Order Number: | | P.O. Number: | |
| Customer ID: | | Invoice Number: | 986BA3F03341 |

**Billing Information**

QINMEI YU
11430 DALIAN CT, 2nd floor
COLLEGE POINT, NY 11356

**Shipping Information**

| | |
|---|---|
| Shipping: | 0.00 |
| Tax: | 0.00 |
| **Total: USD (91.50)** | |

Payment Information

| | |
|---|---|
| Date/Time: | 09-Sep-2021 08:33:41 PDT |
| Transaction ID: | 42920206412 |
| Reference Transaction ID: | 42900537287 |
| Transaction Type: | Refund |
| Transaction Status: | Refund/Pending Settlement |
| Authorization Code: | |
| Payment Method: | Visa XXXX0374 |



## UN-SHIPPED ORDER PREVIEW
PRINT THIS PAGE

| | |
|---|---|
| ITN #: 1212341629731655 | Date: 08/23/2021 at 11:21:30 |
| Name: QINMEI YU | Site: heirlooms |
| Address: 11430 DALIAN CT, 2nd floor | Card Type: Visa |
| COLLEGE POINT, NY 11356 | Authorization Code #: 04495G |
| Phone: USA | Authorize.Net Invoice #: S0970CB98C2E |
| E-mail: 929-238-4633 | Expires: 04 / 2023 |
| foyuyu22@gmail.com | |

Ship Method: Padded Flat Rate Envelope
Ship Cost: $12.00

| | DESCRIPTION | QTY. Ordered | QTY. Shipped | QTY. B/O | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|
| PTTH030 | Will (Sewing Patterns : WILLshirts and jumpsuits for boy...) | 1 | 1 | | $12.00 | $12.00 |
| PTGS900 | A-Line Christening Gowns II (Sewing Patterns : Designed for boys, the designs i...) | 1 | 1 | | $15.00 | $15.00 |
| PTGS51 | Cameron's Pull-On Shorts & Hang-Out Shirts (Sewing Patterns : Sizes 2-6 Cameron's Pull-On Shor...) | 1 | 1 | | $15.00 | $15.00 |
| PTGS003 | Carrington's Drop Waist Dress & Jumper (Sewing Patterns : Dropwaist dress or jumper patter...) | 1 | 1 | | $15.00 | $15.00 |
| PTGSDBOYSBUTTONONWKN | Boy's Button-On Suit with Knickers (Sewing Patterns : Boy's Button-On Suit with Knicke...) | 1 | 1 | | $16.00 | $9.00  B/O |
| PTMJT400 | Sunsuit and Overall set (Sewing Patterns : Size 1-4y) | 1 | 1 | | $9.00 | $9.00 |

Sub-Total Ordered: **$82.00**
Shipping Cost: **$12.00**
Total Due: **$94.00**

*Thank you*

[ Send This Order ]

[ DELETE This Unsent Order ]

**[ go back ]**



## Order information

| | |
|---|---|
| Buyer | weiwe550 |
| Seller | sherbut55 |
| Placed on | Aug 22, 2021 |
| Payment method | Credit Card |
| Paid on | Aug 22, 2021 |

## Shipping address

Yue Que Zhou

No.39-2 Xiangyuan Rd. Xiangfu St, 301-1
Hang Zhou, 浙江省 310000
China

## Order total

| | |
|---|---|
| 8 items | AU $140.00 |
| Shipping | AU $112.00 |
| Amount paid | AU $252.00 |
| Total refunded | -AU $17.00 |
| **Order total** | AU $235.00 |

## Items bought from sherbut55
### Order number: 02-07502-13607

| Quantity | Item name | Shipping service | Item price |
|---|---|---|---|
| 1 | Australian Smocking & Embroidery - Issue No 42 - 1998 - Very Rare (114922094152) | Australia Post International Standard | AU $10.00 |
| 1 | Australian Smocking & Embroidery - Issue No 73 - 2005 - Extremely Rare (124839111114) | Australia Post International Standard | AU $30.00 |
| 1 | Australian Smocking & Embroidery - Issue No 34 - 1995 - Very Rare (114922083062) | Australia Post International Standard | AU $10.00 |
| 1 | Australian Smocking & Embroidery - Issue No 28 - Autumn 1994 - Very Rare (114922069882) | Australia Post International Standard | AU $10.00 |
| 1 | Australian Smocking & Embroidery - Issue No 22 - Spring 1992 (124339981160) | Australia Post International Standard | AU $20.00 |
| 1 | Australian Smocking & Embroidery - Issue No 37 - 1996 - Very Rare (114922087175) | Australia Post International Standard | AU $10.00 |
| 1 | Australian Smocking & Embroidery - Issue No 17 - Winter 1991 (114411947260) | Australia Post International Standard | AU $25.00 |
| 1 | Australian Smocking - Issue No 11 - Summer 1990 - Extremely Rare (113228797198) | Australia Post International Standard | AU $25.00 |



This purchase was canceled on August 23, 2021.



Daygowns Pattern / Sweet & Simple Daygowns / Traditional Baby Pattern / Girls / Boys / by The Old Fashioned Baby / OF14

See all 11 items in this order

**Shop Note**
Thanks so much for shopping with us.

show more

Purchased from ▪ MyLittleMercell on Aug 21, 2021

Follow this shop for updates and special offers

$28.31

**Delivered**
On Aug 27, 2021
From Mequon, WI To COLLEGE POINT

Estimated delivery: Aug 27

Track Package

Help with order

View Receipt



Smocking Unlimited Heirloom Smocking Sewing Patterns Girls Boys Baby Dress Coat Pinafore sz 1 2 3 4 5 6 12 18 mos Uncut non-profit support



Gooseberry Hill Vintage Sewing Pattern Girls Boys Baby Toddler Dress Apron New Uncut non-profit support



Briar Patch Designs Vintage Sewing Pattern Girls Boys Baby Toddler New Uncut non-profit support

Briar Patch Designs Vintage Sewing Pattern Girls Boys Baby Toddler New Uncut non-profit support

**Shop Note**
Thank you for your purchase from My Little Mercell

show more

Purchased from ▪ Miridiragy on Aug 21, 2021

Follow this shop for updates and special offers

$13.91

**Shipped**
On Aug 22, 2021
From Bonaire, GA To COLLEGE POINT

Estimated delivery: Aug 23-25

Vintage Woman's Institute Sewing Book 1920s Tailored & Lingerie Blouses E-book -PDF-

## Re: Order Confirmation (#18543)

CREATIVE SMOCKING <smocking2@bendbroadband.com>
Tue 2021-08-03 22:21
To: Yu Quinn May <yuyu22@live.cn>

All of the patterns inside the magazines are in perfect condition, except for one pattern which is torn.
Just a small section.  Its easy to fix.

---

**From:** "Yu Quinn May" <yuyu22@live.cn>
**To:** "Creative Sewing & Smocking" <smocking2@bendbroadband.com>
**Sent:** Tuesday, August 3, 2021 7:12:46 PM
**Subject:** Order Confirmation (#18543)

Hello,
Is the pattern inside the magazine cut or uncut? Is it same with the attached images?

Thank you!
Quinmay Yu

---

## Order Confirmation

Thank you for your order, QINMEI YU.
Your order number is: 18543
Date of order: 8/3/2021 6:54 PM

Shipping Method: SHIPPING -without a doubt we have the lowest shipping rates in the nation. We
charge exactly what the postage meter says the cost is. No worries with us
Payment Method: Credit card payment

---

### Ship To

QINMEI YU
11430 DALIAN CT
2nd floor
College Point, NY 11356
United States
**Phone:**9175355883

### Bill To

QINMEI YU
11430 DALIAN CT
2nd floor
College Point, NY
11356
United States
**Phone:**9175355883

---

### Additional Information

**I understand shipping will be added to the order after the order is weighed. Least expensive postage. Call for exact
amt if you prefer 1-800-424-2232:** Yes

**Click SEND Paypal INV, Click NEXT, see SELECT YR PAYMENT METHOD, open DROP-DOWN ARROW BOX defaults
to credit card chg to ACCT. A PAYPAL INVOICE will come to your email inbox for payment.:** No

**30-Day Net WHLS APPROVED customers-- CHECK BOX, next page see SELECT PAYMENT, click drop down arrow,
CHANGE TO On Account--no number needed, click PLACE YOUR ORDER, DONE!:** No

**Credit Card users-- CLICK BOX, see next page SELECT PAYMENT defaults to credit card, fill in the blanks, Click
PLACE YOUR ORDER, DONE!:** Yes

---

### Product Information

| Product Name | Part No. | Quantity | Item Price | Total Price |
| --- | --- | --- | --- | --- |

| Description | Item | Qty | Price | Total |
|---|---|---|---|---|
| Patten's Jumper | PL45A | 1 | $12.00 | $12.00 |
| Romper Attach-a-Bib #180 3mo-24mo | CK180 | 1 | $12.00 | $12.00 |
| Infant Tuxedo Jacket sz 8-lbs, 11-lbs, 14-lbs, 20-lbs, 26-lbs and 32-lbs | JMQ25 | 1 | $11.00 | $11.00 |
| Australian Smocking & Embroidery Issue 29 Winter 1994--2 copies | ASE 29 | 1 | $10.78 | $10.78 |
| Australian Smocking & Embroidery Issue 27 Summer 1994--ONLY 1 Copy | ASE27 | 1 | $10.78 | $10.78 |
| ASE #45 1998 The Worlds Most Beautiful Smocking | ASE 45 | 1 | $10.78 | $10.78 |
| ASE 42 | ASE 42 | 1 | $10.78 | $10.78 |
| ASE 40 from 1997 | ASE 40 | 1 | $10.78 | $10.78 |
| ASE 49 from 1999 | ASE 49 | 1 | $10.78 | $10.78 |
| ASE 86 | ASE 86 | 1 | $10.78 | $10.78 |
| ASE 67 | ASE 67 | 1 | $10.78 | $10.78 |
| ASE 31 Summer 1995 | ASE 31 | 1 | $10.78 | $10.78 |
| ASE 18 Spring 1991 | ASE 18 | 1 | $10.78 | $10.78 |
| ASE 54 | ASE54 | 1 | $10.78 | $10.78 |
| ASE 57 | ASD57 | 1 | $10.78 | $10.78 |
| ASE 59 | ASE 59 | 1 | $10.78 | $10.78 |
| ASE 61 | ASE 61 | 1 | $10.78 | $10.78 |
| ASE 65 | ASE 65 | 1 | $10.78 | $10.78 |
| ASE66 | ASE66 | 1 | $10.78 | $10.78 |
| ASE 26 | ASE 26 | 1 | $10.78 | $10.78 |
| ASE 21 | ASE 21 | 1 | $10.78 | $10.78 |

|  |  |
|---|---|
| Subtotal: | $229.04 |
| Shipping: | $0.00 |
| Tax: | $0.00 |
| Order Total: | $229.04 |

--
Creative Smocking
Cheryl Johansen
PO BOX 8728
Bend, OR 97708
800-424-2232, local 541-383-0492
TEXT 541-771-8819
smocking2@bendbroadband.com

# Etsy

**Order #2137339450**

 Purchased from
[LeftHandSaber](#) on Aug 8, 2021



**McCalls 4545 Pattern UNCUT 1980s Nannette Girl's Yoked Dress Jumpsuit Ribbon Raised Waist Long or Short Puff Sleeves - Size 4 5 6 OR 2 3 4**

**Size:** Size 2 3 4

Transaction #2566968921
Quantity: 1

Price     $5.00



**Simplicity 4836 Pattern CUT Complete 1960s Boys Three Piece Suit Weskit Vest Jacket Pockets and Pants Size 8 Chest 26 MN**

Transaction #2566968919
Quantity: 1

Price     $6.00



**McCalls 9394 Pattern CUT Complete 1960s Girl's Buton Front Blouse Peter Pan Collar Weskit Vest and Flared Pull On Skirt Size 5 MN**

Transaction #2560619988
Quantity: 1

Price     $5.00



**McCalls 7630 Pattern Little Girls Button Down Blouse Short or Longs Sleeves Gathered to Button Cuff Contrast Collar Size 6 UNCUT IL**

Transaction #2560619986
Quantity: 1

Price     $5.00



**Butterick 3271 Pattern UNCUT 1990s Vintage It's Enchanting Easy Child's Weskit Vest Pants Dress Jumper Ruffled Cap Size 2 3 4 OR 5 6 6X IL**

**Size:** 2 3 4

Transaction #2560619984
Quantity: 1

Price     $6.00



**McCalls 7882 Pattern CUT Complete 1980s Toddler Boys or Girls Outfit Button Front Jacket Skirt Suspenders Pants Shorts Size 3 Breast 22 IL**

Transaction #2560619982
Quantity: 1

Price     $6.50



**Simplicity 6133 Pattern UNCUT 1980s Girl's Full Circle Poodle Skirt Inverted Pleated Skirt or Front Wrapped Kilt Style Size 5 Mn**

Transaction #2560619980
Quantity: 1

Price                                                          $5.00

**Payment Method**
Visa ending in 0382
Paid on Aug 8, 2021
Your credit card information was not shared with this shop.

| | |
|---|---|
| Item Total | $38.50 |
| Shipping | $9.40 |
| Sales Tax | $4.25 |
| **Order Total** | **$52.15** |
| Refunded | -$1.63 |
| **Adjusted Total** | **$50.52** |

## Refund History

| | | |
|---|---|---|
| Aug 9, 2021 | $1.63 was returned to your Visa ending in 0382. | $1.63 |

**Reason for refund**
Shop owner refunding shipping overages

## Order Notes



**Note from Elise Anderson**
Thank you for shopping at LeftHandSaber. I hope you find your purchase as pleasing as its picture. Visit again as vintage treasures get added to the collection.



**Your note to Elise Anderson**
Is it supposed to be free shipping? Thx. :)

## Shop policies

**Shop policies** Last updated on Oct 25, 2022
**Shipping** See item details for estimated arrival times.

### Customs and import taxes
Buyers are responsible for any customs and import taxes that may apply. I'm not responsible for delays due to customs.

**Payment options** 🔒 Secure options
   
Accepts Etsy Gift Cards and Etsy Credits
Etsy keeps your payment information secure. Etsy shops never receive your credit card information.

**Returns & exchanges**     Contact the seller if you have any problems with your order.

**Cancellations** Cancellations: accepted

Request a cancellation: before item has shipped

**Privacy policy** Read the privacy policy for LeftHandSaber

# Etsy

**Order #2133607326**

Purchased from
**NewAgain** on Aug 4, 2021

| | | | |
|---|---|---|---|
| **McCall's Separates for Boys and Girls Pattern 3058**<br>Transaction #2562031451<br>Quantity: 1 | Price | | $4.00 |
| **Simplicity Girls' and Boys Swimsuit, Cap, Shorts, and Hooded Top Pattern 6393**<br>Transaction #2562031447<br>Quantity: 1 | Price | | $5.00 |
| **New Look Girls' and Boys' Trousers, Vest and Shorts Pattern 6370**<br>Transaction #2562031445<br>Quantity: 1 | Price | | $4.00 |
| **Simplicity Child's Suspender Skirt, Pants, Reversible Vest and Knit Top Pattern 9889**<br>Transaction #2562031443<br>Quantity: 1 | Price | | $4.00 |
| **Simplicity Child's and Girls' Jacket or Vest, Skirt and Pantskirt Pattern 8377**<br>Transaction #2562031441<br>Quantity: 1 | Price | | $5.00 |
| **McCall's Girls' Tops, Dresses and Leggings Pattern 6156**<br>Transaction #2562031439<br>Quantity: 1 | Price | | $4.00 |
| **Simplicity Child's Knit Tops, Pants or Shorts and Lined Vest Pattern 9676**<br>Transaction #2562031437<br>Quantity: 1 | Price | | $5.00 |

**Simplicity Girl's Skirt, Straight Leg Pants, Lined Vest, and Unlined Jacket Pattern 6729**

Transaction #2562031435
Quantity: 1

Price

$4.00

**Style Children's Coordinates Pattern 1932**

Transaction #2555590172
Quantity: 1

Price

$4.00



**McCalls Children's and Boys' Lined Vest, Shirt, Pants, and Shorts Pattern 6755**

Transaction #2555590170
Quantity: 1

Price

$6.00



**Butterick Toddlers' Vest, Shirt, Skirt and Pants Pattern 4002**

Transaction #2555590168
Quantity: 1

Price

$4.00



**Simplicity Girls' Skirt, Pullover Top and Blouse Pattern 7462**

Transaction #2555590166
Quantity: 1

Price

$5.00



**Vintage McCall's Children's Shirt, Top, Pants, and Shorts Pattern 4132**

Transaction #2555590164
Quantity: 1

Price

$4.00



**McCall's Girls' Shirt, Skirt, Pants and Vest Pattern 7201**

Transaction #2555590162
Quantity: 1

Price

$4.00

**Simplicity Child's Tops, Pants or Shorts and Scarf Pattern 9652**

Transaction #2555590160
Quantity: 1

Price

$5.00

**Payment Method**

Item Total

$67.00

| | | | |
|---|---|---|---|
| Visa ending in 0382 | | Shipping | $18.50 |
| Paid on Aug 4, 2021 | | Sales Tax | $7.59 |
| Your credit card information was not shared with this shop. | | | |
| | | **Order Total** | **$93.09** |
| | | Refunded | −$10.89 |
| | | **Adjusted Total** | **$82.20** |

## Refund History

| Aug 4, 2021 | $10.89 was returned to your Visa ending in 0382. | $10.89 |
|---|---|---|

**Reason for refund**
Shop owner refunding shipping overages

**Note from Seller**
Refunding shipping overage

## Order Notes



**Note from Alicia Gomez**

Thank You for your Purchase!



**Your note to Alicia Gomez**

Hello,

Is it supposed to be free shipping?

## Shop policies

**Shop policies**

Last updated on May 9, 2022

**Returns and exchanges** Contact the seller if you have any problems with your order.

**Shipping**

Shipping

Due to custom policies and regulations I will put the correct amount paid on the customs form. I am very sorry but I will not be responsible for packages not delivered. I will have proof of shipping.

+ If you would like a shipment upgrade, contact me in order to get a quote on the actual shipping price.

+ I can not be responsible for lost items. If you would like insurance please convo me and we can make arrangements.

+ I will combine shipping. If you buy more than one item and shipping ends up costing less you will be refunded the overages.

+ I ship within 5 days from receipt of payment. I will send you an e-mail indicating the date to be shipped, etc. If you need faster service or any shipping upgrades, please let me know before purchase. In most cases I ship the day of purchase or the next day.

Refunds and Exchanges

+ No Refunds or exchanges on patterns.

Thank you for purchasing from abcfabrics. Please do not hesitate to contact the seller if queries or...

show more

**Delivered**
On Aug 6, 2021
From Kingsville, TX To
COLLEGE POINT

$93.09

Estimated delivery Aug 6

Track Package

Help with order

View Receipt




McCall's Separates for Boys and Girls Pattern 3058




Simplicity Girls' and Boys Swimsuit, Cap, Shorts, and Hooded Top Pattern 6393



New Look Girls' and Boys' Trousers, Vest and Shorts Pattern 6270



Simplicity Child's Suspender Skirt, Pants, Reversible Vest and Knit Top Pattern 9889



Simplicity Child's and Girls' Jacket or Vest, Skirt and Pantskirt Pattern 8377



McCall's Girls' Tops, Dresses and Leggings Pattern 6156



Simplicity Child's Knit Tops, Pants or Shorts and Lined Vest Pattern 9676



Simplicity Girl's Skirt, Straight Leg Pants, Lined Vest, and Unlined Jacket Pattern 6729



Style Children's Coordinates Pattern 1932

✓ Following shop

Purchased from ☐ VintageBabyB4You on Jul 8, 2021



Chery Williams Round Yoke Jumpsuit & Knickers size 1-7, Sewing Pattern Girl Smocked Romper with Sleeve and Collar Options 1994, Unused

Your Review ★★★★★

Kay is very friendly and professional. Thank you!

**Delivered**
On Jul 12, 2021
From GREENBRIER, TN To COLLEGE POINT

Estimated delivery : Jul 12

$38.64

| Track Package |
| Help with order |
| View Receipt |





Unused Chery Williams Boy's Button On Suit size 1-5 Sewing Pattern Smocked or Heirloom Shirt plus Pants in 3 Lengths 1986, Portrait Wedding

Your Review ★★★★★

Kay is very friendly and professional. Thank you!

⌄

**Shop Note**

Thank you for your purchase. It will be my pleasure to ship this purchase to you, usually within 2 business days. Please return to Vintage Baby by You any time!

