UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEIJIE WENG<br><br>Plaintiff,<br><br>DOES 1-35；ZOETOP BUSINESS CO., LTD. d/b/a "SHEIN;" and SHEIN DISTRIBUTION CORPORATION；ROADGET BUSINESS PTE. LTD. (SINGAPORE PRIVATE COMPANY LIMITED BY SHARES)；Zhangjiagang Bai Xuan Import And Export Trade Co., Ltd; MIDA; Tiacham; Shenzhen JiEr Trading Co.,Ltd; Zempertoopa; the Danna Belle Store;  the bilison Store; Kehen-;  Fragarn;  Gumipy;  Xaoxeijuq；Pybcvrrd;  Babany Bebe; the bilison Store; the GRNSHTS Store; Aunavey; Blotona; Kiapeise; Maemukilable; Kgurtagh; The little Girl's store; the Shalofer Store; kidsfashionshop; feikebella;  babany;  Baby's Boutique Store; Princessgirls; Lishui Fanhua Technology Co., Ltd; F&H Baby Store; YK&Loving Official Store；Hangzhou Lingpai Network Technology Co., Ltd；Prettybaby2020<br><br>　　　　　　　Defendants. | **22-CV-07082-JPO**<br><br>**Declaration In Opposition**<br><br>To **ROADGET BUSINESS PTE. LTD's MOTION** |

## DECLARATION OF QINMEI YU

I, Qinmei Yu, declare as follows:

1. I am the person who issued these payments to Que,Zhouyue, and Lifei Zhou on behalf of Forever Passion Dream, Inc.
2. " 阙周悦" in English is " Que,Zhouyue", "周丽菲" in English is "Lifei Zhou", "余琴妹" in English is "Qinmei Yu".

I have personal knowledge of the matters set forth in this Declaration, and if called upon to testify, I could and would competently testify thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this January 9, 2023 in New York, New York.

/s/ Qinmei Yu

Qinmei Yu



余琴妹向你转账

# ¥6500.00

| | |
|---|---|
| 收款人 | **悦 |
| 收款人账号 | 178******69 |
| 转账时间 | 2021-09-11 11:14 |
| 备注 | 帮我转给菲姐。（海外... |



支付宝扫一扫，查看账单

支付宝转账 到账特别快



余琴妹向你转账

¥32290.00

"谢谢你"



支付宝扫一扫，查看账单

收款人：**悦

178******69

2021-09-30 09:25

备注：$5040充值 9/30



余琴妹向你转账

¥16110.00

| | |
|---|---|
| 收款人 | **悦 |
| 收款人账号 | 178******69 |
| 转账时间 | 2021-09-24 09:26 |
| 备注 | 帮我转给菲姐。（2500... |



支付宝扫一扫，查看账单

支付宝转账 到账特别快



余琴妹向你转账

**¥10000.00**

| | |
|---|---|
| 收款人 | **悦 |
| 收款人账号 | 178******69 |
| 转账时间 | 2021-10-29 12:31 |
| 备注 | 4th 充值海外仓运费（705... |



支付宝扫一扫，查看账单



余琴妹向你转账

# ¥10000.00

| | |
|---|---|
| 收款人 | **悦 |
| 收款人账号 | 178*****69 |
| 转账时间 | 2021-12-23 08:05 |
| 备注 | 6 th 充值海外仓运费 ( 70... |



支付宝扫一扫，查看账单

支付宝转账 到账特别快



转账编号：202110292039400510780066341844

# 余琴妹向你转账

# ¥10000.00

| | |
|---|---|
| 收款人 | **悦 |
| 收款人账号 | 178*****69 |
| 转账时间 | 2021-10-29 12:31 |
| 备注 | 4th 充值海外仓运费（705... |



支付宝扫一扫，查看账单

支付宝转账 到账特别快



余琴妹向你转账

¥11795.00

| | |
|---|---|
| 收款人 | **菲 |
| 收款人账号 | 138*****51 |
| 转账时间 | 2021-08-17 09:40 |
| 备注 | 意大利设计退款1800美... |

支付宝转账 到账特别快



余琴妹向你转账

¥ **16110.00**

| | |
|---|---|
| 收款人 | **悦 |
| 收款人账号 | 178******69 |
| 转账时间 | 2021-09-24 09:26 |
| 备注 | 帮我转给菲姐。（2500... |



支付宝扫一扫，查看账单

支付宝转账 到账特别快


支付宝 ALIPAY

余琴妹向你转账

¥ **16110.00**

| | |
|---|---|
| 收款人 | **悦 |
| 收款人账号 | 178******69 |
| 转账时间 | 2021-09-24 09:26 |
| 备注 | 帮我转给菲姐。（2500... |



支付宝扫一扫，查看账单

支付宝转账 到账特别快

 支付宝 ALIPAY

转账编号：20210924209400-0106280047642131-

余琴妹向你转账

**¥16110.00**

| | |
|---|---|
| 收款人 | **悦 |
| 收款人账号 | 178******69 |
| 转账时间 | 2021-09-24 09:26 |
| 备注 | 帮我转给菲姐。（2500... |



支付宝扫一扫，查看账单

支付宝转账 到账特别快

