IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERNDISTRICT OF NEW YORK

|  |  |  |  |
|---|---|---|---|
| WEIJIE WENG | ) ) ) | **Notice OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.** |
| v. | ) ) | **41(a)(1)(A)(i)** |
|  | ) Case No.: **22-CV-07082-JPO** |  |
| Does 1-35 | ) ) |  |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) **Weijie Weng**, hereby give notice that the above- captioned action is voluntarily dismissed, without prejudice against the defendant **the Shalofer Store**.

/s/ Weijie Weng

*11430 Dalian Ct 2nd floor*

*college point NY 11356*

*9292384633*

Dated:  February 27, 2023

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on Februry 27, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered parties of record.

Defendant the Shalofer Store's physical address is listed as below:

Song Ziying
yingshangxian chenqiaozhen songjingcun xinjie 118hao
FUYANGSHI ANHUISHENG CHINA 236200

/s/ Weijie Weng
Weijie Weng