UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WEIJIE WENG,

                         Plaintiff,

         -v-

DOES 1-35, *et al.*,

                         Defendants.

22-CV-7082 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff Weijie Weng moves for a second preliminary injunction in this copyright infringement case, as well as to disqualify defense counsel Nina D. Boyajian and Justin A. MacLean for allegedly making false statements to this Court. (ECF Nos. 81, 83.) On January 12, 2023, this Court denied Plaintiff's first set of motions for a preliminary injunction. (ECF No. 56.) Plaintiff's motion for a second preliminary injunction offers nothing new of substance and fails to demonstrate that (1) he is likely to succeed on the merits; (2) he is likely to suffer irreparable harm in the absence of preliminary relief; (3) the balance of equities tips in his favor; and (4) an injunction is in the public interest. *See Winter v. Nat. Res. Def. Council*, 555 U.S. 7, 20 (2008). Plaintiff's motion for disqualification of counsel fails to establish any false statements made by defense counsel to this Court and is frivolous.

    Accordingly, Plaintiff's motions for a second preliminary injunction and for disqualification of counsel are denied. Plaintiff's motions to expedite and Defendants' motion for a conference are moot in light of this order. The Clerk of the Court is therefore directed to close the motions at ECF Nos. 81, 83, 84, 86, 87, and 88.

    SO ORDERED.

Dated: October 13, 2023
       New York, New York

                                                          J. PAUL OETKEN
                                                    United States District Judge