UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEIJIE WENG,

                              Plaintiff,

                -v-

DOES 1-35, *et al*,

                              Defendants.

22-CV-7082 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On December 29, 2022, the Court entered an Order to Show Cause for Preliminary Injunction, Temporary Restraining Order, and Expedited Discovery Order (the "TRO") against Defendants in this case.  (ECF No. 14.)  The TRO provided that third parties, including Amazon, Inc., should place defendants' financial accounts on hold pending further order of the Court.

On January 12, 2023, the Court lifted the TRO. (ECF No. 57 at 18.)  That same day, the Court denied Plaintiff's motion for a Preliminary Injunction, which, if granted, would have provided that Defendants' financial accounts would remain on hold.  Since January 12, 2023, the Court has not granted any relief against Defendants, including, but not limited to, any "hold" or "freeze" on their e-commerce or other financial accounts.

IT IS HEREBY ORDERED that all third parties that have placed any funds or financial accounts on hold pursuant to the December 29, 2022 TRO remove and release any such hold as soon as practicable upon receipt of this Order, whether such notice is received from Mr. Weng or any other party affected by the TRO or its counsel.

SO ORDERED.

Dated: November 27, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge