UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEIJIE WENG,

                             Plaintiff,

              -v-

DOES 1-35, *et al*,

                             Defendants.

22-CV-7082 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      On December 29, 2022, the Court entered an Order to Show Cause for Preliminary Injunction, Temporary Restraining Order, and Expedited Discovery Order (the "TRO") against Defendants in this case. (ECF No. 14.) The TRO provided that third parties, including Amazon.com ("Amazon"), should place defendants' financial accounts on hold pending further order of the Court.

      On January 12, 2023, the Court lifted the TRO. (ECF No. 57 at 18.) That same day, the Court denied Plaintiff's motion for a Preliminary Injunction, which, if granted, would have provided that Defendants' financial accounts would remain on hold. Since January 12, 2023, the Court has not granted any relief against Defendants, including, but not limited to, any "hold" or "freeze" on their e-commerce or other financial accounts.

      On November 27, 2023, the Court entered an order directing all third parties that have placed any funds or financial accounts on hold pursuant to the December 29, 2022 TRO to remove and release any such hold as soon as practicable, whether such notice is received from Plaintiff or any other party affected by the TRO or its counsel. (ECF No. 122.)

      On January 8, 2024, Defendants haikoujiangminjianshangmaoyouxiangongsi a/k/a MoDirubala (Amazon Seller ID A6MCX6OKWJOCQ) and Dana Belle Store (Amazon Seller ID A1VQU27UMZB1ORD) filed motions to compel Plaintiff to notify Amazon to release the

restraints on their accounts imposed pursuant to the TRO. Amazon had notified Defendants that, irrespective of the Court's November 27, 2023 order, Amazon would release the holds only following instructions from Plaintiff. (ECF Nos. 134 and 135.)

IT IS HEREBY ORDERED that Plaintiff shall immediately inform Amazon that, in light of the TRO's expiration and the denial of Plaintiff's motion for a Preliminary Injunction, the restraints on Defendants' MoDirubala and Dana Belle Store's respective Amazon accounts (Amazon Seller ID A6MCX6OKWJOCQ and Amazon Seller ID A1VQU27UMZB1OR) should be lifted. If Plaintiff has already so informed Amazon, Amazon is directed to release the restraints on Defendants' accounts.

IT IS FURTHER ORDERED that Amazon, pursuant to the terms of the Court's November 27, 2023 order (ECF No. 122), shall immediately release the restraints on Defendants' respective Amazon accounts (Amazon Seller ID A6MCX6OKWJOCQ and Amazon Seller ID A1VQU27UMZB1OR), whether notice is received from Plaintiff or not.

Plaintiff's requests for a security bond requirement and an extension of time to file an additional opposition brief (ECF No. 136) are DENIED.

The Clerk of the Court is directed to close the motions are ECF Nos. 134, 135, and 136.

SO ORDERED.

Dated: January 8, 2024
New York, New York

_____
J. PAUL OETKEN
United States District Judge