UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————
WEIJIE WENG,
                     Plaintiff,

          -v-

DOES 1-35, *et al.*,
                     Defendants.
———————————————————————

22-CV-7082 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      This Court previously directed Plaintiff to "advise the Court in writing why he has failed to serve the summons and complaint on Defendants within the ninety-day period [of Federal Rule of Civil Procedure 4(m)], or, if Defendants have been served, when and in what manner such service was made." (ECF No. 109 at 2.) In Plaintiff's response, he addressed various extraneous matters, including attacking the conduct of various Defendants' counsel. (ECF No. 125 at 1-12.) Plaintiff then stated that he had sent legal documents by mail to certain nonparty online platforms such as Amazon, eBay, Apple, Google, and Alibaba. (*Id.* at 13.) However, as to the Defendants, he indicated only that he had attempted to "serve" Defendants by email. (*Id.* at 13-22.)

      Rule 4 does not authorize service by email, and this Court denied Plaintiff's request to permit alternative service by email except as to Defendant Roadget Business Pte. Ltd. ("Roadget"), which is based in Singapore. (ECF No. 14.) Plaintiff's claims against Roadget were subsequently dismissed for lack of personal jurisdiction. (ECF No. 75 at 6-7.)

Because Plaintiff has not shown that the remaining Defendants have been properly served, Plaintiffs' remaining claims are hereby dismissed for lack of service.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: August 13, 2025
       New York, New York

                                              J. PAUL OETKEN
                                         United States District Judge