Purchased from ☐ AlabamaFabrics on Jul 7, 2021

Follow this shop for updates and special offers



Petite Poche Melissa pattern

**Delivered**
On Jul 16, 2021
From Samson, AL To COLLEGE POINT

$62.88

| Track Package |
| Help with order |
| View Receipt |

Primrose Lane Baby Kevin suit pattern



Especially For You Bibs and Booties Pattern

| Buy this again |    $14.50

Shop Note

Thank you for your purchase!

show more

Purchased from ⊞ MariAliciaDesigns on Jul 11, 2021

Follow this shop for updates and special offers

$46.82

**Delivered**

On Jul 15, 2021

From Lecombe, LA To COLLEGE POINT

Estimated delivery: Jul 15

**Track Package**

Help with order

View Receipt



Simplicity 5374, Baby Clothing Sewing Pattern

Simplicity 4243, Baby Clothing Sewing Pattern

McCalls 3665, Baby Clothes Pattern



McCalls M5353, Infants' Dresses, Panties and Hat Sewing Pattern



Simplicity 2264, Baby Clothing Sewing Pattern



McCalls MP346, Children's Cape and Tunic Costume Sewing Pattern



Butterick B4319, Children's One Hour Costume Sewing Pattern



Shop Note

Thank you so much for your order!

show more

**Buy this again** $6.99

Purchased from 🏠 StitchWithLove on Jul 12, 2021
**Follow this shop for updates and special offers**

$43.24

**Delivered**
On Jul 15, 2021
From TUSCUMBIA, AL To
COLLEGE POINT

Estimated delivery: Jul 15

**Track Package**

**Help with order**

**View Receipt**

### Picture Smocking with Ellen McCarn

**Buy this again** $12.35

### Ellen McCarn on English Smocking - Everything You Need to Know About Smocking

**Buy this again** $12.35

### One Stitch At A Time -Guide for Beginners in English Smocking - Ellen McCarn

**Buy this again** $6.75

Shop Note
JUST IN NEW FABRICS & PATTERNS

show more

Purchased from 🏠 EmolyVoroserPatterns on Jul 11, 2021
**Follow this shop for updates and special offers**

$7.50

**Delivered**

**Download Files**

**Help with order**

**View Receipt**

### Green Bean Baby Set - digital sewing pattern

Included Files: 3 PDF

**Buy this again** $9.50

Shop Note
Thank you for your purchase!

show more

Purchased from 🏠 MauriAliciaDesigns on Jul 11, 2021
**Follow this shop for updates and special offers**

$46.82

**Delivered**
On Jul 15, 2021
From Lacombe, LA To COLLEGE
POINT

Estimated delivery: Jul 15

**Track Package**

### Simplicity 5374, Baby Clothing Sewing Pattern



etsy.com/your/purchases/?page=3

# Etsy

Search for anything

After-Holiday Sales | Jewelry & Accessories | Clothing & Shoes | Home & Living | Wedding & Party | Toys & Entertainment | Art & Collectibles | Craft Supplies | Gifts & Gift Cards

## Purchases

Purchases | Cases

Search your purchases

---

Purchased from ☞ _christvdesigns_ on Jul 22, 2021

**Follow this shop for updates and special offers**

This item was part of a $187.54 purchase from multiple shops on Jul 22, 2021

$9.95

**Easy McCall's M6873 6873 Size YA5 (Newborn-Xlg-8-29 lbs) Infant
Baby Boy Suit. Vest, Tie, Pull-on Cuff Pants & Shorts, Dress Shirt.
Uncut.**

**Delivered**

On Jul 26, 2021

From Crown Point, IN To
COLLEGE POINT

Estimated delivery: Jul 26

[ Track Package ]

[ Help with order ]

[ View Receipt ]

**Shop Note**

Thank you for order! Please note that products and supplies are not returnable. Please convo me on

show more

---

Purchased from ☞ _PrairieArtsandCrafts_ on Jul 15, 2021

**Follow this shop for updates and special offers**

$11.86

**Little Boys Wardrobe - Casual or Semi-formal. Sewing Patterns.
Sizes NB-3T, like new, uncut**



Your Review ★★★★★

Unused and uncut pattern. The instruction sheet inside was intact and in
very good condition (no tears/writings). The envelope is also in good
condition. I am very happy with this pattern. The transaction was smooth
too.

**Delivered**

On Aug 23, 2021

From Rochester, MN To
COLLEGE POINT

Estimated delivery: Jul 23

[ Track Packages ]

[ Help with order ]

[ View Receipt ]

^

---

**Little Boys Wardrobe - Casual or Semi-formal. Sewing Patterns.
Sizes NB-3T, like new, uncut**

Your Review ★★★★★

It was like opening a gift from a good friend. Diana adds those extra, sweet
touches, including a free gift, that make me fond for other customers I'm
sure! I felt special and appreciated.

^

**Shop Note**

Thank you for your purchase from our Etsy shop, PrairieArtsAndCrafts, located in America's Heartland.

show more

---

Purchased from ☞ _WhatCameFirstShop_ on Jul 15, 2021

**Follow this shop for updates and special offers**

$20.61

**Delivered**

On Jul 19, 2021

etsy.com/your/purchases/?page=2

Purchased from ☺ JESSIELDESIGNS on Jul 22, 2021

$167.79

✓ Following shop

These items were part of a $167.54 purchase from multiple shops on Jul 22, 2021

**Delivered**

On Jul 26, 2021

From Pittsburgh, PA To
COLLEGE POINT

Estimated delivery: Jul 26

[ Track Package ]

[ Help with order ]

[ View Receipt ]

 uncut mccalls sewing pattern 4352, Infants Dress, Panties, Bloomers, Hat, Childs Beachwear, Sundress, Baby Dress & Bloomers FF

 Uncut Simplicity Sewing Pattern 1566 Babies' Overall, Jacket or Vest, Pants, Knit Top and Hat size XXS- XS- Sml- Med- Lrg FF

Uncut Simplicity Sewing Pattern Babies Romper Sewing Pattern with Appliques Sizes XS-LG Simplicity 9719 FF

 Uncut Butterick Sewing Pattern 5510 infant and baby boy's shirt, t-shirt, pants and hat, sizes newborn - S - M FF

[ Buy this again ]    $4.99

Uncut vintage Simplicity Sewing Pattern 7956 Boy's Pants, Shorts and Shirt Sizes 7-12 FF

Uncut Simplicity sewing Pattern 1575 Easy Girl and Boy Lounge-Wear or Pajamas Size 3-4-5-6 FF

 Uncut Simplicity sewing Pattern 10394 1504 Child's Teens' and Adults 'Shirt in Two Lengths and Pants - Size XS-L.Xs-XL FF

[ Buy this again ]    $5.99

 uncut Butterick Sewing Pattern 6894 Boys Toddler, Long Sleeve Shirt, Lined Jacket, Patch Pockets, short pants Size 2 3 4 5 FF

 Uncut simplicity Sewing Pattern 10987 Mens Button Up Shirt in 2 Variations, Shorts and Pants Size 34-42 44-52 FF

Thank you for your purchase! I truly appreciate your order and I hope you are happy with your items. If

show more

Purchased from 🛒 ItsSewVintage on Jul 24, 2021

$67.50

Delivered
On Jul 26, 2021
From SILVERTON, OR To
COLLEGE POINT

[Track Package]

[Help with order]

[View Receipt]

 Uncut, Child Size 3-6, Sewing Pattern, Simplicity 8567, Boy, Toddler, Formal Clothes, Pants, Suspenders, Vest, Tie, Shirt, K.P. Kid's & Co.

 Uncut Size Small 34-36 Sewing Pattern, Mccalls 2233, Uniform Essentials, Chef Costume, men misses, apron jacket shirt hat headwrap pants Top

 Uncut, Misses Size 8 to 18, Sewing Pattern, Butterick 5765, Women, Apron, Potholder, Halter Style, Chicken, Pear, Butterfly, Square, Gift

 Uncut, Child Size 4, 5, 6, Sewing Pattern, Easy McCalls 4708, Jumping Beans, Boy, Girl, Toddler, Cardigan, Top, Pants, Shorts, Nautical

 Uncut, Baby to 24 Lbs, Sewing Pattern, Simplicity 2291, Girl, Boy, Knit Bodysuit, Top, Pants, Skirt, Bunting, Bibs, Bear, Rabbit, Ruffles

Uncut Child Size 3 4 5 6, Easy Learn to Sew Sewing Pattern, Simplicity P207, Pants, Top, Nightgown Pajamas, Girl Sleepwear, Peasant, Ruffles

 Uncut Child Size 3, 4, 5, 6, Sewing pattern, Simplicity 5941, Easy to Sew, Girl, Toddler, Pajamas Nightgown, Gown, Robe, Heart Pockets, Top

 Uncut Child Size 7-14, Sewing Pattern McCalls Easy M6917, Girl Top, Peplum, Shorts, Capri Pants, Kids, Tunic, Summer Clothes, Beginners

 Uncut, Child Size 6, Vintage 1980's Sewing Pattern, McCalls 3554, Children Boy, Girl, Pants, Shorts, Top Shirt, Contrast Fabric,

Purchased from ⚏ CaitiesCraftingShop on Jul 24, 2021

Follow this shop for updates and special offers

$40.99

## Delivered

On Jul 29, 2021

From Portland, OR To COLLEGE POINT

Estimated delivery: Jul 29

**Track Package**

Help with order

View Receipt



**Vogue Sewing Pattern for Boys Suit, Boys Suit Jacket and Shorts or Pants, Boys Formal Suit, Vogue 9248, Size 2-5, Uncut FF**

**Sewing Pattern for Baby Girl or Boys Pants and Jacket, Baby Sweatshirt, Baby Winter Clothing, Simplicity 8996, Size XXS-L, Uncut**



**Sewing Pattern for NewBorn Baby Boys Jacket, Shirt, Shorts, Pants, and Hat, Baby Clothing, McCalls 6779, Size NB-XL, Uncut FF**



**Sewing Pattern for Girls and Boys Jackets, Teens Unisex Hoodie Pattern, Boys Sweatshirt, Size 8-16, Simplicity 9028, Uncut and FF**

**Sewing Pattern for Men's Shirts and Jacket, Mens Button Up Shirt, Flannel Shirt, Simplicity 8475, Size Boys S-L and Mens S-XL, UNCUT FF**



**Sewing Pattern for Girls Dress, Girls Formal Dress, Winter Dress Pattern, Ruffle Sleeve Dress, Simplicity 8522, Size 3-8, Uncut and FF**

**Sewing Pattern for Girls Tops and Knit Leggings, Toddler Girls Tops, Long Sleeve Tops, Simplicity 9025, Size 3-8, Uncut and Factory Folded**



Shop Note

Thank you for your purchase! I truly appreciate your order and I hope you are happy with your items. If

show more

show more

Purchased from ⚵ NewAgain on Aug 4, 2021
Follow this shop for updates and special offers

$93.09

**Delivered**
On Aug 6, 2021
From Kingsville, TX To
COLLEGE POINT

Estimated delivery: Aug 6

[ Track Package ]

[ Help with order ]

[ View Receipt ]



McCall's Separates for Boys and Girls Pattern 3058

Simplicity Girls' and Boys Swimsuit, Cap, Shorts, and Hooded Top
Pattern 6393

New Look Girls' and Boys' Trousers, Vest and Shorts Pattern 6370



Simplicity Child's Suspender Skirt, Pants, Reversible Vest and Knit
Top Pattern 9889



Simplicity Child's and Girls' Jacket or Vest, Skirt and Pantskirt
Pattern 8377



McCall's Girls' Tops, Dresses and Leggings Pattern 6156



Simplicity Child's Knit Tops, Pants or Shorts and Lined Vest Pattern
9676



Simplicity Girl's Skirt, Straight Leg Pants, Lined Vest, and Unlined
Jacket Pattern 6729



Style Children's Coordinates Pattern 1932



Purchased from ▣ LeftHandSailor on Aug 8, 2021                    $52.15

Follow this shop for updates and special offers



McCalls 4545 Pattern UNCUT 1980s Nannette Girl's Yoked Dress
Jumpsuit Ribbon Raised Waist Long or Short Puff Sleeves - Size 4 5
6 OR 2 3 4

Simplicity 4836 Pattern CUT Complete 1960s Boys Three Piece Suit
Weskit Vest Jacket Pockets and Pants Size 8 Chest 26 MN



McCalls 9394 Pattern CUT Complete 1960s Girl's Buton Front
Blouse Peter Pan Collar Weskit Vest and Flared Pull On Skirt Size 5
MN



McCalls 7630 Pattern Little Girls Button Down Blouse Short or
Longs Sleeves Gathered to Button Cuff Contrast Collar Size 6
UNCUT 1L



Butterick 3271 Pattern UNCUT 1990s Vintage It's Enchanting Easy
Child's Weskit Vest Pants Dress Jumper Ruffled Cap Size 2 3 4 OR 5
6 6X 1L

**Delivered**

On Aug 13, 2021

From Sacramento, CA To
COLLEGE POINT

Estimated delivery: Aug 13





McCalls 7882 Pattern CUT Complete 1980s Toddler Boys or Girls
Outfit Button Front Jacket Skirt Suspenders Pants Shorts Size 3
Breast 22 1L



Simplicity 6133 Pattern UNCUT 1980s Girl's Full Circle Poodle Skirt
Inverted Pleated Skirt or Front Wrapped Kilt Style Size 5 Mn

Shop Note

Thank you for shopping at LeftHandSailor. I hope you find your purchases as pleasing as its picture.

Visit again as vintage treasures get added to the collection.



Children's Corner / Jamie Pattern / Bubble / Sunsuit / Smocked Option / Multiple Sleeve Options / Snap Crotch /

**Shop Note**
Thanks so much for shopping with us.

show more

Track Package

Help with order

View Receipt

---

$42.52

Purchased from 🏠 StitchWithLove on Jul 8, 2021
Follow this shop for updates and special offers



Smock and Block Guide by: Ellen McCarn

NEW The Ultimate Yoke Dress Pattern Ellen McCarn SZ 3mo - 4 YR 5Yr-14Yr

Buy this again   $14.95

NEW The Ultimate Yoke Dress Pattern Ellen McCarn SZ 3mo - 4 YR 5Yr-14Yr

Buy this again   $14.95

**Shop Note**
JUST IN NEW FABRICS & PATTERNS

show more

---

**Delivered**
On Jul 12, 2021
From TUSCUMBIA, AL To
COLLEGE POINT

Estimated delivery: Jul 12

Track Package

Help with order

View Receipt

show more

---

$21.30

Purchased from 🏠 SweetStitchesOhio on Jul 8, 2021

Follow this shop for updates and special offers

This item was part of a $61.53 purchase from multiple shops on Jul 8, 2021

Romper Pattern / Sunsuit Pattern / Boy's or Girl's Pattern / Toddler Romper / Ruffled Seat / Childrens Corner / Bailey Pattern / #294

**Buy this again**   $15.50

**Shop Note**
Thanks so much for shopping with us.

show more

**Shipped**

On Jul 13, 2021

From San Diego, CA To COLLEGE POINT

Estimated delivery: Jul 17-19

**Help with order**

**View Receipt**

---

$40.23

Purchased from 🏠 SewPurrfectNotions on Jul 8, 2021

Follow this shop for updates and special offers

These items were part of a $61.53 purchase from multiple shops on Jul 8, 2021

Johnny A Button On The Shoulder Romper Sewing Pattern From Children's Corner NEW, Please See Description and Pictures For More Information!

**Buy this again**   $15.75

Basics For Boys III Sizes 3mo-3, Sewing Pattern From Children's Corner BRAND NEW, Please See Description and Pictures For More Information!

**Buy this again**   $15.75

**Delivered**

On Jul 20, 2021

From Toledo, OH To COLLEGE POINT

Estimated delivery: Jul 20

**Track Package**

**Help with order**

**View Receipt**

---

$39.21

Purchased from 🏠 SweetStitchesOhio on Jul 8, 2021

Follow this shop for updates and special offers

Childrens Corner / Charlie Pattern / Bubble / Romper / Multiple Sleeve Options / Two Collars / Long or Short Length / Button Back /

Childrens Corner / Jamie Pattern / Bubble / Sunsuit / Smocked Option / Multiple Sleeve Options / Snap Crotch /

**Delivered**

On Jul 12, 2021

From San Diego, CA To COLLEGE POINT

Estimated delivery: Jul 12



**Track Package**

**Help with order**

**View Receipt**

Shop Note

**Buy this again**   $2.00

$38.92

Purchased from ▽ AuBamaFabrics on Jul 7, 2021

Follow this shop for updates and special offers

$15.00 of your gift card was applied to your $329.23 purchase from multiple shops



**Vintage Chery Williams Round Yoke n Knickers pattern**

This purchase was canceled on July 7, 2021.



**Pat Garretson Basic Bishop Pattern**

This purchase was canceled on July 7, 2021.

**Shop Note**

We take pride in stocking items for seamstresses of all types. Please let us know if you have any problems with your order. Thank you for shopping with us, and happy sewing!

$45.50

Purchased from ▽ DovieJaneClothing on Jul 7, 2021

Follow this shop for updates and special offers

$15.00 of your gift card was applied to your $329.23 purchase from multiple shops



**Santa Rudolph Smocked Longall, Santa Smocked, Santa Longall, Boy Santa Outfit, Santa Smock, Santa Clothing, Christmas Boy, Toddler Boy.**

This purchase was canceled on July 7, 2021.

$222.81

Purchased from ▽ SweetStitchesOhio on Jul 7, 2021

Follow this shop for updates and special offers

$15.00 of your gift card was applied to your $329.23 purchase from multiple shops



**Smocked Dress Pattern / Smocked Bishop Pattern /Ultimate Bishop Pattern / Classic Bishop Pattern / by Ellen McCarn**

This purchase was canceled on July 8, 2021.

Purchased from 🏠 VintageBabyByKay on Jul 8, 2021

$38.84

**Delivered**
On Jul 12, 2021
From GREENBRIER, TN To
COLLEGE POINT
Estimated delivery: Jul 12

[Track Package]

[Help with order]

[View Receipt]

✓ Following shop



Chery Williams Round Yoke Jumpsuit & Knickers size 1 - 7, Sewing
Pattern Girl Smocked Romper with Sleeve and Collar Options 1994,
Unused

Your Review ★ ★ ★ ★ ★

Kay is very friendly and professional, thank you!





Unused Chery Williams Boy's Button On Suit size 1-5 Sewing
Pattern Smocked or Heirloom Shirt plus Pants in 3 Lengths 1986,
Portrait Wedding

Your Review ★ ★ ★ ★ ★

Kay is very friendly and professional thank you!

Shop Note
Thank you for your purchase. It will be my pleasure to ship this purchase to you, usually within 2
business days. Please return to Vintage Baby by Kay any time!

---

Purchased from 🏠 AuBamaFabrics on Jul 7, 2021

$52.86

**Delivered**
On Jul 16, 2021
From Samson, AL To COLLEGE
POINT

[Track Package]

[Help with order]

[View Receipt]

Follow this shop for updates and special offers



Petite Poche Melissa pattern



Primrose Lane Baby Kevin suit pattern



Especially For You Bibs and Booties Pattern

$14.50    [Buy this again]





Petite Poche Bye Bye Birdie coat, bonnet n pants pattern

$14.25    [Buy this again]

# Exhibit D

# Lishui Feike Children's Wear Factory

9 years

AAA integrity rating

**Main business:** children's jumpsuits, rompers and children's dresses

| | | |
|---|---|---|
| typesetting | flat seam | QC Good shipping ability | Support foreign trade orders | CE certification |
| AAA integrity rating | Support drawing processing | Contract labor and materials | ISO 9001 certification |

4th Floor, 5th Floor, Building 17, No. 7 Luyuan Road, Nanmingshan Street, Liandu District, Lishui City, Zhejiang Province

map ⊙ focus on   scan code contact

## Comprehensive inspection file

| | | | | | |
|---|---|---|---|---|---|
| overview | production ability | cooperation method | workshop equipment | Patent | Ente |

Lishui Feike Children's Wear Factory is a source manufacturer specializing in the production of children's wear. With more than 10 years of experience in children's wear production, it focuses on infant and young children's clothing., gauze skirts, PP pants, rompers, dresses, jumpsuits, princess skirts, TUTU skirts, hair accessories and other product development, production and sales companies,... Click to expand >

| | | |
|---|---|---|
| Established | 2013-09-09 | Annual transaction volume | 10 million~20 million |
| Company area | 1848 square meters | Number of employees | 35 people |
| Support proofing | yes | Processing Equipment | 80 units |
| Foreign trade qualification | have | | |
| OEM brand(1) | SHEIN | | |

Supply customers ((ZXingchuang Electronic Technology Co., Ltd. SHEIN

Trademark/Brand(4):YK&LOVING YK LOVING FEIKEBELLA 儿趣屋

Qualification certificate: Foreign Trade Qualification Trademark Business License Three/Five Certificates in On... >

## Inquire now

After you submit, the exclusive salesman will serve you as soon as possible

* name

1516073726

Please briefly describe your needs

**send immediately**



**Zhou Lifei** factory director

Responsible for the factory's external business negotiations

电话联系   在线沟通






爱企查

Check | Boss ⊗ Check ⊗

Search/Application ▾ | Enterprise... | *VIP专享* | 🈂 Points Mall | Log in | Registration

Zhou

# Zhou Lifei

Zhou Lifei, as the legal representative of Lishui Feike Children's Clothing Factory and other companies, shares of Lishui Yuke Clothing Co., Ltd., Lishui June Network Technology Co., Ltd., Lishui Yuedong Clothing Co., Ltd. and other companies, and Lishui Yuedong Clothing Co., Ltd., Lishui Fanhua Technology Co., Ltd., and Lishui Jingliu E-commerce Co., Ltd. Company executives.

**HOT**
⊙ Risk monitoring

**查股权风险** | Panoramic view of emplo...    Equity penetration chart    情报动态    Business relationship dia...    Partners
Affiliates that invest and work for...    Excavate the deep equity situ...    One picture can see the com...    Understand the boss relations...

| Self-risk | Associated risks | Change reminder |
|---|---|---|
| 0 | 5 | 4 |

Affiliates 8    Historical information    Investment information 5    Love to check the map

**查报风险** | Insight into boss risks and analyze business strength

- Self-risk    0 articles    The boss has no information about his own risk for the time being.
- Associated risks    5 articles    The Lishui Feike Children's Clothing Factory, the bo... (2)    More>
- Change reminder    4    The legal representative of Lishui Yuke Clothing Co... (2)    More>

**查报风险**    Risk concern    2020-04-22    Lishui June Network Technolog...    View the

                                                                      dynamics

                                                Partner 10    News

                                                                 Risk Details

Act as a legal representative 1 Serve    as a shareholder 5 Serve    as an executive 4    All working enterprises 8

爱企查



爱企查

# Lishui Feike Children's Clothing Factory  I want to

Modify the business avatar ⊙ Obtain

Fei

enterprise 阿里英注通度

⊙ Risk monitoring    ♡ Pay attention to
HOT
♡ Download the report  ta
○ One    Points Mall

Opening    Class A Taxpayer (2020)    ⊙ Self-risk 2 ›

Investor: Zhou Lifei    TA has 8 enterprises ›    Registered capital: 20,000 yuan    Unified social credit code91331102L330137242    More business information

Telephone: ✆ User fill-in ···· More phone numbers (8)

Website:There is no website yet.

Email: There is no email for the time being.    Get the whole
network mailbox (2)

Address:No.110 Zhouxiang Village, Bihu Town, Liandu District, Lishui
City, Zhejiang Province

The claiming enterprise can edit the information and claim it.
Companies nearby

Introduction: Lishui Feike Children's Clothing Factory was established on September 9, 2013. The registration place is located at No. 110 Zhouxiang Village, Bihu Town, Liandu District, Lishui City, Zhejiang Province. The legal representative is Zhou Lifei. Scope of business includes general items: clothing manufacturing; clothing manufacturing; daily mask (non-medical) production; household textile manufactured goods manufacturing; special equipment manufacturing for daily necessities production; clothing wholesale; clothing retail; shoe and hat wholesale; shoe and hat retail; toy manufacturing; toy sales; bag manufacturing; bag manufacturing; bag sales; female Baby products sales; kitchenware and sanitary appliances and daily necessities wholesale; kitchenware and sanitary appliances and daily necessities retail; knitted textiles and raw materials sales; medical staff protective products wholesale; medical staff protective products retail; daily mask (non-medical) sales; knitted textile sales; personal hygiene products sales; sanitary products and disposable use Sales of medical supplies; Sales of special labor protection products; Wholesale of cosmetics; Retail of cosmetics; Wholesale of pet food and supplies; Retail of pet food and supplies; Sales of household goods; Internet sales (except for the sale of goods that require permission); technical services, technology development, technical consultation, technical exchange, technology transfer, Technology promotion; advertising design, agency; graphic design, graphic design and production; information system integration services; marketing planning; information consulting services (excluding licensed information consulting services); conference and exhibition services; Licensed items: technology import and export; import and export of goods (for projects subject to approval according to law, business activities can only be carried out after approval by relevant departments, and specific business projects shall be subject to the examination and approval results).

Put it away



⚲ Property clues
NEW
Number of clues 15



Enterprise News
NEW
View national bidding business o…



Beneficial shareholders …
Analysis of the beneficiary sha…

Equity penetration chart
Excavate the deep equity stru…





aiqicha.baidu.com

# Que Zhouyue



⊕ Risk monitoring

Que Zhouyue served as the legal representative of Lishui Yuedong Clothing Co., Ltd., Lishui Jingju E-commerce Co., Ltd., and other companies, as the shareholders of Lishui Yuedong Clothing Co., Ltd., Lishui Jingju E-commerce Co., Ltd., Lishui Yuedong Clothing Co., Ltd., Lishui Jingju E-commerce Co., Ltd. and

Lishui Executives of Yinglang Property Management Co., Ltd.

| Panoramic view of emplo... | Equity penetration chart | Business relationship dia... | Partners |
|---|---|---|---|
| Affiliates that invest and work for | Excavate the deep equity stru... | One picture can see the com... | Understand the boss relations... |

| | Self-risk | Associated risks | Change reminder | View Risks | 情报动态 | - | Lishui Yuedong Clothing Co., Ltd., as the l... | View the |
|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 1 | Love to check the map | 情报动态 | | | dynamics |

| Affiliated Enterise3 | Historical information | Investment Information 2 | | Risk concern | Partner 10 | News |

## 老板风险 [ Insight into boss risks and analyze business strength ]

- Self-risk     0 articles     The boss has no information about his own risk for the time being.

- Associated risks     0 articles     The boss has no relevant risk information for the time being.

Risk Details



# 1688

## Lishui Feike Children's

Evaluation: Fast delivery 27    good quality 26    beautiful style 20    good quality 14

Yikikning

Pay attentions to coupon

all products  ∨    Store dynamics    Agent to join    Processing area    Factory Archives    **contact details**

## Lishui Feike Children's Wear Factory

### contact details

from page:    no yet

Telephone: 86 0578 13735986600
cell phone: 15906428229
fax: no yet
address: No. 110 Zhou Lane, Sihu Town, Liandu District, Lishui City, Zhejiang Provin....

**Ms. Zhou Lifei**

If you have any questions, please feel free to call or communicate online, and welcome to visit us!



Lishui Feike Children's Wear Factory
No. 110 Zhou Lane, Sihu Town, Liandu District,
Lishui City, Zhejiang Province, China

© 2023 AutoNavi · GS(2021) No. 6375

Lishui Feike Children's Wear Factory    Address: No. 110, Zhoulaong Village, Sihu Town, Liandu District, Lishui, Zhejiang, China

Alibaba Group    Alibaba International Station    1688    AliExpress    Taobao    Tmall    —    —    —    —    Wanwang    Alipay    Contacts    1T Main    DingTalk

©2010-2025 1688.com Copyright and Trademark Statement    Legal Statement    Terms of Service    Privacy Statement    About Alibaba    Contact Us    Site Navigation    Disclaimer    Customer Service Center

# 1688

**Lishui Yuedong Clothing** ∨

12 years

★★★★ ◎

front page    all products ∨    Store dynamics    Agent to join    Processing area    Factory Archives

## contact details

## Lishui Yuedong Clothing Co., Ltd.

Telephone yet
cell: 18157858300
phone:
fax: no yet
address: Tianning Incubation Base, Liandu District, Lishui City, Zhejiang Province, ...

**Ms. Que Zhouyue**

If you have any questions, please feel free to call or communicate online, and welcome to visit us!

在线咨询

### contact details

丽水市妇幼保健院

万和豪生大酒店

丽水大厦

**Lishui Yuedong Clothing Co., Ltd.**
Tianning Incubation Base, Liandu District, Lishui
City, Zhejiang Province, China

丽水市教育
印刷有限公司

丽水智选假日酒店

大了，不合乎，明

© 2023 AutoNavi · GS(2021) No. 6375

关于高德

Lishui Yuedong Clothing Co., Ltd.    Address: No. 1, 4th Floor, Building 17, No. 7 Luyuan Road, Nanmingshan Street, Liandu District, Lishui, Zhejiang, China

Alibaba Group    Alibaba International Station    1688    AliExpress    Taobao    Tmall    —    —    —    —    —    —    Wanwang    Alipay    Contacts    11 Main    DingTalk

©2010-2020 1688.com Copyright Copyright and Trademark Statement    Legal Statement    Terms of Service    Privacy Statement    About Alibaba    Contact Us    Site Navigation

Technical Support: Wangpu Management Entrance    Disclaimer    Customer Service Center

store    find sources    Find a factory    Enter product keywords    search

# Exhibit E

Lishui Yuke Clothing Co., Ltd...   language clothing   view all his orders

2018 new baby girl high-qualit
y cotton sleeveless wings Hallo
ween romper 0-2 years old ba
by girl children's clothing [pro
duct snapshot]
Color : RC114 ; Suitable heigh
t : 59 (0-3 months)
[15 days repla...]
[48 hours deliv...]
[Material Guar...]



2018 new baby girl high-qualit
y cotton sleeveless wings Hallo
ween romper 0-2 years old ba
by girl children's clothing [pro
duct snapshot]
Color : RC114 ; Suitable heigh
t : 66 (3-6 months)
[15 days repla...]
[48 hours deliv...]
[Material Guar...]

21.00    2

21.00    1

133.00
Including shipping 8.00

on
order details
View Logistics

successful transacti

View reviews        buy again

                    complaint



Halloween new new 0-2 baby carto
on short-sleeved romper baby
mesh dress four-piece set forei
gn trade supply [product snap
shot]
Color : 1 ; Suitable height : 73
(6-12 months)
[15 days repla...]
[48 hours deliv...]
[Material Guar...]

40.00    2

Lishui Feike Children's Wear Factory   Lishui Feike children's clothing   view all his orders

Cross-border baby clothing ins
popular children's clothing skul
l print romper baby flying slee
ve triangle romper cotton rom
per [product snapshot]
Color : Purple ; Suitable heigh
t : 80 (12-24 months)
[15 days repla...]
[48 hours deliv...]
[Material Guar...]

22.00    1

70.68
Including shipping 6.00

successful transacti

on
order details
View Logistics

View reviews        buy again

                    complaint

Cross-border baby clothing ins
popular children's clothing skul
l print romper baby flying slee

22.00    1

Center

Receipt management

Bill Management

Transaction balance in

Accounting for service

Invoice Center ∧

Invoice header manage

Invoice pending applic:

Requested invoice

Order number: 2881964588294119 2019-03-30 13:50:23 | Shanghai Baichuan Industry and Trade Co., Ltd... | Yingying Bebei Children's Clothing Store

view all his orders

Order account number: t073726_2011

| | | |
|---|---|---|
| 2018 new girl's cotton padded jacket thickened winter mid-section cotton liner padded jacket children's padded jacket Korean style tide [Product Snapshot] | 42.00 | 1 |
| Color : Red . Suitable height : | | |
| 10 yards 100CM | | |
| 15 days repla... | | |
| Delivery Guar... | | |

48.00

Including shipping 6.00

successful transacti
on
order details
View Logistics

view reviews

buy again
complaint

Order number: 2886503199914119 2019-03-30 13:45:08 | ⚡ Extremely fast turnover | Lishui Yoke Clothing Co., Ltd... | language clothing

view all his orders

Order account number: t073726_2011

| | | |
|---|---|---|
| Cross-border summer new children's clothing baby suspender skirt baby beach skirt pp pants two-piece set [product snapshot] | 30.00 | 3 |
| Order - 1 : Suitable height : 80 (12-24 months) | | |
| Delivery Guar... | | |
| 7 days repla... | | |
| Material Guar... | | |
| Cross-border summer new children's clothing baby suspender skirt baby beach skirt pp pants two-piece set [product snapshot] | 30.00 | 1 |
| Order - 1 : Suitable height : 73 (6-12 months) | | |
| Delivery Guar... | | |
| 7 days repla... | | |
| Material Guar... | | |

64.00

Including shipping 8.00

successful transacti
on
order details
View Logistics

view reviews

buy again
complaint

Order account number: t073726_2011

Bought goods- Alibaba 1688.  ×  +

trade.1688.com/order/buyer_order_list.htm?spm=a3800a.8274423.0.0.4a3f4c9a32c/JAWE&acome_type=&source=&purchase_company_name=null&product_name=&start_date=2019-01-01&end_date=2019-06-30&seller...

### Financial Services

- Bank Transfer
- Password-free paymer
- cross border treasure
- sincerity e credit
- Sincere enterprise loan
- loan payment

### Refund Rights

#### Management

- Refund and return ma
- Complaint Managemer
- Claims Initiated

#### Evaluation Management

- evaluation made

### Transaction Data

#### Management

- Transaction Data Mana
- Invitation order manag

#### Settlement Accounting

- Delivery address mana

#### Center

- Receipt management
- Bill Management
- Transaction balance in
- Service Fee Accountin

### Invoice Center

- Invoice header manag
- Invoice pending applic.

---

Order account number: t672735_2011

Order number: 283564287789+3119 2019-03-19 16:27:22    🏢 Yongjia County Oubei Zhaoyi Fashion...  ● Zhaoyi Fashion Wholesale    view all his orders

2018 summer children's cothi
ng new girl sundress skirt colo
rful embroidery flowers childre
n's summer skirt P309  [Prod
uct Snapshot]

Color : white , suitable height
, size 7 recommended height 1
00

[15 days repla...]

31.00    1    **36.00**
Including shipping 6.00

successful transacti    on
order details    view reviews
View Logistics    buy again
complaint

---

Cross-border AliExpress Amazo
n's new children's suit cartoon
short-sleeved + plain shorts tw
o-piece set [product snapshot]

Color : Pink , Suitable Height 1
110cm

[15 days repla...]
[48 hours deliv...]
[Damage guar...]
[8 days no rea...]

31.00    1    **31.00**

successful transacti    on
order details    view reviews
View Logistics    buy again
complaint

---

Order account number: t672735_2011

Order number: 284190767769+3119 2019-03-19 16:05:34    🏢 Lishui Yuke Clothing Co., Ltd...  ● language clothing    view all his orders

Cross-border summer new chi
dren's clothing baby suspende
r skirt baby beach skirt pp pan
ts two-piece set [product snap
shot]

Color 1 : Suitable height : 80
(12-24 months)

[Delivery guar...]
[7 days repla...]
[Material guar...]

30.00    4    **38.00**
Including shipping 8.00

successful transacti    on
order details    view reviews
View Logistics    buy again
complaint

---

Order account number: t672735_2011

Order number: 283717191749293+3119 2019-03-19 16:01:00    🏢 Huizhou Zhili Yuetexin Clothing...  ● comeke    view all his orders

2019 summer new 2~6 boys a
nd girls printed short-sleeved s
horts thin section one-piece su

32.00    1    **69.00**
Including shipping 5.00

successful transacti    on
order details    view reviews
buy again
complaint

Order number: 1483318756616775118 2021-01-02 11:18:52
view all his orders

Order account number: (92696/425)

Cross-border Amazon AliExpress Mother's Day 0-2 years old baby children's skirt baby tulle romper dress headdress two-piece set [Product Snapshot]
Color: Good Mom Suitable Height: 59 (0-3 months)

29.00   1

24.00

Extremely fast turnover   Lishui Feike Children's Wear Factory / Lishui Feike children's clothing

successful transaction on   view reviews   buy again
order details   complaint
View Logistics

15 days repla...
48 hours deliv...
Material Guar...

Order number: 14788493D756775118 2020-12-31 10:15:46
view all his orders

Order account number: (92696/425)

Factory direct sales of 2021 new Easter newborn clothing cartoon embroidery egg romper tutu skirt suit [Product Snapshot]
Color: Embroidered flower legs 1st. Suitable height: M/66 (3-6 months)

15.70   50

2,995.00
Including shipping $3.00   successful transaction on
order details   view reviews
View Logistics   buy again complaint

72 hours deliv...
7 days replac...
Material Guar...

Factory direct sales of 2021 new Easter newborn clothing cartoon embroidery egg romper tutu skirt suit [Product Snapshot]
Color: Embroidered flower legs 1st. Suitable height: L/73 (6-12 months)

15.70   50

72 hours deliv...
7 days replac...
Material Guar...

Extremely fast turnover   Lishui Feike Children's Wear Factory / Lishui Feike children's clothing

Factory direct sales of 2021 new Easter newborn clothing cartoon embroidery egg romper tutu skirt suit [Product Snapshot]
Color: Embroidered flower leg g 1st. Suitable height: 59cm

15.70   50

72 hours deliv...
7 days replac...
Material Guar...

Factory direct sales of 2021 new Easter newborn clothing cartoon embroidery egg romper tutu skirt suit [Product Snapshot]
Color: Embroidered flower leg g 1st. Suitable height: XL/80 (12-24 months)

15.70   50

72 hours deliv...
7 days replac...
Material Guar...

evaluation made

Transaction Data

Management ⌄

Transaction Data Mana:

Delivery address mana

Invitation order manag

Settlement Accounting ⌄

Center ⌄

Receipt management

Bill Management

Transaction balance in

Accounting for service

Invoice Center ⌄

Invoice header manage

Invoice pending applic:

Requested invoice

Order account number: tb7372g_2011

Order number: 4536085773129431119 2019-05-22 15:32:32  Lishui Feike Children's Wear Factory ⊘ Lishui Feike children's clothing    view all his orders

al Day Carnival 0-2 years old
newborn baby romper skirt fo
ur-piece set Independence Da
y baby clothing [Product Sna
pshot]
Color: Rocket English: Suita
ble height: S/59 (0-3 months)
[48 hours deliv...]

successful transacti    view reviews    buy again
on
order details                        complaint
View Logistics



Cross-border American National
Day Carnival 0-2 years old new
born baby romper skirt four-pie
ce set Independence Day baby
clothing [Product Snapshot]
Color: Rocket English: Suitabl
e height: L/73 (6-12 months)
[15 days repla...]
[48 hours deliv...]

46.00    2

Cross-border American National
Day Carnival 0-2 years old new
born baby romper skirt four-pie
ce set Independence Day baby
clothing [Product Snapshot]
Color: American Independence
Day four-piece set: Suitable h
eight: L/73 (6-12 months)
[15 days repla...]
[48 hours deliv...]

46.00    1    156.00



Cross-border American National
Day Carnival 0-2 years old new
born baby romper skirt four-pie
ce set Independence Day baby
clothing [Product Snapshot]
Color: Fourth of July set: Suita
ble height: XL/80 (12-24 mont
hs)
[15 days repla...]
[48 hours deliv...]

46.00    1

utu skirt suit [product snaps
hot]
Color: Embroidered candy set
of 5. Suitable height: XL/90
(12-24 months)
72 hours deliv...
7 days replac...
Material Guar...

Factory direct sales of 2020 ne
w Easter newborn clothing car
toon embroidery egg romper t
utu skirt suit [product snaps
hot]
Color: 4-piece embroidered ro
mper dress. Suitable height:
90cm                                              40.12          1
72 hours deliv...
7 days replac...
Material Guar...

Order number: 1459112481411775118 2020-12-22 11:34:39    📱 Yiwu Wangbang Packaging Produc...    View all his orders   📷

Order account number: tb369514225

Large new material white count
er bag thickened custom logisti
cs packaging bag wholesale full
packaging bag custom printing
[product snapshot]                                8.04          3
Color: used material/white:  d
ouble layer thickness: 29*30                                              successful transacti    View reviews       buy again
[100pcs/bundle]                                                          on                                      complaint
72 hours deliv...                                                        order details
                                                                         View Logistics

Express bag thickened waterpr
oof large-scale transportation c
ross-border Transit color new p
ackaging bag packaging cothin
g bag Feng [Product snapsho
t]
Color: brand new material/whit
e:  double layer thickness, 28*
42 [100pcs/bundle]                                21.90          6
📷

Order number: 1459112481411775118 2020-12-22 11:34:39    📱 Yiwu Wangbang Packaging Produc...    📷 Mesh packaging products   View all his orders   📷

Express bag thickened waterpr
oof large-scale transportation c
ross-border Transit color new p
ackaging bag packaging cothin
g bag Feng [Product snapsho
t]
Color: brand new material/whit
e:  double layer thickness, 28*
35 [100pcs/bundle]                                12.20          2
📷

A total of 9 products, there are 3 more, click to view                                416.14      successful transacti    View reviews       buy again
                                                                                                 on                                      complaint
                                                                                                 order details
                                                                                                 View Logistics

Order account number: tb369514225

European and American foreig
n trade original single childre
n's clothing girls hand-knitted
skirt suit tutu skirt pure hand
made hand-knitted skirt factor
y direct sale [product snapsho
t]                                                33.00          2
📷

Order number: 1459102406669775118 2020-12-22 10:35:47    📱 Yiwu Kavnlger clothing Na-...    📷 Kavnlger Clothing   View all his orders   📷
                                              Including shipping 6.00           39.00       successful transacti    View reviews       buy again
                                                                                           on                                          complaint
                                                                                           order details
                                                                                           View Logistics

Bought goods - Alibaba 1688    ×   +

trade.1688.com/order/der/buyer_order_list.htm?spm=a360q.8274023.0.0.3c0d4c8asu!pm!&scene_type=&source=purchase_company_name=null&product_name=&start_date=2019-01-01&end_date=2019-06-30&seller_...

90

Order number: 298843347829843119 2019-05-11 23:55:31 💬   🏬 Lishui Feike Children's Wear Factory 🏬 Lishui Feike children's clothing    View all his orders 🗐 🛒

Order account number: tb73726_2011

Cross-border American National
Day Carnival 0-2 years old new
born baby romper skirt four-pie
ce set Independence Day baby
clothing [Product Snapshot]
Color : Fourth of July set : Suita
ble height : M/66 (3-6 months)

[15 days repla...]
[48 hours deliv...]

46.00    1      195.00    successful transacti    view reviews    buy again
                                      on             complaint
                                  order details
                                  View Logistics

Cross-border American National
Day Carnival 0-2 years old new
born baby romper skirt four-pie
ce set Independence Day baby
clothing [Product Snapshot]
Color : Rocket English : Suitabl
e height : M/66 (0-3 months)

[15 days repla...]
[48 hours deliv...]

46.00    2



Cross-border American National
Day Carnival 0-2 years old new
born baby romper skirt four-pie
ce set Independence Day baby
clothing [Product Snapshot]
Color : Rocket English : Suitabl
e height : M/66 (3-6 months)

[15 days repla...]
[48 hours deliv...]

46.00    2

Order number: 299167919279943119 2019-05-11 23:55:12 💬   🏬 Lishui Feike Children's Wear Factory 🏬 Lishui Feike children's clothing    View all his orders 🗐 🛒

Order account number: tb73726_2011

Cross-border American National
Day Carnival 0-2 years old new
born baby romper skirt four-pie
ce set Independence Day baby
clothing [Product Snapshot]
Color : Rocket English : Suitabl
e height : M/66 (3-6 months)

46.00    1      81.00    successful    view reviews    buy again
                                   on              complaint
                                  order details
                                  View Logistics

Bought goods - Alibaba 1688 ✕ +

trade.1688.com/order/buyer_order_list.htm?spm=a360d.8274423.0.0.28424249a9Sd0z1&scene_type=&source=purchase_company_name=null&product_name=&start_date=2019-01-01&end_date=2019-06-30&seller...

payment method

Account service

1688 special purchase

Phased deal

electronic acceptance

Fast and large paymer

Bank Transfer

Password-free paymer

cross border treasure

Financial Services ∨

sincerity e credit

Sincere enterprise loan

loan payment

Refund Rights ∨

Refund and return mai

Management ∨

Complaint Managemer

Claims Initiated

Evaluation Management ∨

made an evaluation

Transaction Data ∨

Management

Transaction Data Mani

Delivery address mana

Invitation order manag

Settlement Accounting

Center

| goods | Release price (Yua n) | quantity | Total amount (yuan) | Order Status | transaction operatio n | other |
|---|---|---|---|---|---|---|

Order number: 43619657942943119 2019-05-06 14:38:48 🖼 Lishui Feike Children's Wear Factory ⊙ Lishui Feike children's clothing

Order account number: b373726_2011

Foreign trade ins hot style child ren's clothing baby girl cotton r ose romper baby printed small flying sleeves crawling clothes wholesale [Product Snapsho t]
Color: Black, Suitable height: 66 (3-6 months)
[15 days repla..]
[48 hours deliv..]
21.00 | 1

| | | | **1,497.00** | | | |

Pay by credit.com

successful transacti on

on

order details
View Logistics

view reviews

view all his orders

buy again
complaint

Cross-border American National Day Carnival 0-2 years old new born baby romper skirt four-pie ce set Independence Day baby clothing [Product Snapshot]
Color: Rocket English, Suitabl e height: L/73 (6-12 months)
[15 days repla..]
[Delivery Guar..]
46.00 | 9

Cross-border American National Day Carnival 0-2 years old new born baby romper skirt four-pie ce set Independence Day baby clothing [Product Snapshot]
Color: English four-piece set, Suitable height: XL/80 (12-24 months)
[15 days repla..]
[48 hours deliv..]
46.00 | 2

Cross-border American National Day Carnival 0-2 years old new born baby romper skirt four-pie ce set Independence Day baby clothing [Product Snapshot]
Color: American Independence Day four-piece set, Suitable h
46.00 | 11




Bought goods- Alibaba 1688.  ×  +

trade.1688.com/order/buyer_order_list.htm?spm=a3600a.8274423.0.0.6sf74c9xW2Y0Do&scene_type=&source&purchase_company_name=null&product_name=&start_date=2019-01-01&end_date=2019-06-30&seller...

Chinese (Simplified)          English

Google Translate

---

Order number: 4129456122694119 2019-04-17 12:23:17          Lishui Feike Children's Wear Factory  Lishui Feike children's clothing    view all his orders

Order account number: b73726_2011



ing wholesale  [Product Snaps
hot]
Color : White ·  Suitable height
: 66 (3-6 months)

[15 days repla...]
[Delivery Guar...]

2019 Spring and Autumn Festi
val Girls Mother's Day Childre
n's Clothing 0-2 Years Old Ro
mper Long Sleeve Romper Set
rt Set Wholesale [Product Sna
pshot]

Color : 1 .  Suitable height : 73
(6-12 months)
[15 days repla...]
[48 hours deliv...]
[Material Guar...]

54.00          1          266.00
Including shipping 11.00
on

order details          View reviews          buy again

View Logistics          complaint

successful transacti...

---

Order number: 4129436916994119 2019-04-17 12:22:55          Lishui Feike Children's Wear Factory  Lishui Feike children's clothing    view all his orders

Order account number: b73726_2011



Cross-border American Nation
al Day Carnival 0-2 years old
newborn baby romper skirt fo
ur-piece set Independence Da
y baby clothing  [Product Sna
pshot]

Color : Rocket English .  Suita
ble height : S/59  (0-3 months)
[15 days repla...]
[Delivery Guar...]

44.00          5

2019 Spring and Autumn Festiv
al Girls Mother's Day Children's
Clothing 0-2 Years Old Romper
Long Sleeve Romper Skirt Set
Wholesale [Product Snapshot]

Colors 2 .  Suitable height : 73
(6-12 months)

54.00          1          75.00

order details          View reviews          buy again

View Logistics          complaint

successful transacti...
on

Bought goods- Alibaba 1688. × +

trade.1688.com/order/buyer_order_list.htm?spm=a360q.8274423.0.0.6a154c9dYMcyH&scene_type=&source=&purchase_company_name=null&product_name=&start_date=2019-01-01&end_date=2019-06-30&seller...

Chinese (Simplified)     English
Google Translate

Order account number: 289080237278943119 2019-04-01 14:29:06     Lishui Beiyi Children's Wear Factory  smilebeiyi   view all his orders



successful transaction     view reviews     buy again
on                                        complaint
order details
View Logistics

Order account number: tb73736_2011



Foreign trade European and A
merican pure cotton high-qualit
y short-sleeved romper mesh s
kirt suit shoes headwear birthd
ay gift Amazon [Product Snap
shot]
Color: white rose pink + case
English : suitable height : XL: 1
2-18 months

31.00     1     11,016.00



Foreign trade European and A
merican June-December baby s
kirt suit romper headband multi
-color small shoes baby skirt fo
ur-piece set [product snapshot]
Color: easter egg stickers in En
glish : suitable height : M: 3-6
months

44.00     7



Foreign trade European and A
merican June-December baby s
kirt suit romper headband multi
-color small shoes baby skirt fo
ur-piece set [product snapshot]
Color: Stars and stripes hat in
English : suitable height : M: 3
-6 months

44.00     7



Foreign trade European and A
merican June-December baby s
kirt suit romper headband multi
-color small shoes baby skirt fo
ur-piece set [product snapshot]
Color: Stars and stripes hat in

44.00     11



-color small shoes baby skirt fo
ur-piece set [product snapshot]
Color: easter egg stickers in En
glish : suitable height : XL: 12-
18 months

Bought goods - Alibaba 1688 ×  +

trade.1688.com/order/buyer_order_list.htm?spm=a3609a.8274423.0.0.7bl4t49aUT0VqA&soene_type=source=&purchase_company_name=null&product_name=&sort_date=2019-01-01&end_date=2019-06-30&seller...

| buy again | batch export | goods | | Release price (yua n) | quantity | Total amount (yuan) | Order Status | transaction operatio n |
|---|---|---|---|---|---|---|---|---|

payment method ∧

Account service

1688 special purchase

Phased deal

electronic acceptance

**Order account number : 2852802047669431319** 2019-03-23 16:22:54   🔲🔲 Lishui Feike Children's Wear Factory   🔵 Lishui Feike children's clothing

Fast and large paymer

Bank Transfer

Password-free paymer

cross border treasure

Financial Services ∧

sincerity e credit

Sincere enterprise loar

loan payment

Refund Rights ∧

Management ∧

Refund and return ma

Complaint Managemer

Claims Initiated

Evaluation Management

made an evaluation

Transaction Data ∧

Management ∧

Transaction Data Mani

Delivery address mana

Invitation order manag

Foreign trade children's clothin g baby short-sleeved high-qual ity cotton bag fart skirt one-pi ece skirt rose pink romper skir t toddler shoes suit wholesale
[Product Snapshot]
Color : Rose Red Crown ; Suit able Height : 66 (3-6 months)
[15 days repla..]
[48 hours deliv..]
[Material Guar...]

41.00   1

Children's clothing girls jumps uit 2018 new children's suspen ders bowknot trendy fashion b loomers foreign trade sources
[Product snapshot]
Color : A4111 ; Suitable heigh t : 66 (0-6 months)
[15 days repla..]
[48 hours deliv..]
[Material Guar...]

18.00   1

Spring and autumn new long-s leeved bag fart skirt Little Swa n girls high-quality cotton chil dren's clothing romper skirt fa shion trendy skirt hot sale   [P roduct snapshot]
Color : pink + white yarn ; sui table Height : 73 (6-12 month s)
[15 days repla..]
[48 hours deliv..]
[Material Guar...]

39.00   1

New Mother's Day Baby Clothe s 0-2 Years Old Baby Girl Slee veless Romper Dress Crown Car

37.00   2

444.00
Including shipping 8.00

successful transact on

order details
View Logistics

view reviews    view all his orders

buy again
complaint

Bought goods - Alibaba 1688 ×  +

trade.1688.com/order/buyer_order_list.htm?spm=a360q.8274423.0.0.74a14c9aUT0VqA&scene_type=&source=&purchase_company_name=null&product_name=&start_date=2019-01-01&end_date=2019-06-30&seller...

put away∧

Order number: 2855795989729431119 2019-03-23 16:15:38    Lishui Feike Children's Wear Factory    Lishui Feike children's clothing    view all his orders

Order account number: t073726_2011

AliExpress Explosive Children's
Wear Baby Cartoon Romper Sol
id Color Tutu Skirt Set Baby Birt
hday Dress Princess Skirt  [Ite
m Snapshot]
Color - Purple-Cake :  Suitable h
eight : L/73 (6-12 months)

[15 days retu...]

[48 hours deliv...]

50.00        1        42.00        successful transacti        view reviews        buy again
                                      on                                         complaint
                                  order details
                                  View Logistics

Order number: 2855777725179431119 2019-03-23 16:14:05    Lishui Feike Children's Wear Factory    Lishui Feike children's clothing    view all his orders

Order account number: t073726_2011

AliExpress Explosive Children's
Wear Baby Cartoon Romper S
olid Color Tutu Skirt Set Baby
Birthday Dress Princess Skirt
[Item Snapshot]
Color - Purple-Cake :  Suitable
height : L/73 (6-12 months)

[15 days retu...]

[Delivery Guar...]

48.00        4        200.00        Trading closed        view reviews        buy again
                              Including shipping 8.00                                complaint
                                  order details

Order number: 2852756924479431119 2019-03-23 16:07:57    Lishui Feike Children's Wear Factory    Lishui Feike children's clothing    view all his orders

Order account number: t073726_2011

New short-sleeved bag fart ski
rt 0-2 years old baby girl romp
er dress solid color pink toddle
r shoes and socks set four-pie
ce children's clothing  [Produc
t Snapshot]
Color - F1052-1 :  Suitable heig
ht : 80(12-24 months)

[15 days retu...]

[Delivery Guar...]

[Material Guar...]

38.00        4        150.00        successful transacti        view reviews        buy again
                              Including shipping 8.00        on                         complaint
                                  order details
                                  View Logistics

Bought goods- Alibaba 1688.  ×  +

trade.1688.com/order/buyer_order_list.htm?spm=a360q.8274423.0.0.69544c49a1szWD&scene_type=&source=purchase_company_name=null&product_name=&start_date=2019-01-01&end_date=2019-06-30&seller...

buy again

payment method

Account service

1688 special purchase

Phased deal

electronic acceptance

Fast and large paymen

Bank Transfer

Password-free paymer

cross border treasure

Financial Services

sincerity e credit

Sincere enterprise loan

loan payment

Refund Rights

Management

Refund and return mai

Complaint Managemer

Claims Initiated

Evaluation Management

made an evaluation

Transaction Data

Management

Transaction Data Mana

Delivery address mana

Invitation order manag

Settlement Accounting

Center

batch export

goods | Release price (yua n) | quantity | Total amount (yuan) | Order Status | transaction operatio n | other

Order account number: tb73726_2011

Order number: 283471405848943119 2019-03-19 00:23:38 | 🔲 Lishui Feike Children's Wear Factory  ● Lishui Feike children's clothing  view all his orders 🖼🖼

New short-sleeved bag fart ski
rt 0-2 years old baby girl romp
er shoes and socks set four-pi
ece children's clothing   [Prod
uct Snapshot]
Color : F10SZ-11 : Suitable he
ight : 80[12-24 months)

[15 days reba..]
[Delivery Guar..]
[Material Guar..]

38.00 | 4 | 273.00
Including shipping 11.00 | successful transacti on | view reviews | buy again
| | order details | complaint
| | View Logistics

Order account number: tb73726_2011

New Mother's Day Baby Cloth
es 0-2 Years Old Baby Girl Sle
eveless Romper Dress Crown
Cartoon Alphabet Festival Set
[Product Snapshot]
Color : Mother's Day-Flower :
Suitable height : 59 (0-3 mont
hs)

[15 days reba..]
[Delivery Guar..]
[Material Guar..]

32.00 | 4

Order account number: tb73726_2011

Cross-border children's clothin
g baby long-sleeved bag fart s
kirt newborn cotton rose pink
birthday romper princess dres
s four-piece set  [Product Sna
pshot]
Color : four-piece set of roses
: suitable height : 66 (3-6 mo
nths)

[15 days reba..]

41.00 | 1 | 415.50
Including shipping 11.00 | successful transacti on | view reviews | buy again
| | order details | complaint
| | View Logistics

Order number: 4515161313529&3119 2019-05-20 12:59:04   🛒 Lishui Feike Children's Wear Factory   ● Lishui Feike children's clothing   view all his orders 🛒🖨

Order account number: b73726_2011



Cross-border American Nation
al Day Carnival 0-2 years old n
ewborn baby romper skirt four
-piece set Independence Day
baby clothing  [Product Snaps
hot]

Color : Rocket, English :  Suitab
le height : L/73 (6-12 months)

[15 days repla...]
[Delivery Guar...]

46.00   9

753.00
Including shipping 3.00
on
order details
View Logistics

successful transacti
on
View reviews

buy again
complaint



Cross-border American Nation
al Day Carnival 0-2 years old n
ewborn baby romper skirt four
-piece set Independence Day
baby clothing  [Product Snaps
hot]

Color : American Independenc
e Day four-piece set : Suitable
height : L/73 (6-12 months)

[15 days repla...]
[48 hours deliv...]

46.00   3



Cross-border American Nation
al Day Carnival 0-2 years old n
ewborn baby romper skirt four
-piece set Independence Day
baby clothing  [Product Snaps
hot]

Color : Rocket, English :  Suitab
le height : XL/80 (12-24 month
s)

[15 days repla...]
[48 hours deliv...]

46.00   3

Order number: 4515194270229&3119 2019-05-20 12:58:46   🛒 Lishui Feike Children's Wear Factory   ● Lishui Feike children's clothing   view all his orders 🛒🖨

Order account number: b73726_2011

New baby suit baby cartoon bi
rthday creative letter romper s
old color mesh skirt fashion tr

35.00   1

619.00
Including shipping 8.00
on
order details

successful transacti
on
view reviews

buy again
complaint

Order number: 448433425879431119 2019-05-18 14:33:50 🖼 Lishui Feike Children's Wear Factory ● Lishui Feike children's clothing    view all his orders 🖼

Order account number: tb73726_2011



Cross-border American Nation
al Day Carnival 0-2 years old
newborn baby romper skirt fo
ur-piece set Independence Da
y baby clothing  [Product Sna
pshot]
Color : Fourth of July set :  Suit
able height : M/66 (3-6 month
s)
[15 days repla...]
[48 hours deliv...]

46.00    1

403.00
Including shipping $4.00
successful transacti    view reviews    buy again
on
order details    complaint
View Logistics

Cross-border American Nation
al Day Carnival 0-2 years old
newborn baby romper skirt fo
ur-piece set Independence Da
y baby clothing  [Product Sna
pshot]
Color : Fourth of July set :  Suit
able height : S/59 (0-3 month
s)
[15 days repla...]
[48 hours deliv...]

46.00    4

Cross-border American Nation
al Day Carnival 0-2 years old
newborn baby romper skirt fo
ur-piece set Independence Da
y baby clothing  [Product Sna
pshot]
Color : Rocket English :  Suita
ble height : S/59 (0-3 months)
[15 days repla...]
[48 hours deliv...]

46.00    1

A total of 6 products, there are 3 more, click to view

Order number: 448731593972943119 2019-05-18 14:32:39    🖼 Extremely fast turnover    🖼 Lishui Feike Children's Wear Factory ● Lishui Feike children's clothing    🖼

Order account number: tb73726_2011

Color : White :  Suitable Heigh
t : 80cm

Order number: 4487319397229431119 2019-05-18 14:32:39    [Extremely fast turnover]    [_] Lishui Feike Children's Wear Factory   Lishui Feike children's clothing

Order account number: tb73726_2011

view all his orders



Cross-border American National
Day Carnival 0-2 years old new
born baby romper skirt four-pie
ce set Independence Day baby
clothing   [Product Snapshot]
Color : Rocket English ; Suitabl
e height : L/73 (6-12 months)

[15 days repla...]
[48 hours deliv...]

46.00    2



Cross-border American National
Day Carnival 0-2 years old new
born baby romper skirt four-pie
ce set Independence Day baby
clothing   [Product Snapshot]
Color : American Independence
Day four-piece set ; Suitable h
eight : L/73 (6-12 months)

[15 days repla...]
[48 hours deliv...]

46.00    1    **388.00**   successful transacti    view reviews    buy again

on

order details     complaint

View Logistics



Cross-border American National
Day Carnival 0-2 years old new
born baby romper skirt four-pie
ce set Independence Day baby
clothing   [Product Snapshot]
Color : Rocket English ; Suitabl
e height : XL/80 (12-24 month
s)

[15 days repla...]
[48 hours deliv...]

46.00    2

Order account number: tb73726_2011



Cross-border American National
Day Carnival 0-2 years old new
born baby romper skirt four-pie
ce set Independence Day baby
clothing 　[Product Snapshot]
Color: American Independence
Day four-piece set; Suitable h
eight: L/73 (6-12 months)

[15 days repla…]
[48 hours deliv…]

46.00　　1



Cross-border American National
Day Carnival 0-2 years old new
born baby romper skirt four-pie
ce set Independence Day baby
clothing 　[Product Snapshot]
Color: Rocket English: Suitabl
e height: XL/80 (12-24 month
s)

[15 days repla…]
[48 hours deliv…]

46.00　　1



Cross-border American National
Day Carnival 0-2 years old new
born baby romper skirt four-pie
ce set Independence Day baby
clothing 　[Product Snapshot]
Color: Fourth of July set; Suita
ble height: XL/80 (12-24 mont
hs)

[15 days repla…]
[48 hours deliv…]

46.00　　3

237.00　　

view reviews　　buy again
compliant

Cross-border US Independence
Day baby romper one-piece cot
ton newborn baby bag fart sho
rt-sleeved summer dress triangl
e crawling suit 　[Product Snaps
hot]
Color: English rocket 4+ head
wear; suitable height: 66 (3-6
months)

18.00　　1



Transaction Data Man:

Delivery address mana

Invitation order manag

Receipt management

Bill Management

Transaction balance in

Accounting for service

Invoice header manag

Invoice pending applic:

Requested invoice

Order number: 4707317720594319 2019-06-03 10:12:06  Lishui Feike Children's Wear Factory ● Lishui Feike children's clothing    view all his orders

Order account number: 10:7326_2011

| | | | | | |
|---|---|---|---|---|---|
|  | Foreign trade ins hot style chil dren's clothing baby girl cotton rose romper infant printed sm all flying sleeves crawling cloth ing wholesale  [Product Snaps hot] Color : White :  Suitable height : 59 (0-3 months) [15 days repla...] [48 hours deliv...] | 21.00 | 1 | | 652.00 including shipping 4.00 on successful transacti order details View Logistics | view reviews    buy again complaint |
|  | Cross-border American Nation al Day Carnival 0-2 years old n ewborn baby romper skirt four -piece set Independence Day baby clothing  [Product Snaps hot] Color : Rocket English :  Suitab le height : L/73 (6-12 months) [15 days repla...] [48 hours deliv...] | 46.00 | 2 | | | |
|  | Cross-border American Nation al Day Carnival 0-2 years old n ewborn baby romper skirt four -piece set Independence Day baby clothing  [Product Snaps hot] Color : American Independenc e Day four-piece set :  Suitable height : L/73 (6-12 months) [15 days repla...] [48 hours deliv...] | 46.00 | 2 | | | |
|  | Cross-border American Nation al Day Carnival 0-2 years old n ewborn baby romper skirt four -piece set Independence Day baby clothing  [Product Snaps hot] Color : Rocket English :  Suitab le height : XL/80 (12-24 month s) [15 days repla...] [48 hours deliv...] | 46.00 | 1 | | | |
|  | Cross-border US Independenc e Day baby romper jumpsuit c otton newborn baby bag fart s hort-sleeved summer dress tri | 18.00 | 3 | | | |

15 days repa...

48 hours deliv...

Material  Guar...

Order number: 289086989277943119 2019-04-01 14:42:27   [img] Lushui Beiyi Children's Wear Factory  smilebeiyi   view all his orders

Order account number: tb73726_2011

AliExpress American National D
ay High-quality Celebration Car
nival 0-12 months newborn ba
by skirt romper four-piece dres
s [product snapshot]
Color : Star English : Suitable h
eight : XL: 12-18 months

44.00        9        861.00        successful transacti        View reviews        buy again
                                        on                                complaint
                                    order details
                                    View Logistics

AliExpress American National D
ay High-quality Celebration Car
nival 0-12 months newborn ba
by skirt romper four-piece dres
s [product snapshot]
Color : Star English : Suitable h
eight : L: 6-12 months

44.00        12

Order number: 289081453239943119 2019-04-01 14:31:10   [img] Lushui Beiyi Children's Wear Factory  smilebeiyi   view all his orders

Order account number: tb73726_2011

Foreign trade European and A
merican June-December baby s
kirt suit romper headband multi
-color small shoes baby skirt fo
ur-piece set [product snapshot]
Color : Stars and stripes hat En
glish : Suitable height: XL: 12-
18 months

44.00        3        246.00        successful transacti        View reviews        buy again
                                        on                                complaint
                                    order details
                                    View Logistics

Foreign trade European and A
merican June-December baby s
kirt suit romper headband multi
-color small shoes baby skirt fo
ur-piece set [product snapshot]
Color : castor egg stickers in En
glish : suitable height: XL: 12-
18 months
nsi

# Exhibit F



88-采集工作台 × Bought goods- Alibaba 1688 × +

trade.1688.com/order/buyer_order_list.htm?spm=a360q.8274423.0.0.5f084c9aI4d25h7&scene_type=&source=&purchase_company_...

Order number : 1102743132075118 2020-09-05 11:13:00

Order account number : 8530964035

2020 New Arrivals Halloween
Infant Costumes Cartoon Pum
pkin Kazakh Dress Set Girls Ch
ristmas Children's Dress （Pro
duct Shaproof）
Color : skirt + socks + holdingh
ar : suitable height : 72cm （6-
12 months）

48 Hours delive...
7 days retried...
Material Guar...

31.30    240    7,546.00    view reviews    buy again
                 Including shipping 46.50              complaint
                 on
                 successful transactio    Luhui Feike Children's Wear Factory    Luhui Feike children's clothing
                 View Logistics

Order number : 1102192612075118 2020-09-05 11:12:00

Order account number : 8530964035

2020 New Arrivals Halloween
Infant Costumes Cartoon Pum
pkin Kazakh Dress Set Girls Ch
ristmas Children's Dress （Pro
duct Shaproof）
Color : skirt + socks + holdingh
ar : suitable height : 72cm （6-
12 months）

48 Hours delive...
7 days retried...
Material Guar...

31.30    10

Order number : 11021950611975118 2020 09-05 11:09:05

Order account number : 8530964035

2020 New Arrivals Halloween
Infant Costumes Cartoon Pum
pkin Kazakh Dress Set Girls Ch
ristmas Children's Dress （Pro
duct Shaproof）
Color : skirt + socks + holdingh
ar : suitable height : 59cm （0-
3 months）

48 Hours delive...
7 days retried...
Material Guar...

31.30    240    14,487.00    view reviews    buy again
                 Including shipping 870.00              complaint
                 on
                 successful transactio    Luhui Feike Children's Wear Factory    Luhui Feike children's clothing
                 order details
                 View Logistics

2020 New Arrivals Halloween
Infant Costumes Cartoon Pum
pkin Kazakh Dress Set Girls Ch
ristmas Children's Dress （Pro
duct Shaproof）
Color : skirt + socks + holdingh
ar : suitable height : 66cm （3-
6 months）

48 Hours delive...
7 days retried...
Material Guar...

31.30    240

88-采集工作台 × | Bought goods - Alibaba 1688: × | +

trade.1688.com/order/buyer_order_list.htm?spm=a360q.8274423.0.0.7ecд4c9aLkASyP&scene_type=&source=&purchase_company_...

Order number: 116075138928875118 2020-08-04 11:08:33   **Extended the received**   Lishui Feike Children's Wear Factory   Lishui Feike children's clothing

view all his orders

Order account number: tb3096r4235



2020 New Arrivals Halloween Infant Costumed Cartoon Pum pkin Romper Dress Set Girls C hristmas Children's Dress [Pr oduct Snapped]

Color: lattipigo one-piece romp er; suitable height: 66cm (3-6 months)

| 48 Years detail |
| 7 days expire |
| 7 days refund |
| Material Guar |

16.66   100   successful transacti on    1,621.36 (including shipping 12.00)   order details   View Logistics   buy again complaint

---

Order number: 116063915908775118 2020-08-04 10:47:31   **Extended the received**   Lishui Feike Children's Wear Factory   Lishui Feike children's clothing

view all his orders

Order account number: tb3096r4235



2020 New Arrivals Halloween I nfant Costumed Cartoon Pump kin Romper Dress Set Girls Chris t mas Children's Dress [Produc t Snapped]

Color: lattipigo one-piece romp er, suitable height: 90cm (0-3 months)

| 48 Years detail |
| 7 days expire |
| Personal Guar |

16.66   100   successful transacti on    1,776.00 (including shipping 12.00)   order details   View Logistics   buy again complaint

---

2020 New Arrivals Halloween I nfant Costumed Cartoon Pumpk in Romper Dress Set Girls Chris tmas Children's Dress. [Produc t Snapped]

Color: lattipigo one-piece rompe r; suitable height: 80cm (12-2 4 months)

| 48 Years detail |
| 7 days expire |
| 7 days refund |
| Material Guar |

16.66   11

---

2020 New Arrivals Halloween Infant Costumed Cartoon Pum pkin Romper Dress Set Girls C hristmas Children's Dress [Pr oduct Snapped]

Color: lattipigo one-piece rompe m per; suitable height: 66cm (24 months)

| 48 Years detail |
| 7 days refund |
| Material Guar |

16.66   300   Cancelled    8,528.00 (including shipping 128.00)   successful transacti on   order details   View Logistics   Lishui Feike Children's Wear Factory   Lishui Feike children's clothing

---

Order number: 116063903094775118 2020-08-04 10:46:58   **Extended the received**   Lishui Feike Children's Wear Factory   Lishui Feike children's clothing

view all his orders

Order account number: tb3096r4235



2020 New Arrivals Halloween Infant Costumed Cartoon Pum pkin Romper Dress Set Girls C hristmas Children's Dress [Pr oduct Snapped]

Color: lattipigo one-piece romp per; suitable height: 16cm (0-3 months)

| 48 Years detail |
| 7 days expire |
| Material Guar |

16.66   300   view reviews   buy again complaint




Order account number: tb3V9ErX2 S

View all his orders

Order number: 11589596991547S118 2020-08-03 16:16:23    Exclusively paid successful transaction    Lizhui Foke Children's Wear Factory   Lizhui Foke children's clothing

| | | | |
|---|---|---|---|
| 2020 New Arrivals Halloween Infant Costumes Cartoon Purm plack Romper Dress Set Girls C hristmas Children's Dress [Pr oduct Snapshot]<br>Color: lablpop one-piece romp er - suitable height: 66cm (0- 6 months)<br>48 hours deliv...<br>7 days replac...<br>Material Guar... | 16.66 | 200 | 9,654.16<br>including shipping $8.00<br>on<br>order details<br>View Logistics | view reviews    buy again<br>complaint |

Order account number: tb3V9ErX2 S

View all his orders

Order number: 11589596991547S118 2020-08-03 09:54:03

| | | | |
|---|---|---|---|
| 2020 New Arrivals Halloween Infant Costumes Cartoon Purm plack Romper Dress Set Girls C hristmas Children's Dress [Pr oduct Snapshot]<br>Color: lablpop one-piece romp er - suitable height: 66cm (0- 3 months)<br>48 hours deliv...<br>7 days replac...<br>Material Guar... | 16.66 | 200 | |
|  2020 New Arrivals Halloween Infant Costumes Cartoon Purm plack Romper Dress Set Girls C hristmas Children's Dress [Pr oduct Snapshot]<br>Color: lablpop one-piece romp er - suitable height: 73cm (0- 12 months)<br>48 hours deliv...<br>7 days replac...<br>Material Guar... | 16.66 | 200 | |

Order number: 11589596912527S118 2020-08-03 09:54:03    Exclusively paid successful transaction    Lizhui Foke Children's Wear Factory   Lizhui Foke children's clothing

| | | | |
|---|---|---|---|
| 2020 New Arrivals Halloween I nfant Costumes Cartoon Pump lck Romper Dress Set Girls Chr istmas Children's Dress [Prod uct Snapshot]<br>Color: lablpop one-piece romp er - suitable height: 66cm (0- 3 months)<br>48 hours deliv...<br>7 days replac...<br>Material Guar... | 16.66 | 200 | 9,676.16<br>including shipping $8.00<br>on<br>order details<br>View Logistics | view reviews    buy again<br>complaint |
| 2020 New Arrivals Halloween I nfant Costumes Cartoon Pump lck Romper Dress Set Girls Chr ... | 16.66 | 200 | | |

88-采业工作台    ×    Bought goods- Alibaba 1688·    ×    +

trade.1688.com/order/buyer_order_list.htm?spm=a360q.8774423.0.0.3fa04c9ay36upq&scene_type=&source=&purchase_company_...

Comprehensive

A total of 9 products, there are 6 more, click to view

Order account number: 012094H23

Order number: 1181407189177S118 2020-07-23 13:06:34   Completed(Paid Shipment)   Lizhui Yakai Clothing Co., Ltd... ❋ language clothing

Autumn new children's cotton
g 0-2 years old baby long-slee
ved cartoon printed romper co
tton trouser suit factory direct
sale [Product: Suitable]
Color: · Orange · Suitable heig
ht: 80 (6-12 months)

34.00    1    including shipping 6.00    40.00    successful transaction on    view reviews

order details
View Logistics

48 hours delix
7 days returu
Material Guar

buy again
complaint

Order account number: 012094H23

Order number: 118178154047S118 2020-07-23 13:03:10   Completed(Paid Shipment)   Lizhui Yake Children's Wear Factory ❋ Lizhui Feike children's clothing

Order account number: 012094H23

New baby 0-2 years old girls T
hanksgiving Day cartoon land
2-piece suit short-sleeved rom
per dress cowboy clothes fact
ory direct sale [Product: Snap
shot]
Color: 2 · Suitable height: 59
(0-3 months)

25.00    1    including shipping 5.00    75.00    successful transaction on    view reviews

order details
View Logistics

15 days retu
48 hours delix
Material Guar

buy again
complaint

Summer new baby girl sleeved
sleeved white powder gauze col
or edge romper skirt two-piece
suit children's clothing foreign
trade source wholesale [Prod
uct: Snapshot]
Color: 7 3 (6-12 months)
height · 73 (6-12 months)

25.00    1

15 days retu
48 hours delix
Material Guar

Independence Day ins hot ne
wborn jumpsuit summer baby
clothes American stars flying sl
eeve romper cotton [Product: S
napshot]
Color: blue cross-back romper
· + triangular two-pieces set · s
uitable height · 73 (6-12 mont
hs)

27.00    1

15 days retu
48 hours delix
Material Guar

Order number: 118279187254575118 2020-07-23 11:35:37   Completed(Paid Shipment)   Lizhui Bairu Children's Wear Factory ❋ president   view all his orders

Order account number: 012094H23

Amazon Jump December Novb
orn Baby Halloween baby Ram
per Dress High Quality Toddler
Shoes Dress Socks Set [Produ
ct: Snapshot]
Color: Break T · Suitable heigh
t · S (0-6 months)

18.00    4    36.00    successful transaction on    view reviews

order details
View Logistics

buy again
complaint

Order account number: 1b26961+225

2020 Christmas Newborn Baby
Satin Snowflake Skirt Mesh Soc
ks Socks Headband Three-piec
e Set [Product Snapshot]
Color : Snowflake : Suitable He
ight : One Size: 0-24 Months

32.00          90          successful transacti          order details          View Logistics

48 hours delive...
7 days replac...

view all his orders

Order number: 12125514269977751118 2020-08-29 09:53:35          🔲 Frequently Used Numbers          🔲 Lishui Feike Children's Wear Factory 🔲 Lishui Feike children's clothing

Order account number: 1b26961+225

2020 New Arrivals Halloween
Infant Costumes Cartoon Pum
pkin Romper Dress Set Girls C
hristmas Children's Dress  [Pr
oduct Snapshot]
Color : skirt + socks + headge
ar : suitable height : 59cm (0-
3 months)

31.30          100          6,029.00          successful transacti          view reviews          buy again
                            including shipping 23.00          on                                            complaint
                                                             order details
                                                             View Logistics

48 hours delive...
7 days replac...
Material Guar...

2020 New Arrivals Halloween
Infant Costumes Cartoon Pum
pkin Romper Dress Set Girls C
hristmas Children's Dress  [Pr
oduct Snapshot]
Color : skirt + socks + headge
ar : suitable height : 80cm (1-
2-24 months)

31.30          100

48 hours delive...
7 days replac...
Material Guar...

view all his orders

Order number: 12127043550877751118 2020-08-26 09:25:20          🔲 Frequently Used Numbers          🔲 Lishui Feike Children's Wear Factory 🔲 Lishui Feike children's clothing

Order account number: 1b26961+225

Cross-border autumn and wint
er new baby crawling clothes
newborn jumpsuit baby cartoo
n animal striped romper hoode
d suit  [Product Snapshot]
Color : pink + hat : suitable h
eight : 66 (3-6 months)

28.00          1          Refund success          30.00          Trading cloud          buy again
                         fully                                 order details          Apply for a claim
                                                  including shipping 5.00                          complaint

48 hours delive...
7 days replac...
Material Guar...



388-实景工作台 — Bought goods- Alibaba 1688·

trade.1688.com/order/buyer_order_list.htm?spm=a360q.8274423.0.0.3fa04c9ay36uop&scene=&source=&purchase_company...

t s 3 o r internal
r s s internal
Drivers' Gear

Order account number: 1329541Y2S

view all his orders

Order number: 1327008546217J5118 2020-07-23 05:48:32 · Lishui Feike Children's Wear Factory · Lishui Feike children's clothing

2020 New Arrivals Halloween
Infant Costumes Cartoon Pum
pkin Romper Dress Set Girls C
hristmas Children's Dress [Pr
oduct Snapshot]
Color: salopic one-piece romp
er · available. Height: 66cm (5-
6 months)

16.66    140    6,797.20    successful purchase    view reviews    buy again
Including postage 77.00    on    order details    complaint
View Logistics

7 days replac...
Material Guar...

2020 New Arrivals Halloween
Infant Costumes Cartoon Pum
pkin Romper Dress Set Girls C
hristmas Children's Dress [Pr
oduct Snapshot]
Color: salopic one-piece romp
er · available. Height: 80cm (0-
3 months)

16.66    140

7 days replac...
Material Guar...

2020 New Arrivals Halloween
Infant Costumes Cartoon Pum
pkin Romper Dress Set Girls C
hristmas Children's Dress [Pr
oduct Snapshot]
Color: Lattopy one-piece romp
er · available. Height: 73cm (6-
12 months)

16.66    140

7 days replac...
Material Guar...

Order account number: 1326541Y2S

Order number: 1137560104679775118 2020-07-23 05:23:47 · Guangzhou Fanxin Clothing Co., Ltd. · fanxfux    view all his orders

Sports pants women's loose wi
de-leg dance yoga pants quick
-drying beamed bloomers flexi
ss pants yoga pants [product s
napshot]
Color: Gray · Size: M

63.00    2    317.00    successful purchase    view reviews    buy again
Including shipping 9.00    on    order details    complaint
View Logistics

13 days repla...
Damage Guar...
Delivery Guar...
Compensation...

Autumn and winter new sports
pants women's loose trousers
bundled feet running fitness p
ants quick-drying thin trouser
n quick-drying high-waisted yo
ga pants  [Product Snapshot]
Color: Gray Purple · Size: M

58.00    1

7 days replac...
Damage Guar...
Delivery Guar...
Material Guar...
Compensation...

2020 new sports pants wome
n's loose trousers straight can
de void elastic high-waist wide

62.00    2

× 🛒 Bought goods - Alibaba 1688... × +

🔒 trade.1688.com/order/buyer_order_list.htm?spm=a360q.8274423.0.0.6b96c4c9a1WTsi7&scene_type=&source=&purchase_company=...

Recently Used

Inquiry Home

Sourcing Indexer

Publish RFQ

Auction Management

All Sourcing Projects

Voluntary Offers Place

Comparison list manage

Items purchased

Supplier Management

Bill of Materials

all materials

Purchasing category

other

reminder settings

[Official Announcement] affected by force majeure such as the epidemic recently, your order may be delayed in shipment/delivery. Please maintain friendly communication with the merchant!

[Official Announcement] If you apply for a partial refund without receiving the goods, the remaining amount will be sent to the merchant, which may cause financial loss. Please fill in the refund amount according to the real situation. If there is any problem, please do not apply for a refund

[Official Announcement] System service upgrade, the electronic contract function under the transaction data management menu will no longer provide services, and it is expected to be offline on September 20.

Orders in the past three months    Order three months ago

all orders    Trading closed    successful transaction

order    from current order number    name    seller again    new 1688 number    Order Status    all

keywords

search    ▼ More search criteria

batch export

| | reduce price (Yuan) | quantity | Billing order | buy again | contract procurement |
|---|---|---|---|---|---|

Order account number: 1132368512623775118 2020-07-20 11:26:03    Lishui Peike Children's Wear Factory    Lishui Peike children's clothing    view all his orders

| | | | | |
|---|---|---|---|---|
| 2020 New Arrivals Halloween Infant Costumes Cartoon Pum pkin Romper Dress Set Girls C hristmas Children's Dress (Pr oduct Slapeout) Color : leBopp one-piece romp er , suitable height: 98cm (f it meaning) 48 hours delivery 7 days refund Material Guar... | 16.66 | 100 | 4,996.60 installing shipping 34.00 | successful transaction on order details View Logistics | view reviews    buy again complaint |

Order account number: 1132368512623775118 2020-07-20 11:26:03    Lishui Peike Children's Wear Factory    Lishui Peike children's clothing

| | | | | |
|---|---|---|---|---|
| 2020 New Arrivals Halloween Infant Costumes Cartoon Pum pkin Romper Dress Set Girls C hristmas Children's Dress (Pr oduct Slapeout) Color : leBopp one-piece romp er , suitable height: 98cm (5 ft meaning) 48 hours delivery 7 days refund Material Guar... | 16.66 | 100 | | |

Order account number: 1132368512623775118 2020-07-20 11:26:03    Lishui Peike Children's Wear Factory    Lishui Peike children's clothing

| | | | | |
|---|---|---|---|---|
| 2020 New Arrivals Halloween Infant Costumes Cartoon Pum pkin Romper Dress Set Girls C hristmas Children's Dress (Pr oduct Slapeout) Color : leBopp one-piece romp er , suitable height: 98cm (f it meaning) 48 hours delivery 7 days refund Material Guar... | 16.66 | 10 | | |

Order number: 1136356545775118 2020-07-22 10:24:49    2020 New Arrivals Halloween I    27.03    1    Lishui Peike Children's Wear Factory    successful transaction    Lishui Peike children's clothing    view all his goods

Order account number: nbJ064c425    2020 New Arrivals Halloween I    59.99    successful transaction    view reviews    buy again

A total of 4 products, there is 1 more, click to view

88-采集工作台    X    Bought goods- Alibaba 1688:    X    +

trade.1688.com/order/buyer_order_list.htm?spm=a360q.8274423.0.0.5f084c9al4z5h7&scene_type=&purchase_company...

All Sourcing Projects

Voluntary Offers Rece

Comparison list manac

Items purchased

Supplier Management

all materials

Purchasing category

other

reminder settings

| Orders in the past three months | Order three months ago | Billing order | buy again | contact procurement |

all orders    Trading closed    successful transaction

keywords    item-commodit-rubber     seller login    order keyword name

order    ∨ More search criteria

search

goods    batch export

Order account number: ns856j-l42$

Order number: 117294441642877118 2024-08-11 11:01:58
view all his orders



2020 New Arrivals Halloween
Infant Costumes Cartoon Pum
pkin Kazakh Dress Set Girls Ch
ristmas Children's Dress (Pro
duct Snapshot)

Order single-hodripper : suita
ble height: 59cm (0-3 month
s)

48 hours deliv.

7 days nopsec.

Material Guar.

1.57    100     **160.72**   Including shipping 15.00

Luhui Fake Children's Wear Factory   ● Luhui Fake Children's clothing

successful transacti...
on    order details    view reviews
View Logistics    buy again
   complaint

Order account number: ns186l14255

Order number: 117032987757757118 2024-08-11 09:42:55
view all his orders

2019 cross-border new Hallowe
en baby costumes thanksgiving
baby jumper tutu suit trendy fa
ctory direct sale (product snaps
hot)

Order romper + orange + hea
dwear three-piece set : suitabl
e height : 59:95 (0-3 months)

15 days nopsec.

Material Guar.

34.00    4     **63.01**   successful transacti...
on    order details    view reviews
View Logistics    buy again
   complaint

Order account number: ns186l14255

Order number: 117027907937737118 2020-08-10 11:53:51
view all his orders

2020 New Arrivals Halloween I
nfant Costumes Cartoon Pumpk
in Kazakh Dress Set Girls Christ
mas Children's Dress (Product
Snapshot)

Order : Christmas plaid suit . su
itable height : 59cm (0-3 match
s)

48 hours deliv.

7 days nopsec.

Material Guar.

35.41    1       Luhui Fake Children's Wear Factory   ● Luhui Fake Children's clothing

Order account number: ns074c4255

2020 New Halloween Children's
Clothes Thanksgiving Day Baby
Cartoon Alphabet Pumpkin fo
meer Yellow Six Layer Skirt Suit

31.00    4     **29.00**   successful transacti...   view reviews
order details
View Logistics    buy again
   complaint

Order Status   all

Order Status   previous page    next page

88-采集工作台    ✕    Bought goods- Alibaba 1688.    ✕    +

🔒 trade.1688.com/order/buyer_order_list.htm?spm=a360q.8274423.0.0.7d104c9aQfEwJZ&scene_type=&source=&purchase_company...

Order account number: t1s76%1H2%

Order number: 1206046013392775118 2020-08-26 08:40:31

🔲 Extremely Fast Refund    🔲 Lshu Feike Children's Wear Factory    🌐 Lshui Feike children's clothing

Order details



Christmas big snowflake romp
er dress suit cotton long-sleev
ed 0-2 years old baby dress w
ish Amazon explosive style [pr
oduct snapshot]

Color : Christmas tree [set of
4] ; suitable height : 73 (0-12
months)

15 days reply.
48 hours deliv.
Material Guar.

   40.00    20    4,636.00     successful transacti    view reviews    buy again
including shipping $0.00     on           complaint
                   order details
                   View logistics

Christmas big snowflake romp
er dress suit cotton long-sleev
ed 0-2 years old baby dress w
ish Amazon explosive style [pr
oduct snapshot]

Color : Christmas tree [set of
4] ; suitable height : 66 (3-6
months)

15 days reply.
48 hours deliv.
Material Guar.

   40.00    30

Christmas big snowflake romp
er dress suit cotton long-sleev
ed 0-2 years old baby dress w
ish Amazon explosive style [pr
oduct snapshot]

Color : Christmas tree [set of
4] ; suitable height : 59 (0-3
months)

15 days reply.
48 hours deliv.
Material Guar.

   40.20    60

A total of 4 products, there is 1 more, click to view

Order number: 1204279007942775118 2020-08-26 08:37:19

Order account number: t1s76%1H2%

🔲 Extremely Fast Refund    🔲 Lshu Feike Children's Wear Factory    🌐 Lshui Feike children's clothing



Christmas big snowflake romp
er dress suit cotton long-sleev
ed 0-2 years old baby dress w
ish Amazon explosive style [pr
oduct snapshot]

Color : Christmas tree [set of
4] ; suitable height : 73 (6-12
months)

15 days reply.
48 hours deliv.
Material Guar.

   38.50    60    5,323.00     successful transacti    view reviews    buy again
including shipping $0.00     on           complaint
                   order details
                   View logistics

Christmas big snowflake romp
er dress suit cotton long-sleev
ed 0-2 years old baby dress w
ish Amazon explosive style [pr
oduct snapshot]

Color : Christmas tree [set of
4] ; suitable height : 66 (3-6
months)

15 days reply.
48 hours deliv.
Material Guar.

   38.50    100    Cancelled

88-采买工作台 × | Bought goods- Alibaba 1688 × +

trade.1688.com/order/buyer_order_list.htm?spm=a360q.8274423.0.0.3f3249a2IUFLO&scene_type=&source=&purchase_company_...

Order number: 1184576543277751118 2020-9h-17 12:35:27

Order account number: tb3D9U4Z25
view all his orders



2020 New Arrivals Halloween I    16.66    650    30,000.00    successful transaction    buy again
nfant Costumes Cartoon Pumpk                                              on    complaint
in Kazakh Dress Set Girls Christ                                Including shipping 7.00    order details
mas Children's Dress   [Product                                             View Logistics
Snapped]
Color : (three-piece one-piece romper
r , suitable height : 56cm (3-6
months)

[ 48.7pm delivery ]

[ 7 days return ]

Material: Guar

2020 New Arrivals Halloween I    16.66    650
nfant Costumes Cartoon Pumpk
in Kazakh Dress Set Girls Christ
mas Children's Dress   [Product
Snapped]
Color : kidloop one-piece romper
r , suitable height : 73cm (6-12
months)

[ 48.7pm delivery ]

[ 7 days return ]

Material: Guar

Order number: 1170899928377751118 2020-09-13 09:45:46

Order account number: tb3D9U4Z25
view all his orders



2019 cross-border new Hallow    35.00    6    583.00    successful transaction    buy again
een baby costumes thanksgivi                                      on    complaint
ng baby romper tutu suit trend                     Including shipping 7.00    order details
y factory direct sale [product s                                    View Logistics
napped]
Color : (three-piece romper + o
range + headgear : suitable h
eight : 66CM (3-6 months)

[ 48 days delivery ]

Material: Guar

2019 cross-border new Hallow    35.00    6
een baby costumes thanksgivi
ng baby romper tutu suit trend
y factory direct sale [product s
napped]
Color : (three-piece romper + o
range + headgear : suitable h
eight : 80CM (6-12 months)

[ 48 days delivery ]

Material: Guar

2019 cross-border new Hallow    35.00    4
een baby costumes thanksgivi

88-实景工作台   ×   Bought goods- Alibaba 1688.   ×   +

trade.1688.com/order/buyer_order_list.htm?spm=a360q.8274423.0.0.5f084c9a4d25h7&scene_type=&source=&purchase_company,...

Order number: 1171749076885775118 2020-06-10 19:24:23
view all his orders

Order account number: tb3010+2425



2020 New Halloween Children's Clothes Thanksgiving Day Baby Cartoon Appliquéd Pumpkin Ro mper Yellow Six-Layer Shirt Suit (Product Shipped)    31.00    4    29.00
Color 1 1  Suitable height : 66/
M (3-6 months)
[13 days sple...]
[48 hours deliv...]
[Material Guar...]

successfully transacted
order details
View Logistics
buy again
compliant

Order account number: tb3010+2425

2020 New Halloween Children's Infant Costumes Cartoon Pum pkin Kazakh Dress Set Girls Ch ristmas Children's Dress  (Pro duct Shipped)
Color : four-piece black orange n dress : suitable height: 59c
m (0-3 months)
[48 hours deliv...]
[7 days replac...]
[Material Guar...]
   38.02    15    1,127.10
(including shipping 11.60)     successfully transacted
on
order details
View Logistics
View reviews    buy again
compliant

Lishui Feike Children's Wear Factory  Lishui Feike children's clothing

2020 New Arrivals Halloween Infant Costumes Cartoon Pum pkin Kazakh Dress Set Girls Ch ristmas Children's Dress  (Pro duct Shipped)
Color : four-piece black orange n dress : suitable height: 59c
m (0-3 months)
[48 hours deliv...]
[7 days replac...]
[Material Guar...]
   38.02    15

2020 New Arrivals Halloween Infant Costumes Cartoon Pum pkin Kazakh Dress Set Girls Ch ristmas Children's Dress  (Pro duct Shipped)
Color : Christmas snowman su it : suitable height: 66cm (3-6 months)
[8 hours deliv...]
[7 days replac...]
[Material Guar...]
   37.50    1

Order number: 1171708175087775118 2020-06-10 19:19:51
view all his orders

Order account number: tb3010+2425

2020 New Arrivals Halloween Infant Costumes Cartoon Pum pkin Kazakh Dress Set Girls C hristmas Children's Dress  (Pr oduct Shipped)
Color : Kris four snowman rompe per  suitable height: 66cm (3-6 months)
[48 hours deliv...]
[7 days replac...]
[Material Guar...]
   16.66    500    24,980.00
(including shipping 240.00)    successfully transacted
on
order details
View reviews    buy again
compliant

Lishui Feike Children's Wear Factory  Lishui Feike children's clothing

2020 New Arrivals Halloween Infant Costumes Cartoon Pum pkin Kazakh Dress Set Girls C hristmas Children's Dress  (Pr oduct Shipped)
   16.66    500

BB-实易工作台    ×   Bought goods- Alibaba 1688.   ×   +

trade.1688.com/order/buyer_order_list.htm?spm=a360q.8274423.0.0.7d104c9aQfEW/2&scene_type=&source=purchase_company...

Order account number: b30f641435

Christmas big snowflake romp
er dress suit cotton long-sleev
ed 0-2 years old baby dress w
ith Amazon explosive style (p
roduct snapshot)
Color : Christmas text (set of
4) ; suitable height : 73 (6-12
month)

[15 days reply.]
[48 hours deliv.]
[Material Guar.]

40.00    20    **20,040.76**
Including shipping ¥115.00

successful transacti
on
order details
View Logistics

View reviews

buy again
complaint

Christmas big snowflake romp
er dress suit cotton long-sleev
ed 0-2 years old baby dress w
ith Amazon explosive style (p
roduct snapshot)
Color : Christmas text (set of
4) ; suitable height : 64 (3-6
month)

[15 days reply.]
[48 hours deliv.]
[Material Guar.]

40.00    10

Christmas big snowflake romp
er dress suit cotton long-sleev
ed 0-2 years old baby dress w
ith Amazon explosive style (p
roduct snapshot)
Color : Christmas text (set of
4) ; suitable height : 59 (0-3
month)

[15 days reply.]
[48 hours deliv.]
[Material Guar.]

40.00    20

A total of 11 products, there are 8 more, click to view

Order account number: b30f641425

Order number: 1204069227277518 2020-08-25 11:57:06

[Stationery Fast Dumbold]   Lehui Children's Wear Factory   Lehui Feike children's clothing

3nd net newborn clothing loop
ard print one long-sleeved ro
mper pp pants suit baby cloth
ing factory direct sale (produc
t snapshot)
Color : black romper + leopard
print + headwear three-piece
set ; suitable height : 59/66 (3
-6 months)

[15 days reply.]
[48 hours deliv.]
[Material Guar.]

33.00    1    **35.00**
including shipping $2.00

successful transacti
on
order details
View Logistics

View reviews

buy again
complaint



Order account number: b30f641325

Order number: 1204596335607753118 2020-08-25 16:57:41
view all his orders

Christmas big snowflake romp
er dress suit cotton long-sleev
ed 0-2 years old baby dress w
ith Amazon explosive style (pr
oduct snapshot)
Color : color (set of 4) ; suita
ble height : 64 (3-6 months)

[15 days reply.]
[48 hours deliv.]

40.00    25    **5,853.00**
including shipping ¥0.00

successful transacti
on
order details
View reviews

buy again
complaint

388-实景工作台   ×   Bought goods- Alibaba 1688   ×   +

trade.1688.com/order/buyer_order_list.htm?spm=a360q.8274423.0.0.6b96d4c9a1Ws178scene_type=&source=&purchase_company...

Order account number: 00/010/14225

Order number: 11312413499977518 2020-07-30 11:06:11   ⊡ Extremely Fast turnover   ⊞ Luhui Feike Children's Wear Factory   ⊛ Luhui Feike children's clothing

View all his orders



2020 New Arrivals Halloween
Infant Costumes Cartoon Pum
pkin Romper Dress Set Girls C
hristmas Children's Dress   [Pr
oduct Snapped]
Color: Christmas embroidery
out : Suitable height: 95cm
(X>3 months)
48 buyer delivery
7 days replacement
Material Guar...

47.95    10    1,391.96
including shipping 11.00

successful manufactu
on

order details
View Logistics

view reviews

buy again
complaint

2020 New Arrivals Halloween
Infant Costumes Cartoon Pum
pkin Romper Dress Set Girls C
hristmas Children's Dress   [Pr
oduct Snapped]
Color: Christmas embroidery
out : Suitable height: 95cm
(X>3 months)
48 buyer delivery
7 days replac...
Material Guar...

47.95    10

2020 New Arrivals Halloween
Infant Costumes Cartoon Pum
pkin Romper Dress Set Girls C
hristmas Children's Dress   [Pr
oduct Snapped]
Color: Christmas embroidery
out : Suitable height: 95cm
(X>3 months)
48 buyer delivery
7 days replac...
Material Guar...

47.95    10

Order number: 11312795860177518 2020-07-30 10:59:33   ⊡ Extremely Fast turnover   ⊞ Luhui Feike Children's Wear Factory   ⊛ Luhui Feike children's clothing

View all his orders

Order account number: 00/010/14225



2020 New Arrivals Halloween
Infant Costumes Cartoon Pum
pkin Romper Dress Set Girls C
hristmas Children's Dress   [Pr
oduct Snapped]
Color : Christmas embroidery
out : Suitable height: 372cm
(9-12 months)
48 buyer delivery
7 days replac...
Material Guar...

47.95    50    9,239.00
including shipping 37.00

successful manufactu
on

order details
View Logistics

view reviews

buy again
complaint

2020 New Arrivals Halloween
Infant Costumes Cartoon Pum
pkin Romper Dress Set Girls C
hristmas Children's Dress   [Pr
oduct Snapped]
Color : Christmas embroidery
out : Suitable height: 99cm
(0-3 months)
48 buyer delivery
7 days replac...
Material Guar...

47.95    50

2020 New Arrivals Halloween
Infant Costumes Cartoon Pum
pkin Romper Dress Set Girls C
hristmas Children's Dress   [Pr
oduct Snapped]
Color : Christmas embroidery
out : Suitable height: 66cm
(3-6 months)
48 buyer delivery
7 days replac...
Material Guar...

47.95    50

2020 New Arrivals Halloween
Infant Costumes Cartoon Pum




× 🖼 Bought goods- Alibaba 1688 × +

🔒 trade.1688.com/order/buyer_order_list.htm?spm=a360q.8274423.0.0.7eca4c9aiLkASyP&scene_type=&source=&purchase_company,...

Items purchased

Supplier Management

Bill of Materials

all materials

Purchasing category

Offer

reminder settings

order                keywords              Item function name        seller login          Order Status    all
                                                                name

search        * More search criteria

goods          batch export                                      Resource order (the    Total amount (yuan)    Order Status        Transaction operatio    order
                                                                  n)                                                              n
                                                                                                                                  previous page    9    next page

Order number: 11621605147697775118 2020-09-03 09:46:19    🔲 Lishui Feike Children's Wear Factory  🔲 Lishui Feike children's clothing

Order account number: b009i14235    view all his orders

2020 New Arrivals Halloween I    35.50    1    🔲 Successful transactions    35.50    successful transacted    buy again
nfant Costumes Cartoon Pump                                                                    on                      complaint
kin Romper Dress Set Girls Chr                                                  Including shipping 6.00    order details
istmas Children's Dress  [Prod                                                                view reviews    View Logistics
uct Snapshot]
Color: Christmas four-peace so
t;  Suitable height: 66cm [3-6
months]
48 hours deliv.
7 days rightful.
Material Guar.

Order number: 11623461393775118 2020-09-05 09:46:55    🔲 Successful transactions    40.08    successful transacted    buy again
                                                                                              on                      complaint
Order account number: b009i14235    view all his orders                          Including shipping 6.00    order details
                                                                                              view reviews    View Logistics

    2020 New Arrivals Halloween I    29.00    1
nfant Costumes Cartoon Pump
kin Romper Dress Set Girls Chr
istmas Children's Dress  [Prod
uct Snapshot]
Color: ROJ845   Suitable heig
ht: 98[0-3 months]
15 days right..
48 hours deliv.
Material Guar.

Order number: 11606589139277511 2020-08-04 11:46:04    🔲 Feiyan Xiao Ma Ge clothing Nat...  🔲 Perry Brother Clothing Company    view reviews    buy again
                                                                                                                                                            complaint
Order account number: b009i14235

2020 New Arrivals Halloween I    41.67    1    🔲 Successful transactions    70.67    successful transacted    buy again
nfant Costumes Cartoon Pump                                                                    on                      complaint
kin Romper Dress Set Girls Chr                                                  Including shipping 6.00    order details
istmas Children's Dress  [Prod                                                                view reviews    View Logistics
uct Snapshot]
Color: Christmas romper + ski
rt suit;  Suitable height ; 89cm
[0-3 months]
T shirt right..
48 hours deliv.
Material Guar.

A generation of his explosive s    24.00    1    🔲 Successful transactions    32.00    successful transacted    buy again
tyle baby jumpsuit sent style                                                                  on                      complaint
autumn romper newborn out                                                      Including shipping 8.00    order details
wear factory direct supply  [P                                                                view reviews
roduct Snapshot]
Color: Check;  Suitable heigh
t; 90

588-采购工作台 ✕ ☐ Bought goods- Alibaba 1688.. ✕ +

☌ trade.1688.com/order/buyer_order_list.htm?spm=a360q.8274423.0.0.2993a4c2993a4c2k1md&scene_type=&source=&purchase_company...

# 1688 采购工作台

from page | trade | distribution management | purchase | set up | TrustPass | open shop now

Recently Used

Inquiry Home

Sourcing Manage...

## Sourcing Management

Publish RFQ

All Sourcing Projects

Voluntary Offers Place

Comparison list manag.

**Supplier Management**

Items purchased

all materials

Purchasing category

reminder settings

[Official Announcement] Affected by force majeure such as the epidemic recently, your order may be delayed in shipment/delivery. Please maintain friendly communication with the merchant

[Official Announcement] If you apply for a partial refund without receiving the goods, the remaining amount will be sent to the merchant, which may cause financial loss. Please fill in the refund amount according to the real situation. If there is any problem, please do not apply for a refund

[Official Announcement] System service upgrade, the electronic contract function under the transaction data management menu will no longer provide services, and it is expected to be offline on September 10.

order | all orders | Trading closed | successful transaction

keywords

Orders in the past three months | Order three months ago | Billing order | buy again | contract procurement

search | item number number | seller login | active bulk buyer

More search criteria

order | batch export | name | Remove price (tea...n) | quantity | total amount (yuan) | Order Status | transaction operatio...n | other

Order account number: n0398 H226

Order number: 111226460627755118   2020-09-10 09:30:23
View all his orders

2020 New Arrivals Halloween
Infant Costumes Cartoon Pum
pkin Romper Dress Set Girls C
hristmas Children's Dress   (Pr
oduct Snapped)
Color : Christmas romper + su
it suit : suitable height: 76c
m (3-6 months)
[7 days return...]
[Material Guar...]

41.67 | 55 | 8,843.71
(including shipping 42.00)
successful transaction
order details
View Logistics

previous page   12   next page

buy again
complaint

Order number : 111226460627755118   2020-09-10 09:30:23
View all his orders

2020 New Arrivals Halloween
Infant Costumes Cartoon Pum
pkin Romper Dress Set Girls C
hristmas Children's Dress   (Pr
oduct Snapped)
Color : Christmas romper + su
it suit : suitable height: 72c
m (0-12 months)
[7 days return...]
[Material Guar...]

41.67 | 55

2020 New Arrivals Halloween
Infant Costumes Cartoon Pum
pkin Romper Dress Set Girls C
hristmas Children's Dress   (Pr
oduct Snapped)
Color : Christmas romper + se
it suit : suitable height: 99c
m (0-3 months)
[7 days return...]
[Material Guar...]

41.67 | 100

2020 New Arrivals Halloween
Infant Costumes Cartoon Pum
pkin Romper Dress Set Girls C

41.67 | 10

88-实采工作台   X   Bought goods- Alibaba 1688:   X   +

🔒 trade.1688.com/order/buyer_order_list.htm?spm=a360q.8274423.0.0.7d104c9aOfew,l2&scene_type=&source=&purchase_company...

&gt;

Order number: 1240363398675118 2020-08-25 16:57:41
view all his orders
Order account number: tb5061x025

Order account number: tb5061x025

| Item | | Price | Qty | |
|---|---|---|---|---|
| Christmas big snowflake romper dress suit cotton long-sleev ed 0-2 years old baby dress w ish Amazon explosive style [pr oduct snapshot] Color: Dxxxr (set of 41), Suita ble Height : 66 (3-6 months) 13 days repla... 48 hours deliv... Material Guar... | | 40.00 | 25 | ❤ 🛒 Lizhui Feike Children's Wear Factory ● Lizhui Feike children's clothing   view all his orders |
| | | | | 5,855.00 including shipping 255.00 |
| | | | | on |
| | | | | successfully transacti on |
| | | | | order details |
| | | | | View Logistics |
| | | | | view reviews |
| | | | | buy again complaint |

| Christmas big snowflake romp er dress suit cotton long-sleev ed 0-2 years old baby dress w ish Amazon explosive style [pr oduct snapshot] Color: Christmas tone (set of 41), suitable height : 59 (0-3 months) 13 days repla... 48 hours deliv... Material Guar... | | 45.00 | 20 | |



| Christmas big snowflake romp er dress suit cotton long-sleev ed 0-2 years old baby dress w ish Amazon explosive style [pr oduct snapshot] Color: Christmas tone four -piece set , suitable height : 6 6 (3-6 months) 13 days repla... 48 hours deliv... Material Guar... | | 40.00 | 40 | |

A total of 5 products, there are 2 more, click to view

Order number: 1203957937232775118 2020-08-25 16:26:54
Order account number: tb5786x025

| 2020 New Arrivals Halloween Infant Costumes Cartoon Pum pkin Romper Dress Set Girls C hristmas Children's Dress [Pr oduct Snapshot] Color: 16 pop one-piece rom per , suitable height : 66cm (3-6 months) 48 hours deliv... 7 days replac... Material Guar... | | 16.66 | 600 | 🛒 Lizhui Feike Children's Wear Factory ● Lizhui Feike children's clothing   view all his orders |
| | | | | 30,000.00 including shipping 256.00 |
| | | | | Trading closed order details |
| | | | | buy again complaint |

| 2020 New Arrivals Halloween Infant Costumes Cartoon Pum pkin Romper Dress Set Girls C hristmas Children's Dress [Pr oduct Snapshot] Color: 16 pop one-piece rom per , suitable height : 59cm (0-3 months) 48 hours deliv... 7 days replac... Material Guar... | | 16.66 | 600 | |

| 2020 New Arrivals Halloween Infant Costumes Cartoon Pum | | 31.30 | 1.00 | |

trade.1688.com/order/buyer_order_list.htm?spm=a360q.8274423.0.0.3f324c9a2lUFLO&scene_type=&source=&purchase_company...

Recently Used

Inquiry Home

Sourcing Home

Publish RFQ

Sourcing Management

All Sourcing Projects

Voluntary Offers Place

Comparison list manage

Items purchased

Supplier Management

Bill of Materials

all materials

Purchasing category

other

reminder settings

[Official Announcement] affected by force majeure such as the epidemic recently, your order may be delayed in shipment/delivery. Please maintain friendly communication with the merchant.

[Official Announcement] If you apply for a partial refund without receiving the goods, the remaining amount will be sent to the merchant, which may cause financial loss. Please fill in the refund amount according to the real situation. If there is any problem, please do not apply for a refund

[Official Announcement] System service upgrade, the electronic contract function under the transaction data management menu will no longer provide services, and it is expected to be offline on September 20.

| all orders | Orders in the past three months | Order three months ago | Billing order | buy again | contract procurement |

| keywords | | seller login name | supply login number | Order Status | all |

| order number | Trading closed | successful transaction | | | |

item number number

seller login name

▼ More search criteria

batch export

Relevance order (rque n)

Mall amount (yuan)   Order Status   transaction operation n

previous page   7   next page

Order number: 11905494895477518 2020-08-21 08:39:44

Order account number: bz0fk1X2S

2020 New Arrivals Halloween Infant Costumes Cartoon Pum pkin Kazakh Dress Set Girls C hristmas Children's Dress [Pr oduct Selajproot]
Color : skirt + socks + headge ar : suitable height : 90cm (0- 3 months)

48 hours delive...
3 days replete...
Material Color

11.30   200   Refund succe ssfully   Including shipping $3.00

✅ Lishui Feike Children's Wear Factory   ● Lishui Feike children's clothing

12,052.00
order details

Trading closed   buy again
Apply for a claim complaint

Order number: 11906549447731118 2020-08-20 12:08:14

Order account number: bz0fk1X2S

2020 New Arrivals Halloween Infant Costumes Cartoon Pum pkin Kazakh Dress Set Girls C hristmas Children's Dress [Pr oduct Selajproot]
Color : skirt + socks + headge ar : suitable height : 90cm (0 2-24 months)

48 hours delive...
7 days replete...
Material Color

31.30   200   Refund succe ssfully   Including shipping $3.00

✅ Lishui Feike Children's Wear Factory   ● Lishui Feike children's clothing

1,621.36
Including shipping 12.00
order details
View logistics

successful transacti on   view reviews
buy again
complaint

Order number: 11906549447731118 2020-08-20 12:08:14

view all his orders

2020 New Arrivals Halloween Infant Costumes Cartoon Pum pkin Kazakh Dress Set Girls Ch ristmas Children's Dress  [Pro duct Selajproot]
Color : balloon one-piece excep 6 months)
ar : suitable height : 65cm (0- 6 months)
Open HEMK...
Open Hellobe...
Material Color

16.65   58   1,621.36
order details
View logistics

successful transacti on   view reviews
buy again
complaint

Home    Shop    Product Reviews    Events    More ▾

**I Love MAMA**
Published by William Weng · August 27, 2018 · ⚙

Is Your Baby Girl Ready for Her Once In A Lifetime First Christmas Photo?

🔺 🎄"My First Christmas" 🔺 👗 Set! 👗
Get Yours Here >> https://bit.ly/2LyXuBB
TAG Someone Who NEEDS this!
Get Yours Here >> https://bit.ly/2LyXuBB



👍 Like          💬 Comment          ↪ Share

Promote



needs!!

**Wesley Monica Hernandez**
Tiffany Hernandez for LIV!!!
Like  Reply  45w

**Tiffany Hernandez**
Wesley Monica Hernandez
omgggg so cuteeee!!!!!
Like  Reply  45w

Reply to Wesle...

⚠ You're commenting as William Wen

**Remiyah Demery**
Lexie Demery
Like  Reply  45w

**Melissa D Young**
Brooklyn Gould
Like  Reply  45w

**Paula Meyer**
Britt Rains 💜💜💜
Like  Reply  45w
↳ 2 Replies

**Michelle Kansier**
Just received my package today! I
love it so much!
Like  Reply  50w

✏ Author
**My Baby Is My World**
Like  Reply  50w

**Tyra Trotter**
Tyrashai Rideaux
Like  Reply  45w

**Tyrashai Rideaux**
Tyra Calais this is too cute
Like  Reply  45w

Reply to Tyra Tr...

**Denise McMahon**
Lauren Aguirre
Like  Reply  45w

 **David Espinoza**

You're commenting as William Wen

**My Baby Is My World**
September 5, 2020

Is your baby girl ready for her FIRST Christmas Photo? 🙌🙌🙌
Best-selling "My First Christmas" Embroidered Custom Made Design.
Get yours here! 👶👶
www.My1stChristmas.US/2
50% OFF for a limited time 🎁

👍❤️ 10K    3.8K Comments  5.6K Shares

👍 Like    💬 Comment    ↪ Share

Newest

**Priscilla Martinez**
Merry merry
10w

**Monique Williams Barnes**
Damari Burgess
10w

**Paula Schwarz**
Bianca Vermey
10w

**Cody/Brittney Burgener**
Lyssa Valerie oh my God I have to get this for my granddaughter Jayden Gubler 😊
10w   Edited

**Jami Crenshaw**
Lori Miller Halloway
10w

**Justt Brittany**
Barbara Cook-Etheredge
14w

**Barbara Cook-Etheredge**
Justt Brittany Marley needs this
14w

**Missy Stapinsky**
Alyssa May Langston
15w

**Tiffany Nicole Eason-Willis**
Krystal Hall
15w

**Tina Roberts**
Beth Ward need this for Stella
40w   Edited



I Love MAMA
Published by William Wong ⚙ · August 31, 2020 · ⚙

Is your baby girl ready for her FIRST Christmas Photo? 🎄
Best-selling "My First Christmas" Embroidered Custom Made Design.
Get yours here! 👉👉 ilove-mama.com/1stChristmas
50% OFF for a Limited Time 🎁



👍❤ 20K      6.1K Comments 10K Shares

👍 Like      💬 Comment      ➢ Share

Comment as I Love MAMA      Newest ⌄



Brenda Moak
Tanya Elizabeth Stephens

Like   Reply   ···· ·········sage   17m
Screenshot

Amanda Thruss

▼ Promote

Search Facebook

Home    Shop    Product Reviews    Events    More ▾



# I Love MAMA
@foreverilovemama · Website

✏ Edit View shop



I Love MAMA
Published by William Weng • August 31, 2020 ⚙

Is your baby girl ready for her FIRST Christmas Photo? 🔔🎀👶
Best-selling "My First Christmas" Embroidered Custom Made Design.
Get yours here! 🍬🍬 ilove-mama.com/1stChristmas
50% OFF for a Limited Time 🎅

Promote

# Exhibit G

detail.1688.com/offer/680746384267.html?spm=a2615.7691456.co_0_0.wangpu_score_0_0_0_0_0_0_0000_0.0

1688 Home | my alib ∨ | purchase order 采购 | customer cen∨
Yirbao∨ | focus on | list 我的alib |
TrustPass ∨ | Strength ∨ | super factory ∨ | industrial brand ∨ | I am a supplier ∨ | Customer Server∨ | site navigation ∨ |
head office   find a source   find a factory
search

## YK&loving

### Lishui Feike Children's

Evaluation

good service 26    good quality 21    Fashionable 18    good quality 15

Agent to join    Processing area    Factory Archives    contact details



## 2022 New Christmas Baby Romper Dress Socks Set Cotton Embroidery Lollipop Short Sleeve Princess Dress 4 Piece Set

★★★★★  0 reviews    within 90 days    100+ detail    Set  trade records

The purchase of this product is a commercial

### L1 buyer

| | member price | |
|---|---|---|
| member price | | from the end 99 days 25,55-46 |
| activity price | ¥38.49 | ¥37.51 | ¥36.52 |
| price | ¥99.66 | ¥68.66 | ¥3.66 |
| Starting batch | 2 sets of batches | 50-199 sets | ≥200 sets |

**Generation**

PLUS members enjoy more premium benefits∨

member PLUS会员    Open to enjoy the subsidy price, and then receive a platform. subsidy of 70 yuan

discount: 10 coupons off 100 · Over 50 get 5 coupons   mixed batch    coupon ∨    Activate now

Serve    38 days free credit · Fast refund · 7 days replacement · Material guarantee∨

logistics Lishui City, Zhejiang Province  to  please choose ∨   express delivery  ¥4 up
Arrange delivery within 5 days after successful payment

color
Red suit (4 pieces)    Red and green suit (4 pieces)

| | | 38.49yuan | 64+42sets available for s | 
|---|---|---|---|
| appropriate height | 59 (0-3 months) | 38.49yuan available for s ale | − 0 + |
| | 65 (3-6 months) | 38.49yuan ale | − 0 + |

order now    add receipt    ☆ Favorites ( 9 )

consult customer service
cell phone place an order
purchase order
Opinion feedback

Wholesale

# 1688

front page | all products ∨ | Agent to join | Processing area | Factory Archives | contact details

1688 Home | my all ∨ | purchase order **144** | my collection | Strength ∨ | super factory ∨ | Industrial brand ∨ | I am a supplier ∨ | Customer Service ∨ | Site navigation ∨ | Website accessibility

head office | find a source | find a factory

🔍 Enter product keywords | **search**

Lishui Yuedong Clothing
★★★★
语言2 years










**新品** 2022 autumn and winter new baby wrap clothes Christmas baby girl long-sleeved cute cartoon printed romper suit

★★★★★ 0 reviews | within 90 days | 20+ deal | Set act. | The purchase of this product is a commercial case | report

**L1 buyer**

### wholesale

**flash sale** ∨

from the end 29天 00 : 42 : 39

| | | | |
|---|---|---|---|
| activity price | ¥38.54 | ¥37.60 | ¥36.19 |
| | ¥41.60 | ¥40.00 | ¥38.50 |
| price | | | |
| Starting batch | 5 sets from the batch | 50-199 sets | ≥200 sets |

**drop shipping**

PLUS members enjoy more premium benefits>> ∨

member **PLUS会员** Open to enjoy the subsidy price, and then receive a platform subsidy of 70 yuan | Activate now ∨

discount 3.0 yuan off the first order in the store | Full 600 minus 30 | mixed batch | 0.9% for more | Check ∨

Serve 38 days free credit · Fast refund · 7 days replacement · Less goods must be compensated ∨

logistics Lishui City, Zhejiang Province to please choose ∨
⊙ Free shipping for a limited time (region only)
⊙ Arrange delivery within 3 days after successful payment

color



| | | | |
|---|---|---|---|
| HF1009-58 | HF1009-464 | HF1009-48 | HF1009-E2 |
| HF1010-464 | HF1010-479 | HF1010-48 | HF1011-464 |
| HF1011-479 | HF1011-490 | HF1011-48 | HF1011-E2 |

consu custom service

cell phone place an order

purcha order

Optic feedba

1688

Lishui Yuedong Clothing
智 2 years
★★★★








**2022 autumn and winter new baby wrap clothes Christmas baby girl long-sleeved cute cartoon printed romper suit**

★★★★★　0 reviews

The purchase of this product is a commercial trade　report

PLUS members enjoy more premium benefits >> ∨

**L1 buyer**

drop shipping

from the end 29天 : 00 : 42 : 39

**flash sale >**

**wholesale**

| | | | |
|---|---|---|---|
| activity price | ¥38.54 ¥41.00 | ¥37.60 ¥40.00 | ¥36.19 ¥38.50 |
| Starting batch | 5 sets from the batch | 50-199 sets | ≥200 sets |

member　PLUS会员　Open to enjoy the subsidy price, and then receive a platform subsidy of 70 yuan

discount　3.0 yuan off the first order in the store | Full 600 minus 30 | mixed batch | 0.9% for more

Serve　38 days free credit · Fast refund · 7 days replacement · Less goods must be compensated ∨

Activate now

Check ∨

logistics Lishui City, Zhejiang Province to please choose ∨
⊘ Free shipping for a limited time (region only)
⊘ Arrange delivery within 3 days after successful payment

color















HF1009-58　HF1009-464　HF1009-A8　HF1009-E2
HF1010-464　HF1010-479　HF1010-A8　HF1011-464
HF1011-479　HF1011-490　HF1011-A8　HF1011-E2

Lishui Feike Children's

Evaluation    Fast delivery 26    good quality 21

★★★★    Fashionable 18    good quality 18

Agent to join    Processing area    Factory Archives    contact details




# Factory direct selling European and American baby Christmas children's clothing embroidered romper princess skirt socks 3-piece baby dress

★★★★★  0 reviews    within 90 days    70+ deal    Set The purchase of this product is a commercial trade act    report

## L1 buyer

wholesale    Generation

|  | member price |  | PLUS members enjoy more premium basePlss+ |  |
|---|---|---|---|---|
|  |  |  | from the end 99 day2:2:57:11 |  |
| member price |  |  |  |  |
| activity price | ¥44.42 | ¥43.43 | ¥42.44 |  |
| price | ¥45.00 | ¥44.00 | ¥43.00 |  |
| Starting batch | 2 sets of batches | 50-199 sets | ≥200 sets |  |

member PLUS全权    Open to enjoy the subsidy price, and then receive a platform subsidy of 70 yuan    Activate now

discount    10 coupons off 100    mixed batch    coupon ∨

Serve    38 days free credit · Fast refund · 7 days replacement · Material guarantee ∨

logistics Lishui City, Zhejiang Province    to    please choose ∨    express delivery ¥4 up
Arrange delivery within 3 days after successful payment

color    Christmas hat set    Lollipop set    ⓒ Favorites ( 2 )

|  | 682B sets | 682B sets |  |
|---|---|---|---|
| appropriate height | 59 (0-3 months) | 44.42yuan available for s ale | 44.42yuan available for s ale | — | 0 | + |
|  | 66 (3-6 months) | 44.42yuan available for s ale | — | 0 | + |

order now    add receipt

pay    Alipay    online banking    large payment ∨

Transact Secured support Transactions    Bank Transfer ∨

consult customer service

call phone an place order

purchase order

Opinion feedback

Business recommendation











front page

all products ∨

Yikdong

Lishui Feike Children's ∨

Evaluation  Fast delivery 26  good quality 21  fashionable 18  good quality 18

Agent to join    Processing area    Factory Archives    contact details



**Factory direct selling European and American baby Christmas children's clothing embroidered romper princess skirt socks 3-piece baby dress**

★★★★★  0 reviews  within 90 days  70+ deal  Sot. The purchase of this product is a commercial trade net    report

| | wholesale | | Generation |
| --- | --- | --- | --- |
| | | | PLUS members enjoy more premium benefits |

**L1 buyer**

| | member price | | from the end 96 days:23.57:11 |
| --- | --- | --- | --- |
| member price | ¥44.42 | | |
| activity price | ¥45.00 | ¥42.44 | |
| price | ¥43.43 | ¥43.00 | |
| Starting batch | 2 sets of batches | 50-199 sets | ≥200 sets |

member PLUS会员  Open to enjoy the subsidy price, and then receive a platform subsidy of 70 yuan    Activate now ∨

discount  10 coupons of 100  mixed batch  coupon ∨

Serve  38 days free credit · Fast refund · 7 days replacement · Material guarantee ∨

Logistics  Lishui City, Zhejiang Province  to  please choose ∨  express delivery  ¥4 up
Arrange delivery within 3 days after successful payment

color  Christmas hat set  Lollipop set

| | height | | | |
| --- | --- | --- | --- | --- |
| appropriate | 59 (0-3 months) | 44.42yuan available for s ale | 6285sets available for s ale | — 0 + |
| | 66 (3-6 months) | 44.42yuan available for s ale | 6285sets | — 0 + |

order now    add receipt    ☆ Favorites ( 2 )

pay  Alipay  online banking  large payment ∨  Transacti Secured support Transactions ∨  Bank Transfer

consult customer service

cell phone place an order

purchase order

Opinion feedback

Business recommendation















1688 Home | my art | purchase enter m | Ainvestor J AL

1688 | My collection ▾ | TrustPass | Strength ▾ | Super factory ▾ | Industrial brand ▾ | I am a supplier ▾ | Customer Service ▾

# 1688

front page

all products ∨    Agent to join    Processing area    Factory Archives    contact details

**Lishui Feike Children's**

YK&loning

business

□ focus on    □ 零利润

Evaluation    Fast delivery 26    good quality 21    Fashionable 18    good quality 18

Long sleeve suit_02

产品参数
CHANPINCANSHU

品牌: YK&Loving

品名: 蓬蓬裙套装

面料: 纯棉

厚度: 偏薄 适中 加厚

柔软: 柔软 适中 超软

尺码: 59/66/73/80

适用年龄: 0-24个月

弹力: 无弹 微弹 适中 超弹

版型: 偏小 适中 宽松 偏大

偏硬 适中 超软    柔软 超软 偏大

Our shop

find a source    site navigation ▾    Whistle processing

Smart product placement

find a factory

search

Please select an album:
8.17 CF1011



































# 1688

**YK&loving**

**Lishui Feike Children's**

| my collection | TrustPass | Strength | super factory | industrial brand | I am a supplier | sio navigation | Customer Service | Website accessibility

business

focus on

Evaluation:  Fast delivery 26   good quality 21   Fashionable 18   good quality 18
★★★★

front page:      all products ∨      Agent to join      Processing area      Factory Archives      contact details

## Long Sleeve Romper Suit_05

产品展示
多款随心搭配





货号: Z6007-464

货号: F5012-464

Please select an album:
7.26 ZG007 F5012













Our shop
find a source    find a factory
Print Product enquiries
search

Group          Alibaba International Station   1688   AliExpress   Taobao   Tmall   Johuasuan   -   -   -   -   Wangpu Management Entrance    Wangwang  Alipay   Contacts   11 Main   Dingding

©2010-2019 1688.com Copyright Copyright and Trademark Statement   Legal Statement   Terms of Service   Privacy Statement   About Alibaba   Contact Us   Site Navigation

Disclaimer          Customer Service Center

Lishui Feike Children's

Evaluation   Fast delivery 26   good quality 21   Fashionable 18   good quality 18

Agent to join    Processing area    Factory Archives    contact details

# Factory direct selling European and American baby Christmas children's clothing embroidered romper princess skirt socks 3-piece baby dress

★★★★★   0   within 90   5m   The purchase of this product is a continual
reviews    days    70+    deal   trade sell                            report

## Li buyer




| | Generation |
|---|---|
| member price | PLUS members enjoy more premium benefits>> |
| member price | ¥44.42 |
| activity price | ¥43.43 | from the end 99 days23:57:21 |
| | ¥45.00 | ¥42.44 |
| price | ¥44.00 | ¥43.00 |
| Starting batch | 2 sets of batches | |

wholesale

| | | | |
|---|---|---|---|
| | 50-199 sets | ≥200 sets | |
| member PLUS会员 | Open to enjoy the subsidy price, and then receive a platform subsidy of 70 yuan | | Activate now |
| discount | 10 coupons off 100   mixed batch   coupon∨ | |
| Servo | 38 days free credit · Fast refund · 7 days replacement · Material guarantee | |
| | Arrange delivery within 3 days after successful payment | express delivery ¥4 up ∨ |

🕐 consult customer service

logistics Lishui City, Zhejiang Province  to  please choose ∨

⌖ Christmas hat set   Laiqiao set

order

| approximate height | 59 (0-3 months) | 66 (3-6 months) | |
|---|---|---|---|
| | 44.42yuan available for s ale | 44.42yuan available for s ale | 6285sets |
| | | | 6285sets available for s ale |
| | − 0 + | − 0 + | − 0 + |

📱 cell phone place an order

📋 purchase order

✍ Opinion feedback

order now   add receipt   ☆ Favorites ( 2 )

pay    Alipay   online banking   large payment∨    Transaction Secured   Bank Transfer∨
                                                   support Transactions

Screenshot

## Business recommendation



Korean version of kr
¥ 29  49847 sets
29        sold

Manufacturers whole~
¥ 33  33733x sets
33        sold

Factory direct sale~
¥ 18  491782 sets
18        sold

Cross-border new a~
¥ 29  3048 sets
29        sold

Factory wholesale 2~
¥ 29  192 x sets
29        sold

Cross-border novel~
¥ 285  x 541 sold
285

New Halloween bab~
¥ 16  624 sets
16

2022 new baby one~
¥ 15  set
15

1688

Lishui Feike Children's

Evaluation    Fast delivery 26    good quality 21    Fashionable 18    good quality 18




# Factory direct selling European and American baby Christmas children's clothing embroidered romper princess skirt socks 3-piece baby dress

★★★★★  0    within 90    70+    Set    The purchase of this product is a commercial
reviews    days    deal    trade act    report

## L1 buyer

| | wholesale | | Generation |
|---|---|---|---|
| member price | ¥44.42 | ¥43.43 | ¥42.44 |
| activity price | ¥45.00 | ¥44.00 | ¥43.00 |
| price | | | |
| Starting batch | 2 sets of batches | 50-199 sets | ≥200 sets |

PLUS members enjoy more premium benefits>>

member **PLUS会员**    Open to enjoy the subsidy price, and then receive a platform subsidy of 70 yuan    Activate now

discount    10 coupons off 100    mixed batch    coupon ∨

Serve    38 days free credit · Fast refund · 7 days replacement · Material guarantee ∨

logistics    Lishui City, Zhejiang Province    to    please choose ∨    express delivery ¥4 up
Arrange delivery within 3 days after successful payment

color    🌙 Christmas hot set    🌙 Lollipop set    ☆ Favorites ( 2 )

approximate    59 (0-3 months)    44.42yuan    62856units
height    66 (3-6 months)    44.42yuan    available for s    available for s
                                ats

pay    Alipay    online banking    large payment

order now    add receipt

○ consult customer service

器 cell phone place an order

🛒 purchase order

☑ Opinion feedback

Transaction Secured
support    Transactions    Bank
                        Transfer

## Business recommendation



Korean version of b~
¥ 40547 sets
29    sold

Manufacturers whol~
¥ 31726 sets
33    sold

Factory direct sale~
¥ 49133 sets
18    sold

Cross-border new s~
¥ 29 3048 sets sold





Factory wholesale 2~
¥ 29 1192 s~
sold

Cross-border new~
3 unit sold

New Halloween baln~
¥ 29 2 unit sold
28.5    sold




Screenshot








2022 new baby bne~
1152 sets
sold

New Halloween bab~
¥ 16
45 units sold




🔗 https://detail.1688.com/offer/682198831754.html?spm=a2615.2177701.autotra... ✕

🔗 https://detail.1688.com/offer/680093463454.html?spm=a360q.7751291.0.0.37... ✕

🔗 https://detail.1688.com/offer/680858512335.html?spm=a360q.7751291.0.0.37... ✕

🔗 https://detail.1688.com/offer/682048763995.html?spm=a360q.7751291.0.0.37... ✕

🔗 https://detail.1688.com/offer/540839686935.html?spm=a2615.7691456.co_1_0... ✕

🔗 https://detail.1688.com/offer/640388204345.html?spm=a360q.7751291.0.0.37... ✕

🔗 https://detail.1688.com/offer/674582045900.html?spm=a2615.7691456.co_1_0... ✕

🔗 https://detail.1688.com/offer/673226970258.html?spm=a2615.7691456.co_1_0... ✕

🔗 https://detail.1688.com/offer/599269191246.html?spm=a360q.7751291.0.0.37... ✕

ⓘ Tips (No more than 50 listings can be submitted)

* Description

Please remove the infringing products within 3 days. Or, I will have to file a complaint to New York Federal Court to against you.

269/500

Upload Proof of Infringement

Click to upload files

Acceptable formats include zip/rar/jpg/png/bmp/pdf/doc/docx (Each file must not exceed 5MB). No more than 4 documents are

X-mas.jpg (183.94K)  ✕

x-mas 2.jpg (159.33...  ✕

my 1st birthday.png...  ✕

## | IPR Information

* IPR Registration Number

TITLE OF WORK: MY 1ST BIRTHDAY  TITLE OF WORK: MY 1ST CHRISTM   70/100

* IPR Name/Description

2-D ARTWORK   11/100

* Place of IPR Registration

United States   ⌄

Upload IPR Document

Click to upload files

Acceptable formats include zip/rar/jpg/png/bmp/pdf/doc/docx (Each file must not exceed 5MB). No more than 4 documents are

淘宝网
taobao.com

mobile shopping taobao web accessibility

more mark
ets

report

**Benaffco Princess House**

Reputation: 🔲 📋
Dispenser: italypizza
connect: 📞和里维系
Qualification: 📋

| describe | Serve |
| --- | --- |
| 4.8 ↓ | 4.8 = |
| logistics | |
| 4.8 ↑ | |

enter a shop   Favorite store

皇冠宝贝

□ 14 old sh

Search our shop 🔍

**shop search**

keywor
d

prige

search

# Korean version of spring and autumn new baby girl's first birthday dress pure cotton long-sleeved embroidered 1 word romper princess dress socks suit

price          Taobao pri ¥ **66.00-93.00**
ce

Taobao pri ¥ **66.00-73.00** New Arrivals

0
Monthly sales

discount   🪙 Gold rush coins can be worth **1.32** yuan

🉐本店活动  1.50% off for 2 pieces, 9.00% off for 3 pieces, 1.50% off for 5
pieces

delivery     Lishui, Zhejiang to Jin'an District, Fuzhou, Fujian ∨
express free shipping ∨  In stock, shipped within 48 hours after payment

Reference     59 (0-3 months)    66 (3-6 months)    70 (6-12 months)
Height       80 (12-24 months)

sort by co
lor

quantity  - 1 + pieces

⭐ Favorite baby (7 popularity)









🛒 **Buy it now**          🛒 **Add to cart**

promise   🎫 7 days without reason   🛡 Freight insurance

Item details   Evaluation   exclusive service   mobile purchase 🈹

Brand: YK&Loving
Pattern: Alphabet/Number/Text
Province: Zhejiang Province
Model real shot: real shot without…
Gifts by Relationship: Children

Applicable age 3 months, 6 months…
Style: original design
City: Lishui City
Clothes placket: pullover
Whether to wear a hat: No

Fabric: Cotton (cotton content 100%)
Origin: Mainland China
Applicable gender: female
Number of pieces: 3 pieces
Color classification: Three-piece set…

◦ Price Description

Fast and direct

looked and looked


¥ 68.00


¥ 45.00


¥ 49.00                ¥ 49.00

China Mainland ∨ · tz26961422stb2... ∨ · mobile shopping taobao · web accessibility

Taobao Homepage ∨ | My Taobao ∨ | 🛒 shopping cart ∨ | ☆ Favorites ∨ | Categories | open shop for free | Qianniu Seller Center ∨ | Contact Customer Service ∨

淘宝网
Taobao.com

more mark ets





☆ Favorite baby (10 popularity)

## Baby full moon first birthday clothing cotton short-sleeved romper cartoon embroidered letters jumpsuit princess skirt suit summer

report

| | |
|---|---|
| price | ★ ~~116.00~~ |
| Taobao price | ¥ **53.00** [Explosive promotion] ce | 

Monthly sales 0

| | |
|---|---|
| discount | 💰 Gold rush coins can be worth **1.06** yuan |
| | 本卡消费 1.50% discount for 2 items, 9.00% discount for 3 items, 1.5 |
| | 0% discount for 5 items |
| delivery | Lishui, Zhejiang to Jin'an District, Fuzhou, Fujian ∨ |
| | express free shipping ∨ In stock, shipped within 48 hours after payment 只需邮费 |
| Reference Height | 59 (0-3 months)  66 (3-6 months)  73 (6-12 months) |
| | 80 (12-18 months)  90 (18-24 months) |

### Benafico Princess House

| Reputation: 💎💎 | |
|---|---|
| Dispenser:italypizza | |
| connect: 💬 阿里旺旺 | Qualification:📋 |
| | describe | Serve |
| | 4.8 ↑ | 4.8 ↑ |
| | 4.8 = | |
| | 4.8 ↑ | |

enter a shop  Favorite store

sort by co lor

  

 

quantity  – 1 + pieces

🛒 Buy it now

🛒 Add to cart

promise 7 7 days without reason  🛡 Freight insurance

---

## Item details | Evaluation | exclusive service | mobile purchase 📱

Fast and direct

| | |
|---|---|
| Brand: YX&Loving | Applicable age: 3 months, 6 months... |
| Pattern: Alphabet/Number/Text | Style: princess |
| Province: Zhejiang Province | City: Lishui City |
| Clothes placket: pullover | Number of pieces: 3 pieces |
| Color classification: Red+black (3-pi... | Combination form: short sleeve + S... |

| | |
|---|---|
| Fabric: Cotton | Origin: Mainland China |
| Applicable gender: female | Gifts by Relationship: Children |
| Item No.: GB0147 | |

looked and looked


¥ 62.00   ¥ 61.75   ¥ 55.00   ¥ 59.00

∨ Price Description

shop search

keywor
price
search

Search our shop 🔍

China Mainland › tb26961425 › mobile shopping taobao

淘宝网
Taobao.com

Taobao Homepage    My Taobao ›    🛒 shopping cart ›    web accessibility

Search Taobao | Search our s
| hop ›

Search Taobao ›    Categories open shop for free    Favorites ›    Qiannu Seller Center ›    Contact Customer Service顾客系务版 ›

more mark
ets



* Collection baby (164 popularity)

report

**Children's summer clothes, baby hundred-day banquet, birt
hday photo clothes, embroidered short-sleeved fart clothe
s, princess tutu skirt suit**

price          ¥ 99.00

Taobao pri  ¥ **62.00**  New Arrivals
ce

                                        0
                              Monthly sales

discount    🪙 Gold rush coins can be worth **1.24 yuan**

            未选版版 1.50% discount for 2 items, 9.00% discount for 3 items, 1.5
            0% discount for 5 items

delivery    Lishu, Zhejiang to Jin'an District, Fuzhou, Fujian ▼
            express free shipping ▼ Pre-sale, shipped within 3 days after payment

Reference   80 (1 year old)    90 T-shirt suits (2 years old)    亏陈配车
Height

sort by co       
lor

quantity     —  1  +  pieces

            Buy it now          Add to cart

promise  🛡 7 days without reason   Freight insurance

item details    Evaluation

Search our shop 🔍

**shop search**

keyword

price

search

baby classification

exclusive service

Applicable age: 3 months, 6 months...

Style: European and American

Applicable gender: female

Number of pieces: 3 pieces

Color classification: Pure cotton em...

Applicable season: summer

Safety Level: Class A

Fabric: Cotton

Origin: Mainland China

Model real shot: real shot without ...

Gifts by Relationship: Children

Combination form: short sleeve + s...

Thickness: regular

Material composition: cotton 100%

mobile purchase 器器

**item details**

Brand: YK&Loving

Pattern: cartoon anime

Province: Zhejiang Province

Clothes placket: pullover

Whether to wear a hat: No

Reference height: 80 (1 year old) 9...

Applicable scene: love expression

晶晶旗舰號

🏬 14 old sh

**Benafico Princess House**

Reputation: 🏅🏅🏅

Dispenser:italypizza

connect:🌟 和洛敬系

Qualification: ⚖️

describe        Serve
4.8 ⬆           4.8 =
logistics
4.8 ↑

enter a shop    Favorite store

**looked and looked**

¥ 56.00

¥ 46.80

# Exhibit H

o   Address your request to**:**

> **FIRST RECONSIDERATION *or* SECOND RECONSIDERATION**
> **U.S. Copyright Office**
> **MCA Division**
> **P.O. Box 71380**
> **Washington, DC 20024-1380**

**First Request for Reconsideration ($350.00 per application):** The Registration Program Office considers the first request. If it upholds the refusal, you may submit a second request.

**Second Request for Reconsideration ($700.00 per application):** The Copyright Office Review Board considers the second request. The Board consists of the Register of Copyrights and the General Counsel (or their respective designees), and a third member appointed by the Register. The Board's decision constitutes final agency action.

**Notification of decision**: The Copyright Office will send all notifications of its decisions by email to the email address provided in the record and/or in the request for reconsideration. If no email address is provided, the Office will send its decision via mail.

**RECONSIDERATION FEES:**

| | |
|---|---|
| **First Request** | $350 per application |
| **Second Request** | $700 per application |

READ MORE:

- U.S. Copyright Office Administrative Appeals:
  https://copyright.gov/comp3/chap1700/ch1700-administrative-appeals.pdf

- U.S. Copyright Office Fees:
  https://copyright.gov/circs/circ04.pdf

- Copyright Basics:
  https://copyright.gov/circs/circ01.pdf

- Copyright Registration:
  https://copyright.gov/circs/circ02.pdf

# Exhibit I



My
st
Birthday

















**1 Mom**

**OF THE**

**BIRTHDAY GIRL**

1 Dad

OF THE

BIRTHDAY GIRL

# Grams

## OF THE

## BIRTHDAY GIRL

# 2 Mom
## OF THE
## BIRTHDAY GIRL

**2 Dad**

**OF THE**

**BIRTHDAY GIRL**

















 My th Birthday

 My th Birthday

 Happy BIRTHDAY

 Happy BIRTHDAY

 Mom OF THE BIRTHDAY GIRL

 Mom OF THE BIRTHDAY BOY

 Dad OF THE BIRTHDAY GIRL

 Dad OF THE BIRTHDAY BOY



 My th Birthday

 My th Birthday

 Happy BIRTHDAY

 Happy BIRTHDAY

 Mom OF THE BIRTHDAY GIRL

 Mom OF THE BIRTHDAY BOY

 Dad OF THE BIRTHDAY GIRL

 Dad OF THE BIRTHDAY BOY



**My Baby Is My World**
February 26, 2021 · 🌐

Is Your Family Ready For
Her First Birthday? 🎂👶🎀
🎀✨ ilove-mom.us/BirthdayMatching
New First Birthday Designs!
Limited Edition, Get Yours Now!



👍😍 4.2K                   278 Comments  804 Shares

👍 Like          💬 Comment          ↪ Share

Most relevant ▾

**Angela Hopkins**
I received my grandson Easter
outfit . I love it , thank you so much
for the Free onesies and fast
shipping 👍👍👍
Like · Reply · 1y

**My Baby Is My World** ✏️ Author
💕💕💕
Like · Reply · 1y
↳ 4 Replies

Most Relevant is selected, so some replies may
have been filtered out.

**Brooke Becker**
This only lets you choose the
babies size. Not the parents sizes
as well
Like · Reply · 1y

**My Baby Is My World** ✏️ Author
Brooke Becker very sorry to
hear that. we believe it is
fixed now. Are you able to
pick the size now?
Like · Reply · 1y · Edited

**Lisa Spires**

Write a comment...



# My Baby Is My World

@MyBabyIsMyWorld1 · Community

Contact us

my1stchristmas.us

Home    About    Photos    Videos    More ▾

Following    Message    🔍    ⋯

**My Baby Is My World**
February 22, 2021 · 🌐

Is Your Baby Ready For
Her First Birthday? 🎀💗
🎀💗 ilove-mom.us/BirthdayDesigns
New First Birthday Designs!
Limited Edition, Get Yours Now!



**My Baby Is My World**
Community

Shop now

See insights

Boost a post

👍❤️ 5K                    125 comments  454 shares

👍 Like          💬 Comment          ↪ Share

Most relevant ▾

 Write a comment...

⚠ You're commenting as William Weng.          😊 📷 🎞 🎁

 **Alyssa J Spencer**
**Lenia Koonce Spencer** for her bday
Like  Reply  1y

 **Rosa Ortiz Cianfaglione**
**Megan**
Like  Reply  1y

 **Cassandra Huntington**

Screenshot

# Exhibit J

Manage Orders  Learn more  Video tutorials

Seller fulfilled

0 Pending    0 Unshipped    Canceled    Shipped

Refine by:

**Sales channel**
☐ Amazon.com.mx
☐ Amazon.ca
☐ Amazon.com

**Shipping service**
☐ Premium

**Business Orders**
☐ Business customer

**Shipping Settings Type**
☐ Automated
☐ Manual

**Delivery Recommendation**
☐ Signature Confirmation

Action on 0 selected:    Print Packing Slip(s)

Hide Filters    **46 orders**  Last 30 days

Order ID ∨    Search

Date Range: Last 30 days ∨    Ship-by date (ascending) ∨    15 ∨    Set Tab

NEW! Try Shipping Setting Automation to set accurate delivery

| Order date | Order details | Image | Product name | Customer option | Order Status |
|---|---|---|---|---|---|
| **1 month ago** 12/10/2022 7:50 AM PST | **111-2525554-3864220** Buyer name: Lisa Fulfillment method: Seller Sales channel: Amazon.com | | I Mama Newborn Baby Girl Clothes My 1st Christmas Bodysuit+Tutu Skirt+Leg Warmers+Bow Headband Christmas Outfits Set (3-6MONTHS, RED) ASIN: B0B6T4V5ND SKU: christ2-ch-2 Quantity: 1 Item subtotal: $16.00 | **Standard** Ship by date: Dec 12, 2022 Deliver by date: Dec 15, 2022 | Shipped |
| **1 month ago** 12/10/2022 7:26 PM PST | **114-7354123-5715568** Buyer name: Twynetta Fulfillment method: Seller Sales channel: Amazon.com | | I Mama Newborn Baby Girl Clothes My 1st Christmas Bodysuit+Tutu Skirt+Leg Warmers+Bow Headband Christmas Outfits Set (18-24MONTHS, RED) ASIN: B0B6T2N5GG SKU: christ-2-ch-6 Quantity: 1 Item subtotal: $16.00 | **Standard** Ship by date: Dec 12, 2022 Deliver by date: Dec 15, 2022 | Shipped |
| **1 month ago** 12/10/2022 7:39 PM PST | **114-5275462-6554612** Buyer name: Georgette Fulfillment method: Seller Sales channel: Amazon.com | | I Mama Newborn Baby Girl Clothes My 1st Christmas Bodysuit+Tutu Skirt+Leg Warmers+Bow Headband Christmas Outfits Set (12-18MONTHS, RED) ASIN: B0B6T3ZKQV SKU: christ2-ch-5 Quantity: 1 Item subtotal: $16.00 | **Standard** Ship by date: Dec 12, 2022 Deliver by date: Dec 15, 2022 | Shipped |
| **1 month ago** 12/11/2022 7:11 PM PST | **113-8699346-7182627** Buyer name: Cindy Fulfillment method: Seller Sales channel: Amazon.com | | I Mama Newborn Baby Girl Clothes My 1st Christmas Bodysuit+Tutu Skirt+Leg Warmers+Bow Headband Christmas Outfits Set (3-6MONTHS, RED) ASIN: B0B6T4V5ND SKU: christ-2-ch-2 Quantity: 1 Item subtotal: $16.00 | **Standard** Ship by date: Dec 12, 2022 Deliver by date: Dec 15, 2022 | Shipped |
| **1 month ago** | **112-5835038-9135455** | | I Mama Newborn Baby Girl Clothes My 1st Christmas | **Free Economy Shipping** | Shipped |



Personal | Business



# Good morning

January 09, 2023

+     Deposit checks     Account transfer     Accept c

 **Tasks**
You don't have any pending
or expired approvals

 **Fraud
Servi**

## Accounts     

### FOREVER PASSION DREAM INC

| Bank accounts (1) | −$22.25 |
|---|---|

BUS COMPLETE CHK (...9801) ›

### −$22.25
Available balance

⚠ Your account is overdrawn, but you may be able
to take action to avoid overdraft fees.

| Business cards (3) | $1,747.33 |
|---|---|

CREDIT CARD (...6343) ›

 $3.26

| 
Accounts | 
Pay & collect | 
Benefits |

# Exhibit K





# Exhibit L





g***a ★★★★★

16 May 2022

La inspiración es uno de los combustibles más poderosos para el éxito. Y nada mejor para inspirarse que aprender de personajes exitosos de varios periodos de la historia. El producto muy lindo y elegante en lo que es de buena calidad la medida exacta si lo recomiendo.

Inspiration is one of the most powerful fuels for success. And nothing better to be inspired than to learn from successful characters from various periods of history. The product is very cute and elegant, it looks like it is of good quality, the exact measurement is recommended.

English translated·Google

Color: White  Size: 80

#babyclothes #babyclothing #babystyle #babyfashion #babyfashions #baby #momlife #babyandme #family #familytime #babies #babiesofinstagram #babyshower #babyfever #familygoals #childrensboutique #childrensclothing #childrensclothes #fallbaby #fallbabyshower #fallbabyfashion #fallbabyclothes #f... **See more**



WHO LOVES
CANDY?

GIF

My 1st Christmas


I ❤️
MAMA

**5,928**
People reached

**1,086**
Engagements

`Boost post`

👍💗 27

36 comments  11 shares

👍 Like        💬 Comment        ↪ Share

Most relevant ▾

Comment as I Love MAMA        😀 😊 📷 🎞 🎁

**Paulette Branum Morrow**
OMG this outfit!!! I love it so much!!! 🍬🍬🍬



Like   Reply   Hide   4w

**Patricia Oellerich**
What size do you have 😍

Like   Reply   Hide   13w

Most Relevant is selected, so some replies may have been filtered out.

✒️ Author
**I Love MAMA**
**Patricia Oellerich** Hi, size 0-18months

Like   Reply   Commented on by **William Weng** ⓘ   13w

Reply to I Love MAMA...        😀 😊 📷 🎞 🎁

↳ View 2 more replies

cbook

I Love MAMA

Edit View shop    Create ads

FOREVERPASSION.US
My First Christmas outfit! Pre-Order

meeche brooks
How do u order
Like · Reply · Hide · 4y

I Love MAMA
TAG Someone Who NEEDS this!
Get Yours Here >> https://bit.ly/2LlyXu88
Commented on by William Weng · Remove Preview · 4y

**Judie Bob Parker**
We got this for great-grand daughter. Love it.
Love · Reply · Hide · 4y

**Holly Stanwood Porter**
Chelsae the minions would love these
Like · Reply · Hide · 4y

**Danielle Howard**
Ericka Smith I need to get Everly this!
Like · Reply · Hide · 4y

**Kayla Bingham**
Is the 0-3 size on the smaller or bigger side?
Like · Reply · Hide · 4y
↳ 1 Reply

**Jami-Lynn Waterhouse**
Barbara Jennings I would love this for Izzy
Like · Reply · Hide · 4y

**Precious Thompson Hunter**
I want this for Alayna Alphonso Hunter
Like · Reply · Hide · 4y
↳ 1 Reply

**Christine Dameron Corigio**
Jennifer Stephenson this what I just got in the mail for the Schatzele.
Love · Reply · Hide · 4y

**Aletha Faith**
I have ordered this for my great niece and it was just beautiful and my niece loved
it!!
Like · Reply · Hide · 4y

**Shalese Louisee**
Brucia Fuel this is soooo cute 😍
Like · Reply · Hide · 4y

**Kathleen Wilson**
Manda Keown this outfit is lush. X
Like · Reply · Hide · 4y

**Rachael Hall**
Jodie Whitley Amy Turner I already gave Harriet's xmas day dress 😂 (Amy it has
a matching headband 😍) x
Like · Reply · Hide · 4y · Edited
↳ 3 Replies

**Brandon Johnson**
Yes sissy needs this 😊
Like · Reply · Hide · 4y

**Shannon Forkes**
Tracey Parry look at this for her day outfit 😍😍
Like · Reply · Hide · 4y

**Deborah Lee Thorne**
Tiffany Thorne that would be cute for Cadilynn
Like · Reply · Hide · 4y

I Love MAMA

✏ Edit View shop

📣 Create ads

**Lonna Rehlof**
My little 28th great granddaughter would rock this outfit! So cute!!
Love · Reply · Hide · 17c
↳ 6 Replies

**Valerie Verrocchio-Boychuck**
Gorgeous!!! All I need now is a baby granddaughter 💗
Love · Reply · Hide · 1y
↳ 2 Replies

**Denise Bushnell**
Omg thank you I got my granddaughters in today and let me say the picture does
no justice for this outfit its so stinking cute!!!!
Like · Reply · Hide · 2y
Most Relevant is selected, so some replies may have been filtered out.

👤 Author
**I Love MAMA**
Thank you Denise 😊 That is what I think too!
Like · Reply · Commented on by William Weng · 2y
↳ View 4 more replies

**Cathy Powell**
Can you put their name? 😊 2
Love · Reply · Hide · 2y
Most Relevant is selected, so some replies may have been filtered out.

👤 Author
**I Love MAMA**
Please email support@ilove-mama.com
Like · Reply · Commented on by William Weng · 2y   Edited
↳ View 1 more reply

**Carolwezie Weddell-Grubbs**
I can not wait to see my grand daughter in this for her first Christmas. She is also
my first and only biological grand daughter and she was named after my Mom.
This is SUPER emotional for me.
Love · Reply · Hide · 2y
↳ 2 Replies

**Kell Jarvie-Hunt**
I'm so excited to receive this! My granddaughter Layla will be here any day!
Love · Reply · Hide · 2y
↳ 2 Replies

**Michelle Burns Ashcraft Morgan**
Does it come with the hair bow and all???
Like · Reply · Hide · 2y

👤 Author
**I Love MAMA**
**Michelle Burns Ashcraft Morgan** YES 💗
Like · Reply · Commented on by William Weng · 2y

**Crystal Elswick Nash**
Soooo much cuter in person! It's beautiful. I'm so excited for her to wear it. It even
has an adjustable waistline! It also shipped so fast I didn't have to wait weeks to
get it! Thanks so much I look forward to purchasing more things from you!
Like · Reply · Hide · 2y

👤 Author
**I Love MAMA**
Thank you Crystal! 💗
Like · Reply · Commented on by William Weng · 2y

**Betsy Robinson Liscio**
Ordered on a Saturday and received it on Wednesday. So cute can wait to see it
on my great-grandaughter (due any day)